B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Mississippi

In re   **Slabbed New Media, LLC** _____   Case No. _____

Debtor(s)                                                                  Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Trout Point Lodge, Vaughn Perret & Charles Leary 189 Trout Point Road East Kemptville, NS Canada B5A 5X9 | Phone: 902-761-2142 | Canadian judgment - ongoing litigation | Contingent | $425,000.00 |
| Jack E. "Bobby" Truitt The Truitt Law Firm, LLC 149 North New Hampshire Street Covington, LA 70433 | Phone: 985-273-0900 | Legal fees | | $48,000.00 |
| Connie S. Montgomery Montgomery Law Center 1403 West Esplanade Avenue Kenner, LA 70065 | Phone: 504-464-7000 | Legal fees | | $12,000.00 |
| Tourism Business Solutions 2308 Arnold Street Waveland, MS 39576 | | Trade payable | | $80.00 |
| Chris E. Yount 545 Terrace Street Jefferson, LA 70121-1515 | | Ongoing litigation | Contingent | Unknown |

B4 (Official Form 4) (12/07) - Cont.

In re   **Slabbed New Media, LLC**                                                         Case No. _____

_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Daniel G. Abel<br>Daniel G. Abel, Inc.<br>2421 Clearview Parkway, Suite 106<br>Metairie, LA  70001 | Phone: 504-284-8521 | Ongoing litigation | Contingent | Unknown |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager/Member of the corporation named as the debtor in this case, declare under penalty of
perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date _____6/16/15_____          Signature _____

**Douglas Handshoe**
**Manager/Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.