# United States Bankruptcy Court
## Southern District of Mississippi

In re __Slabbed New Media, LLC__      Case No. _____

                          Debtor(s)           Chapter    __11__

## VERIFICATION OF CREDITOR MATRIX

I, the Manager/Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: __6/16/15__

_____
**Douglas Handshoe/Manager/Member**
Signer/Title

Daniel G. Abel
Daniel G. Abel, Inc.
2421 Clearview Pwy, Suite 106
Metairie, LA 70001

Connie S. Montgomery
Montgomery Law Center
1403 West Esplanade Avenue
Kenner, Louisiana 70065

Tourism Business Solutions
2308 Arnold Street
Waveland, MS 39576

Trout Point Lodge,
Vaughn Perret and Charles Leary
189 Trout Point Road
East Kemptville, NS
Canada B5A 5X9

Jack E. "Bobby " Truitt
The Truitt Law Firm, LLC
149 North New Hampshire Street
Covington, LA 70433

Chris E. Yount
545 Terrace Street
Jefferson, LA 70121-1515