Form dn019–corpstmt

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 15–50963–KMS
**Chapter:** 11

**In re:**

Slabbed New Media, LLC
Post Office Box 788
Wiggins, MS 39577

**Social Security/ Individual Taxpayer ID/ Employer Tax ID/ Other No.:**
46–3865279

---

### NOTICE TO FILE CORPORATE OWNERSHIP STATEMENT

Pursuant to Fed. R. Bankr. P. 1007(a), if the debtor is a corporation, the debtor must file with the petition a corporate ownership statement that identifies any corporation, other than a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, **or** states that there are no such entities to report.

**YOU ARE HEREBY NOTIFIED** that the debtor in the above styled bankruptcy case has failed to file the required Corporate Ownership Statement.

**YOU ARE FURTHER NOTIFIED** that failure to file a Corporate Ownership Statement, within **2 days** from the date of this Notice, the case may be dismissed without further notice or hearing.

Date: 6/17/15

Danny L. Miller, Clerk of Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228–563–1790