# United States Bankruptcy Court
## Southern District of Mississippi

In re   **Slabbed New Media, LLC**                               Case No.   **15-50963**
                                          Debtor(s)              Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Slabbed New Media, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

[✓] None [*Check if applicable*]

_6/17/15_
Date

_/s/ Craig M. Geno_
Craig M. Geno 4793
Signature of Attorney or Litigant
Counsel for   Slabbed New Media, LLC
Law Offices of Craig M. Geno, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 Fax:601-427-0050