UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

    **SLABBED NEW MEDIA, LLC,**             **CASE NO.: 15-50963-KMS**

    **DEBTOR IN POSSESSION**.                 **CHAPTER 11**

NOTICE OF DEFICIENCY
*2 Day Notice of Missing Documents*

To the Debtor and his attorney, if any:

In order for this case to be administered, it is necessary that the following be filed by **June 19, 2015**:

- **Most recent balance sheet, statement of operations, cash-flow statement, and Federal income tax return; or**

- **A statement made under penalty of perjury that no balance sheet, statement of operations, or cash-flow statement has been prepared and no Federal tax return has been filed.**

**YOU ARE FURTHER NOTIFIED** that failure to correct the above deficiency by **June 19, 2015,** may result in a show cause hearing why sanctions should not be imposed for failure to file the above referenced documents, pursuant to 11 U.S.C. §1116.

**Date: June 17, 2015**                     **Danny L. Miller, Clerk of Court**

                                                      **By:**    **/s/ Wanda Watson**
                                                                      **Deputy Clerk**