## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

    **SLABBED NEW MEDIA, LLC,**            **CASE NO. 15-50963-KMS**

    **DEBTOR IN POSSESSION.**            **CHAPTER 11**

### *AMENDED*
### DEFICIENCY NOTICE
### *Notice of Missing Documents*
### *and*
### *Notice of Dismissal if Documents Not Timely Filed*

To the Debtor and his attorney, if any:

In order for this case to be administered, it is necessary that the item(s) described below be filed accordingly.

| | |
|---|---|
| Attorney Disclosure Statement due: | June 30, 2015 |
| List of Equity Security Holders due: | June 30, 2015 |
| Schedules A-H due: | June 30, 2015 |
| Summary of Schedules due: | June 30, 2015 |
| Schedules of Current Income and Expenditures due: | June 30, 2015 |
| Statement of Financial Affairs due: | June 30, 2015 |
| Signed Declaration concerning Schedules/Statements due: | June 30, 2015 |

In the event the Schedules, Statements, and Other Documents, pursuant to Federal Rule of Bankruptcy Procedure Rule 1007, are not filed on or before the above due deadline, this case may be dismissed without further notice or hearing.

Danny L. Miller, Clerk of Court

DATED:   June 17, 2015

By:    /s/ Wanda Watson
          Deputy Clerk