IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:     **SLABBED NEW MEDIA, LLC** | **CHAPTER 11** |
| **Debtor** | **CASE NO. 15-50963-KMS** |

## NOTICE REGARDING SMALL BUSINESS
## FINANCIAL STATEMENTS, PAPERS AND RELATED DOCUMENTS

COMES NOW Slabbed New Media, LLC, Debtor-in-possession, and files this its Notice regarding the financial statements, papers and related documents, and in support thereof, would show unto the Court the following, to-wit:

1. Debtor has no balance sheet, statement of operations, or cash flow statement at this time. A cash flow statement will be prepared for the Initial Debtor Interview and will be submitted to the court as an addendum to this Notice at that time.

2. Attached is a copy of Schedule C from the most recent tax return of the Debtor's sole member and manager, Douglas Handshoe. Debtor's income is reported on Schedule C of Mr. Handshoe's return. Mr. Handshoe's 2014 tax return has not yet been filed and is currently on extension.

This, the 18th day of June, 2015.

                         Respectfully submitted,

                         SLABBED NEW MEDIA, LLC

                         By Its Attorneys,

                         LAW OFFICES OF CRAIG M. GENO, PLLC

                         By: /s/ Craig M. Geno
                              Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
Jarret P. Nichols; MSB No. 99426
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
N:\Firm Data\Users\Bankrupt\Slabbed New Media\Pleadings\Notice of FIling of Small Business Docs.wpd

## CERTIFICATE OF SERVICE

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via Notice of Electronic Filing, a true and correct copy of the above and foregoing instrument to:

Christopher J. Steiskal, Esq.
Office of the United States Trustee
christopher.steiskel@usdoj.gov

This, the ___18th___ day of June, 2015.

_____
Craig M. Geno

# SCHEDULE C
## (Form 1040)

Department of the Treasury
Internal Revenue Service (99)

# Profit or Loss From Business
(Sole Proprietorship)

▶ For information on Schedule C and its Instructions, go to www.irs.gov/schedulec.
▶ Attach to Form 1040, 1040NR, or 1041; partnerships generally must file Form 1065.

OMB No. 1545-0074

**2013**

Attachment Sequence No. **09**

Name of proprietor: DOUGLAS K HANDSHOE

Social security number (SSN):

**A** Principal business or profession, including product or service (see instructions): Internet New Media

**B** Enter code from instructions ▶ 711510

**C** Business name. If no separate business name, leave blank.: Slabbed New Media LLC

**D** Employer ID number (EIN), (see instr.): 46-3865279

**E** Business address (including suite or room no.) ▶ 110 Hall Street
City, town or post office, state, and ZIP code: Wiggins, MS 39577

**F** Accounting method: (1) [X] Cash  (2) [ ] Accrual  (3) [ ] Other (specify) ▶

**G** Did you "materially participate" in the operation of this business during 2013? If "No," see instructions for limit on losses . . . . [X] Yes  [ ] No

**H** If you started or acquired this business during 2013, check here . . . . ▶ [ ]

**I** Did you make any payments in 2013 that would require you to file Form(s) 1099? (see instructions) . . . . . . . . [ ] Yes  [X] No

**J** If "Yes," did you or will you file required Forms 1099? . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ] Yes  [ ] No

## Part I — Income

| # | Description | | Amount |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked . . . . ▶ [ ] | 1 | 5,768 |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 5,768 |
| 4 | Cost of goods sold (from line 42) | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | 5,768 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 . . . . . . . ▶ | 7 | 5,768 |

## Part II — Expenses
Enter expenses for business use of your home only on line 30.

| # | Description | # | Amount | # | Description | # | Amount |
|---|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | | 18 | Office expense (see instructions) | 18 | 53 |
| 9 | Car and truck expenses (see instructions) | 9 | | 19 | Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 10 | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | 450 | a | Vehicles, machinery, and equipment | 20a | |
| 12 | Depletion | 12 | | b | Other business property | 20b | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | | 21 | Repairs and maintenance | 21 | |
| | | | | 22 | Supplies (not included in Part III) | 22 | |
| | | | | 23 | Taxes and licenses | 23 | |
| | | | | 24 | Travel, meals, and entertainment: | | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | a | Travel | 24a | |
| 15 | Insurance (other than health) | 15 | | b | Deductible meals and entertainment (see instructions) | 24b | |
| 16 | Interest: | | | 25 | Utilities | 25 | |
| a | Mortgage (paid to banks, etc.) | 16a | | 26 | Wages (less employment credits) | 26 | |
| b | Other | 16b | | 27a | Other expenses (from line 48) | 27a | 880 |
| 17 | Legal and professional services | 17 | 3,545 | b | Reserved for future use | 27b | |

| # | Description | | Amount |
|---|---|---|---|
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27a . . . . . . . . ▶ | 28 | 4,928 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | 29 | 840 |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method (see instructions). **Simplified method filers only:** enter the total square footage of: (a) your home: _____ and (b) the part of your home used for business: _____. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30. | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. <br>• If a profit, enter on both **Form 1040, line 12** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions) Estates and trusts, enter on **Form 1041, line 3.** <br>• If a loss, you **must** go to line 32. | 31 | 840 |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions). <br>• If you checked 32a, enter the loss on both **Form 1040, line 12,** (or **Form 1040NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions.) Estates and trusts, enter on **Form 1041, line 3.** <br>• If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | 32a [ ] All investment is at risk. <br> 32b [ ] Some investment is not at risk. | |

**For Paperwork Reduction Act Notice, see the separate instructions.**
HTA

Schedule C (Form 1040) 2013

Schedule C (Form 1040) 2013     DOUGLAS K HANDSHOE     Page **2**

**Part III**   **Cost of Goods Sold** (see instructions)

33   Method(s) used to value closing inventory:   a ☐ Cost    b ☐ Lower of cost or market    c ☐ Other (attach explanation)

34   Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes    ☐ No

| Line | Description | | Amount |
|---|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 | |
| 36 | Purchases less cost of items withdrawn for personal use | 36 | |
| 37 | Cost of labor. Do not include any amounts paid to yourself | 37 | |
| 38 | Materials and supplies | 38 | |
| 39 | Other costs | 39 | |
| 40 | Add lines 35 through 39 | 40 | 0 |
| 41 | Inventory at end of year | 41 | |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 | 42 | 0 |

**Part IV**   **Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43   When did you place your vehicle in service for business purposes? (month, day, year)   ▶ _____

44   Of the total number of miles you drove your vehicle during 2013, enter the number of miles you used your vehicle for:

   a   Business _____    b   Commuting (see instructions) _____    c   Other _____

45   Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . . . . ☐ Yes    ☐ No

46   Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . . . ☐ Yes    ☐ No

47 a   Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes    ☐ No

   b   If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes    ☐ No

**Part V**   **Other Expenses.** List below business expenses not included on lines 8–26 or line 30.

| Description | Amount |
|---|---|
| RESEARCH FEES | 80 |
| WEBHOSTING, PHP DATABASE REPAIR AND MAINTENANCE | 800 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **48**   **Total other expenses.** Enter here and on line 27a    **48** | 880 |