IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  SLABBED NEW MEDIA, LLC                                  CHAPTER 11
        Debtor                                          CASE NO. 15-50963-KMS

## CERTIFICATE OF SERVICE

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via email transmission and/or U.S. Mail, postage prepaid, a true and correct copy of the *Application to Employ Attorneys, and Disclosure of Compensation* and the *Notice* in connection therewith (copies of which are attached hereto as collective Exhibit "A") to all creditors and parties-in-interest as listed on the matrix on file with the Clerk of the Court (a copy of which is attached hereto as Exhibit "B").

THIS, the 19th day of June, 2015.

/s/ Craig M. Geno
Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
Jarret P. Nichols; MSB No. 99426
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
jnichols@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\Slabbed New Media\Pleadings\Employ\CMG\Certificate.wpd

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     SLABBED NEW MEDIA, LLC             CHAPTER 11
            Debtor             CASE NO. 15-50963-KMS

## NOTICE

PLEASE TAKE NOTICE that Slabbed New Media, LLC (the "Debtor") has filed an Application to Employ Attorneys, and Disclosure of Compensation (the "Application"), a copy of which is attached hereto as Exhibit "A" and incorporated herein by reference.

PLEASE TAKE FURTHER NOTICE that all creditors and parties-in-interest wishing to object to the Application must file a written objection or other responsive pleading within 21 days from and after the date of this Notice, with the Clerk of the Court, Danny L. Miller, United States Bankruptcy Court, Southern District of Mississippi, Gulfport Division, at Dan M. Russell, Jr., U. S. Courthouse, 2012 - 15th Street, Ste. 244, Gulfport, MS 39501, with a copy to Craig M. Geno, Esq., counsel for the Debtors, at the Law Offices of Craig M. Geno, PLLC, 587 Highland Colony Parkway, Ridgeland, MS 39157.

This, the _____ day of June, 2015.

             Respectfully submitted,

             SLABBED NEW MEDIA, LLC

             By Its Attorneys,
             LAW OFFICES OF CRAIG M. GENO, PLLC

             By:_____
             Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
Jarret P. Nichols; MSB No. 99426
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
N:\Firm Data\Users\Bankrupt\Slabbed New Media\Pleadi


EXHIBIT "A"

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   SLABBED NEW MEDIA, LLC               CHAPTER 11
         Debtor                                CASE NO. 15-50963-KMS

APPLICATION TO EMPLOY ATTORNEYS,
AND DISCLOSURE OF COMPENSATION

COMES NOW Slabbed New Media, LLC, Debtor-in-possession, and files this its Application to Employ Attorneys, and Disclosure of Compensation, and in support thereof, would show unto the Court the following, to-wit:

1. On June 16, 2015, the Debtor herein filed with this Court its original petition for reorganization under Chapter 11 of the Bankruptcy Code.

2. In order to facilitate the prudent performance of its duties and the successful operation of its business under this reorganization proceeding, it is necessary for the Debtor-in-possession to employ legal counsel. The professional services for which said attorneys will be retained to render shall include the following:

   a. To advise and consult with the Debtor-in-possession regarding questions arising from certain contract negotiations which will occur during the operation of business by the Debtor-in-possession;

   b. To evaluate and attack claims of various creditors who may assert security interests in the assets and who may seek to disturb the continued operation of the business.

   c. To appear in, prosecute, or defend suits and proceedings, and to take all necessary and proper steps and other matters and things involved in or connected with the affairs of the estate of the Debtor;

   d. To represent the Debtor in court hearings and to assist in the preparation of contracts, reports, accounts, petitions, applications, orders and other papers and documents as may be necessary in this proceeding;

   e. To advise and consult with Debtor in connection with any reorganization plan which may be proposed in this proceeding and any matters concerning Debtor which arise out of or follow the acceptance or consummation of such reorganization or its rejection; and

   f. To perform such other legal services on behalf of Debtor as they become necessary in this proceeding.

3. The Debtor desires to employ the Law Offices of Craig M. Geno, PLLC (the "Law Firm") for the performance of these legal services. The Law Firm, whose offices are in Ridgeland, Mississippi, are fully competent to advise the Debtor-in-possession on all matters which are anticipated to arise in the functioning of this case and to protect and preserve all rights of the Debtor and the interests of creditors. The Debtor desires to employ the Law Firm at the following hourly rates: Craig M. Geno at $375.00 per hour, plus expenses; Associates at $235.00 per hour, plus expenses; and Paralegals at $150.00 per hour, plus expenses; and has caused to be paid to the Law Firm a retainer of $11,740.00, which includes the $1,717.00 filing fee, less pre-petition time, to be applied to fees and expenses in this case. The Law Firm will bill at the rates set forth herein and, if necessary, submit requests for compensation to the Court for approval.

4. The Law Firm is now counsel for the Debtor, and as represented in the Affidavit attached hereto as Exhibit "A", it represents no interests adverse to the Debtor or its estate and matters upon which it is to be engaged and its employment would be in the best interest of this estate. To the best of the Debtor's knowledge, the Law Firm has no connection with the creditors

-2-

herein or any other party-in-interest or their respective attorneys and accountants, or with the Office of the United States Trustee, or any employees of the Office of the United States Trustee, which are prohibited, which would interfere with or hinder the performance of its duties herein, or which need to be described herein.

WHEREFORE, the Debtor requests that it be authorized to employ and appoint the Law Firm as its attorneys and legal counsel, effective June 16, 2015. The Debtor prays for other such general and specific relief as the Court may deem just.

This, the 19th day of June, 2015.

Respectfully submitted,

SLABBED NEW MEDIA, LLC

By Its Attorneys,

LAW OFFICES OF CRAIG M. GENO, PLLC

By: _____
    Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
Jarret P. Nichols; MSB No. 99426
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
N:\Firm Data\Users\Bankrupt\Slabbed New Media\Pleadings\Employ\CMG\Application.wpd

**CERTIFICATE OF SERVICE**

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via Notice of Electronic Filing, a true and correct copy of the above and foregoing instrument to:

Christopher J. Steiskal, Esq.
Office of the United States Trustee
christopher.steiskel@usdoj.gov

This, the 19th day of June, 2015.

_____
Craig M. Geno



EXHIBIT "A"

-3-                                                                                                      -4-

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    SLABBED NEW MEDIA, LLC      CHAPTER 11
        Debtor                              CASE NO. 15-50963-KMS

**EXHIBIT "A"**

---

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    SLABBED NEW MEDIA, LLC      CHAPTER 11
        Debtor                              CASE NO. 15-50963-KMS

**AFFIDAVIT**

PERSONALLY APPEARED BEFORE ME, the undersigned authority, in and for the jurisdiction aforesaid, Craig M. Geno (the "Affiant") of the Law Offices of Craig M. Geno, PLLC ("the Law Firm"), attorneys for the Debtor, who after having been by me first duly sworn, stated on oath that this Affidavit is filed herein in support of the Application to Employ Attorneys, and Disclosure of Compensation (the"Application"), that the Law Firm now represents the Debtor, it represents no interests adverse to the Debtor or its estate and matters upon which it is to be engaged, and the Law Firm's employment would be in the best interest of this estate. To the best of the Affiant's knowledge, the Law Firm has no connections with the creditors herein or any other party-in-interest or their respective attorneys and accountants, or with the Office of the U. S. Trustee, or any employees thereof, which are prohibited, which would interfere with or hinder the performance of its duties herein, or which need to be described herein. The Affiant hereby makes application for the employment of the Law Firm as attorneys and legal counsel for the Debtor.

                                       _____
                                       Craig M. Geno

STATE OF MISSISSIPPI
COUNTY OF MADISON

SWORN TO AND SUBSCRIBED BEFORE ME, this the 19th day of June, 2015.

                                       _____
                                       NOTARY PUBLIC

[Notary Seal: BEVERLY R. PRITCHARD, NOTARY PUBLIC, ID No. 21166, Commission Expires August 3, 2016, MADISON COUNTY, STATE OF MISSISSIPPI]

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0538-6<br>Case 15-50963-KMS<br>Southern District of Mississippi<br>Gulfport-6 Divisional Office<br>Tue Jun 16 17:04:17 CDT 2015 | Slabbed New Media, LLC<br>Post Office Box 788<br>Wiggins, MS 39577-0788 | U.S. Bankruptcy Court<br>Dan M. Russell, Jr. U.S. Courthouse<br>2012 15th Street, Suite 244<br>Gulfport, MS 39501-2036 |
| Chris E. Yount<br>545 Terrace Street<br>Jefferson, LA 70121-1515 | Connie S. Montgomery<br>Montgomery Law Center<br>1403 West Esplanade Avenue<br>Kenner, Louisiana 70065-2850 | Daniel G. Abel<br>Daniel G. Abel, Inc.<br>2421 Clearview Pwy, Suite 106<br>Metairie, LA 70001-1239 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>c/o United States Attorney<br>1575 20th Avenue, 2nd Floor<br>Gulfport, MS 39501-2040 | Jack E. "Bobby" Truitt<br>The Truitt Law Firm, LLC<br>149 North New Hampshire Street<br>Covington, LA 70433-3235 |
| (p)MISSISSIPPI STATE TAX COMMISSION<br>P O BOX 22808<br>JACKSON MS 39225-2808 | Tourism Business Solutions<br>2308 Arnold Street<br>Waveland, MS 39576-2643 | Trout Point Lodge,<br>Vaughn Perret and Charles Leary<br>189 Trout Point Road<br>East Kemptville, NS<br>Canada B5A 5X9 |
| U.S. Securities and Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road, Suite 900<br>Atlanta, GA 30326-1382 | U.S. Securities and Exchange Commission<br>c/o United States U.S. Attorney<br>1575 20th Avenue, 2nd Floor<br>Gulfport, MS 39501-2040 | United States Trustee<br>501 East Court Street<br>Suite 6-430<br>Jackson, MS 39201-5022 |
| Craig M. Geno<br>Law Offices of Craig M. Geno, PLLC<br>587 Highland Colony Pkwy.<br>Ridgeland, MS 39157-8784 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | MS State Tax Commission<br>Bankruptcy Section<br>P.O. Box 23338<br>Jackson, MS 39225 | End of Label Matrix<br>Mailable recipients   15<br>Bypassed recipients    0<br>Total                  15 |

EXHIBIT "B"