# United States Bankruptcy Court
## Southern District of Mississippi

In re  **Slabbed New Media, LLC**                              Case No.  **15-50963**
　　　　　　　　　　　　　　　　　Debtor(s)                   Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept              $   **Any and all compensation allowed by the Court**
   Prior to the filing of this statement I have received    $                                            **11,740.00**
   Balance Due                                              $   **Any and all compensation allowed by the Court**

2. $ **1,717.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:
   [ ] Debtor    [✓] Other (specify):   **Loan to Debtor from Douglas K. Handshoe CPA**

4. The source of compensation to be paid to me is:
   [✓] Debtor    [ ] Other (specify):

5. [✓] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **June 18, 2015**                              /s/ Craig M. Geno
　　　　　　　　　　　　　　　　　　　　　　　　　　Craig M. Geno 4793
　　　　　　　　　　　　　　　　　　　　　　　　　　Law Offices of Craig M. Geno, PLLC
　　　　　　　　　　　　　　　　　　　　　　　　　　587 Highland Colony Parkway
　　　　　　　　　　　　　　　　　　　　　　　　　　Ridgeland, MS 39157
　　　　　　　　　　　　　　　　　　　　　　　　　　601-427-0048   Fax: 601-427-0050

# Image Deposit Items Detail Report - Customer: LAW OFFICE OF CRAIG M GENO PLLC, Deposit: 000479

## Report Settings
**Sort Criteria:** Sequence
**Filtered Fields:**

## Amount/Item Totals
**Total Number of Items:** 2
**Total Amount of Deposit:** $ 11,740.00

## Report Details
| | | | |
|---|---|---|---|
| **Location:** | LAW OFFICE | **Status:** | Received |
| **Account Number:** | ******2199 - LAW OFFICE CRAIG M GENO TRUST | **Transferred by:** | 454013160_Domi |
| **Created by:** | 454013160_Domi | **Sent Date and Time:** | Jun 10, 2015 02:45 PM |
| **Create Date and Time:** | Jun 10, 2015 02:44 PM | **Received Date and Time:** | Jun 10, 2015 02:45 PM |

| Sequence | Item Type | Serial | Routing Transit | Account | Check Number | Amount ($) |
|---|---|---|---|---|---|---|
| 0 | Virtual Credit Item | 00 | 062000019 | 0145342199 | | 11,740.00 |
| 1 | Business Check | 001475 | 065304673 | 5757525 | | 11,740.00 |

---

**DOUGLAS K HANDSHOE CPA**
P O BOX 788
WIGGINS MS 39577

1475
85-467/653

DATE 6/8/15

PAY TO THE ORDER OF  Craig Geno Attorney at Law    $ 11,740.00

Eleven Thousand seven hundred forty & xx/100  DOLLARS

**Bank of Wiggins**
P.O. DRAWER 67 WIGGINS, MS 39577 601-928-5233

FOR _____

⑈001475⑈ ⑆065304673⑆  5757525⑈