```
                          United States Bankruptcy Court
                          Southern District of Mississippi
```

In re:                                                              Case No. 15-50963-KMS
Slabbed New Media, LLC                                              Chapter 11
         Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0538-6          User: wwatson              Page 1 of 1             Date Rcvd: Jun 17, 2015
                              Form ID: dn019             Total Noticed: 1

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 19, 2015.
dbpos          +Slabbed New Media, LLC,   Post Office Box 788,   Wiggins, MS 39577-0788

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2015                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 17, 2015 at the address(es) listed below:
              Craig M. Geno    on behalf of Debtor In Possession   Slabbed New Media, LLC cmgeno@cmgenolaw.com,
               bpritchard@cmgenolaw.com;htrammell@cmgenolaw.com;jnichols@cmgenolaw.com;jshaw@cmgenolaw.com;runne
               r@cmgenolaw.com
              United States Trustee    USTPRegion05.JA.ECF@usdoj.gov
                                                                                              TOTAL: 2
```

Form dn019−corpstmt

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

Case No.: 15−50963−KMS
Chapter: 11

**In re:**

Slabbed New Media, LLC
Post Office Box 788
Wiggins, MS 39577

**Social Security/ Individual Taxpayer ID/ Employer Tax ID/ Other No.:**
46−3865279

## NOTICE TO FILE CORPORATE OWNERSHIP STATEMENT

Pursuant to Fed. R. Bankr. P. 1007(a), if the debtor is a corporation, the debtor must file with the petition a corporate ownership statement that identifies any corporation, other than a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, **or** states that there are no such entities to report.

**YOU ARE HEREBY NOTIFIED** that the debtor in the above styled bankruptcy case has failed to file the required Corporate Ownership Statement.

**YOU ARE FURTHER NOTIFIED** that failure to file a Corporate Ownership Statement, within **2 days** from the date of this Notice, the case may be dismissed without further notice or hearing.

Date: 6/17/15

Danny L. Miller, Clerk of Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790