```
                        United States Bankruptcy Court
                         Southern District of Mississippi
In re:                                                    Case No. 15-50963-KMS
Slabbed New Media, LLC                                    Chapter 11
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0538-6          User: wwatson           Page 1 of 1           Date Rcvd: Jun 17, 2015
                              Form ID: pdf012         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 19, 2015.
dbpos          +Slabbed New Media, LLC,   Post Office Box 788,   Wiggins, MS 39577-0788

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 17, 2015 at the address(es) listed below:
              Craig M. Geno    on behalf of Debtor In Possession   Slabbed New Media, LLC cmgeno@cmgenolaw.com,
               bpritchard@cmgenolaw.com;htrammell@cmgenolaw.com;jnichols@cmgenolaw.com;jshaw@cmgenolaw.com;runne
               r@cmgenolaw.com
              United States Trustee    USTPRegion05.JA.ECF@usdoj.gov
                                                                                             TOTAL: 2

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

    **SLABBED NEW MEDIA, LLC,**          **CASE NO.: 15-50963-KMS**

    **DEBTOR IN POSSESSION**.          **CHAPTER 11**

## NOTICE OF DEFICIENCY
*2 Day Notice of Missing Documents*

To the Debtor and his attorney, if any:

In order for this case to be administered, it is necessary that the following be filed by **June 19, 2015**:

- **Most recent balance sheet, statement of operations, cash-flow statement, and Federal income tax return; or**

- **A statement made under penalty of perjury that no balance sheet, statement of operations, or cash-flow statement has been prepared and no Federal tax return has been filed.**

**YOU ARE FURTHER NOTIFIED** that failure to correct the above deficiency by **June 19, 2015,** may result in a show cause hearing why sanctions should not be imposed for failure to file the above referenced documents, pursuant to 11 U.S.C. §1116.

**Date: June 17, 2015**          Danny L. Miller, Clerk of Court

         By:    /s/ Wanda Watson
                Deputy Clerk