```
                        United States Bankruptcy Court
                         Southern District of Mississippi
```

In re:                                                         Case No. 15-50963-KMS
Slabbed New Media, LLC                                         Chapter 11
        Debtor                **CERTIFICATE OF NOTICE**

District/off: 0538-6          User: wwatson            Page 1 of 1          Date Rcvd: Jun 17, 2015
                              Form ID: pdf012          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 19, 2015.
dbpos          +Slabbed New Media, LLC,    Post Office Box 788,    Wiggins, MS 39577-0788

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2015                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 17, 2015 at the address(es) listed below:
              Craig M. Geno    on behalf of Debtor In Possession    Slabbed New Media, LLC cmgeno@cmgenolaw.com,
               bpritchard@cmgenolaw.com;htrammell@cmgenolaw.com;jnichols@cmgenolaw.com;jshaw@cmgenolaw.com;runne
               r@cmgenolaw.com
              United States Trustee    USTPRegion05.JA.ECF@usdoj.gov
                                                                                               TOTAL: 2

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

**SLABBED NEW MEDIA, LLC,**                                       **CASE NO. 15-50963-KMS**

**DEBTOR IN POSSESSION.**                                          **CHAPTER 11**

### DEFICIENCY NOTICE
*Notice of Missing Documents*
*and*
*Notice of Dismissal if Documents Not Timely Filed*

To the Debtor and his attorney, if any:

In order for this case to be administered, it is necessary that the item(s) described below be filed accordingly.

| | |
|---|---|
| Attorney Disclosure Statement due: | June 30, 2015 |
| Corporate Ownership Statement due: | June 30, 2015 |
| List of Equity Security Holders due: | June 30, 2015 |
| Schedules A-H due: | June 30, 2015 |
| Summary of Schedules due: | June 30, 2015 |
| Schedules of Current Income and Expenditures due: | June 30, 2015 |
| Statement of Financial Affairs due: | June 30, 2015 |
| Signed Declaration concerning Schedules/Statements due: | June 30, 2015 |

In the event the Schedules, Statements, and Other Documents, pursuant to Federal Rule of Bankruptcy Procedure Rule 1007, are not filed on or before the above due deadline, this case may be dismissed without further notice or hearing.

Danny L. Miller, Clerk of Court

DATED:  June 17, 2015

By:     /s/ Wanda Watson
              Deputy Clerk