United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                      Case No. 15-50963-KMS
Slabbed New Media, LLC                                                      Chapter 11
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0538-6            User: wwatson          Page 1 of 1              Date Rcvd: Jun 18, 2015
                               Form ID: b9f            Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2015.
dbpos         +Slabbed New Media, LLC,    Post Office Box 788,   Wiggins, MS 39577-0788
3954918        Chris E. Yount,   545 Terrace Street,   Jefferson, LA 70121-1515
3954914       +Connie S. Montgomery,   Montgomery Law Center,   1403 West Esplanade Avenue,
                Kenner, Louisiana 70065-2850
3954913       +Daniel G. Abel,   Daniel G. Abel, Inc.,   2421 Clearview Pwy, Suite 106,
                Metairie, LA 70001-1239
3954944       +Internal Revenue Service,   c/o United States Attorney,   1575 20th Avenue, 2nd Floor,
                Gulfport, MS 39501-2040
3954917       +Jack E. "Bobby" Truitt,   The Truitt Law Firm, LLC,   149 North New Hampshire Street,
                Covington, LA 70433-3235
3954915       +Tourism Business Solutions,   2308 Arnold Street,   Waveland, MS 39576-2643
3954916        Trout Point Lodge,,   Vaughn Perret and Charles Leary,   189 Trout Point Road,
                East Kemptville, NS,   Canada B5A 5X9
3954945       +U.S. Securities and Exchange Commission,   c/o United States U.S. Attorney,
                1575 20th Avenue, 2nd Floor,   Gulfport, MS 39501-2040

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: cmgeno@cmgenolaw.com Jun 18 2015 19:53:59    Craig M. Geno,
                Law Offices of Craig M. Geno, PLLC,   587 Highland Colony Pkwy.,   Ridgeland, MS 39157
ust           +E-mail/Text: ustpregion05.ja.ecf@usdoj.gov Jun 18 2015 19:54:07    United States Trustee,
                501 East Court Street,   Suite 6-430,   Jackson, MS 39201-5022
3954943        EDI: IRS.COM Jun 18 2015 19:49:00    Internal Revenue Service,   P.O. Box 21126,
                Philadelphia, PA 19114
3954942        EDI: MSDOR.COM Jun 18 2015 19:49:00    MS State Tax Commission,   Bankruptcy Section,
                P.O. Box 23338,   Jackson, MS 39225
3954942        E-mail/Text: BANKRUPTCY.OAC.TAXCOM@DOR.MS.GOV Jun 18 2015 19:54:10    MS State Tax Commission,
                Bankruptcy Section,   P.O. Box 23338,   Jackson, MS 39225
3954941        E-mail/Text: atlreorg@sec.gov Jun 18 2015 19:54:09    U.S. Securities and Exchange Commission,
                Office of Reorganization,   950 East Paces Ferry Road, Suite 900,   Atlanta, GA 30326-1382
                                                                                    TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2015                              Signature:   /s/Joseph Speetjens


## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2015 at the address(es) listed below:
              Craig M. Geno    on behalf of Debtor In Possession   Slabbed New Media, LLC cmgeno@cmgenolaw.com,
              bpritchard@cmgenolaw.com;htrammell@cmgenolaw.com;jnichols@cmgenolaw.com;jshaw@cmgenolaw.com;runne
              r@cmgenolaw.com
              United States Trustee    USTPRegion05.JA.ECF@usdoj.gov
                                                                            TOTAL: 2

**B9F (Official Form 9F)** (Chapter 11 Corporation/Partnership Case) (12/12)                    Case Number **15–50963–KMS**

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

## Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 11 bankruptcy case concerning the debtor(s) listed below was filed on 6/16/15.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## Creditors – Do not file this notice in connection with any proof of claim you submit to the court.
## See Reverse Side For Important Explanations.

| | |
|---|---|
| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br>Slabbed New Media, LLC<br>Post Office Box 788<br>Wiggins, MS 39577 | |
| Case Number:<br>15–50963–KMS | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>46–3865279 |
| Attorney for Debtor(s) (name and address):<br>Craig M. Geno<br>Law Offices of Craig M. Geno, PLLC<br>587 Highland Colony Pkwy.<br>Ridgeland, MS 39157<br>Telephone number:  601 427–0048 | |

## Meeting of Creditors
**NOTICE: Debtor(s) must provide original picture identification and proof of Social Security Number to the Trustee at the meeting of creditors.  Failure to do so may result in your case being dismissed.**

Date:  **July 20, 2015**                    Time:  **10:30 AM**

Location:  **Hancock Bank Building, 2510 14th Street, Room 920, Gulfport, MS 39501**

## Deadline to File a Proof of Claim
Proof of claim must be *received* by the bankruptcy clerk's office by the following deadline:

For all creditors (except a governmental unit):  **10/14/15**          For a governmental unit:  **12/13/15**

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

## Deadline to File a Complaint to Determine Dischargeability of Certain Debts:

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| | |
|---|---|
| Address of the Bankruptcy Clerk's Office:<br>Dan M. Russell, Jr. U.S. Courthouse<br>2012 15th Street, Suite 244<br>Gulfport, MS 39501<br>Telephone number:  228–563–1790 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Danny L. Miller |
| Hours Open:  Monday – Friday 8:00 AM – 5:00 PM | Date:  6/18/15 |

# EXPLANATIONS

B9F (Official Form 9F) (12/12)

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form "Official Form B 10" may be downloaded from the Court's web site: http://www.mssb.uscourts.gov under the "Bankruptcy Forms/Fees" tab or may be picked up at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on the plan. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141(d)(6)(A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## Refer to Other Side for Important Deadlines and Notices

**FAILURE OF THE DEBTOR(S) AND DEBTOR(S)' ATTORNEY to appear at the § 341(a) meeting, to timely file schedules and related documents, to pay required fees or to produce required payment advices and income tax records pursuant to 11 USC § 521 may result in dismissal of this case without further notice.**

Note:   Cell phones and other electronic devices are generally not allowed in the courthouses of this District.  For additional information visit www.mssb.uscourts.gov.