IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     **SLABBED NEW MEDIA, LLC**                    **CHAPTER 11**
                **Debtor**                                                               **CASE NO. 15-50963-KMS**

**MOTION FOR EXTENSION OF TIME WITHIN
WHICH TO FILE REQUIRED DOCUMENTS**

COMES NOW Slabbed New Media, LLC (the "Debtor"), and files this its Motion for Extension of Time Within Which to File Required Documents (the "Motion"), and in support thereof, would respectfully show unto this Honorable Court as follows, to-wit:

1. On June 16, 2015, the Debtor herein filed with this Court its Voluntary Petition for bankruptcy under Chapter 11 of the Bankruptcy Code (the "Petition").

2. The Debtor is required to file its Statement of Financial Affairs, Schedules and Schedule of Income and Expenditures (the "Required Documents") on or before June 30, 2015. The Debtor and its counsel have diligently attempted to gather the information necessary to complete the Required Documents and file them in a timely manner. However, because Debtor's counsel has been out of town for hearings and a family emergency, and because of the extent of the information involved, Debtor and its counsel have not been able to complete the Required Documents.

3. The Debtor, therefore, seeks additional time to file the Required Documents.

4. The granting of this additional time will not significantly delay the progress of this matter, and the required documents will be filed before the Meeting of Creditors pursuant to 11 U.S.C. Section 341(a), which has been scheduled for July 20, 2015, so that the creditors will have sufficient time to examine and review the required documents prior to said Meeting.

5. This extension of time is not sought for purposes of delaying this case before this Court, and the granting of the Motion will not prejudice any creditor or grant any unfair advantage to the Debtor.

6.  The Debtor requests that this Court grant it an extension of time, until and including Tuesday, July 14, 2015, within which to file the Required Documents.

WHEREFORE, PREMISES CONSIDERED, Debtor respectfully prays that this Court grant it an extension to Tuesday, July 14, 2015, to file the Required Documents.

This, the 30th day of June, 2015.

                                      Respectfully submitted,

                                      SLABBED NEW MEDIA, LLC

                                      By Its Attorneys,

                                      LAW OFFICES OF CRAIG M. GENO, PLLC

                                      By: **/s/ *Craig M. Geno***
                                               Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
Jarret P. Nichols; MSB No. 99426
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
N:\Firm Data\Users\Bankrupt\Slabbed New Media\Pleadings\Schedules\Motion.wpd

## CERTIFICATE OF SERVICE

    I, Craig M. Geno, do hereby certify that I have caused to be served this date, via Notice of Electronic Filing, a true and correct copy of the above and foregoing instrument to:

Christopher J. Steiskal, Esq.
Office of the United States Trustee
christopher.steiskel@usdoj.gov

This, the 30th day of June, 2015.

                                            */s/ Craig M. Geno*
                                            Craig M. Geno