___

**SO ORDERED,**

*/s/ Katharine M. Samson*

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: June 30, 2015

The Order of the Court is set forth below. The docket reflects the date entered.
___

### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   SLABBED NEW MEDIA, LLC                                      CHAPTER 11
         Debtor                                             CASE NO. 15-50963-KMS

## ORDER

THIS CAUSE having come on to be heard on the *Motion for Extension of Time Within Which to File Required Documents* **[DK #26]** (the "Motion") filed herein by Slabbed New Media, LLC (the "Debtor"), and the Court having heard and considered the Motion, and being fully advised in the matter, is of the opinion that the Motion is well-taken and should be sustained. It is accordingly,

ORDERED, that the Statement of Financial Affairs, Schedules and Schedule of Income and Expenditures which are required to be filed in this Chapter 11 case shall be filed on or before Tuesday, July 14, 2015.

## # END OF ORDER # #

SUBMITTED BY:

Craig M. Geno, Esq. - MSB No. 4793
Jarret P. Nichols, Esq. - MSB No. 99426
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
(601) 427-0048 - Telephone
(601) 427-0050 - Facsimile
cmgeno@cmgenolaw.com
jnichols@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Slabbed New Media\Pleadings\Schedules\Order.wpd