```
                          United States Bankruptcy Court
                          Southern District of Mississippi
```

In re:                                                          Case No. 15-50963-KMS
Slabbed New Media, LLC                                          Chapter 11
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0538-6          User: wwatson            Page 1 of 1              Date Rcvd: Jun 30, 2015
                              Form ID: pdf012          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 02, 2015.
dbpos           +Slabbed New Media, LLC,   Post Office Box 788,   Wiggins, MS 39577-0788

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2015                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 30, 2015 at the address(es) listed below:
              Craig M. Geno    on behalf of Debtor In Possession   Slabbed New Media, LLC cmgeno@cmgenolaw.com,
               bpritchard@cmgenolaw.com;htrammell@cmgenolaw.com;jnichols@cmgenolaw.com;jshaw@cmgenolaw.com;runner@cmgenolaw.com
              United States Trustee    USTPRegion05.JA.ECF@usdoj.gov
                                                                                             TOTAL: 2

_____



SO ORDERED,

*[signature]*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 30, 2015**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:   **SLABBED NEW MEDIA, LLC** | **CHAPTER 11** |
| Debtor | **CASE NO. 15-50963-KMS** |

### ORDER

THIS CAUSE having come on to be heard on the *Motion for Extension of Time Within Which to File Required Documents* **[DK #26]** (the "Motion") filed herein by Slabbed New Media, LLC (the "Debtor"), and the Court having heard and considered the Motion, and being fully advised in the matter, is of the opinion that the Motion is well-taken and should be sustained. It is accordingly,

ORDERED, that the Statement of Financial Affairs, Schedules and Schedule of Income and Expenditures which are required to be filed in this Chapter 11 case shall be filed on or before Tuesday, July 14, 2015.

# # END OF ORDER # #

SUBMITTED BY:

Craig M. Geno, Esq. - MSB No. 4793
Jarret P. Nichols, Esq. - MSB No. 99426
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
(601) 427-0048 - Telephone
(601) 427-0050 - Facsimile
cmgeno@cmgenolaw.com
jnichols@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Slabbed New Media\Pleadings\Schedules\Order.wpd