SO ORDERED,

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: July 14, 2015

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:      SLABBED NEW MEDIA, LLC                                         CHAPTER 11
            Debtor                                              CASE NO. 15-50963-KMS

### ORDER AUTHORIZING DEBTOR TO EMPLOY ATTORNEYS

THIS CAUSE having come on for consideration of the *Application to Employ Attorneys, and Disclosure of Compensation* **[DK #15]** (the "Application") filed herein by Slabbed New Media (the "Debtor"), and the Court having considered the Application and finding that no objections and/or responses were filed thereto, and being otherwise fully advised in the premises, is of the opinion that the Application is well-taken and should be approved.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the employment of the Law Offices of Craig M. Geno, PLLC (the "Law Firm") as attorneys and legal counsel for the Debtor-in-possession be, and it hereby is, approved pursuant to 11 U.S.C. §327. The Application is denied to the extent it requests employment under 11 U.S.C. §328 or any other Bankruptcy Code section.

IT IS FURTHER ORDERED AND ADJUDGED that the Law Firm shall, within ten days of the entry hereof, file with the Court the statement of compensation required by 11 U.S.C. Section 329 and Rule 2016 (b), Federal Rules of Bankruptcy Procedure, if said report has not been filed.

-2-

IT IS FURTHER ORDERED AND ADJUDGED that the Law Firm shall be entitled to receive reasonable compensation and to receive reimbursement of actual, necessary expenses only after notice and a hearing as contemplated by 11 U.S.C. §330, Bankruptcy Rule 2016 and any other applicable or related statutes and rules.

IT IS FURTHER ORDERED AND ADJUDGED that this Order applies to any funds that might have been received by the Law Firm as a retainer or of a similar nature.

IT IS FURTHER ORDERED AND ADJUDGED that any application for compensation and reimbursement of expenses shall set forth the date of entry of all previous Orders allowing compensation and expenses and the amounts so allowed.

**# # END OF ORDER # #**

PRESENTED BY:

Craig M. Geno, Esq.; MSB No. 4793
Law Offices of Craig M. Geno, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Slabbed New Media\Pleadings\Employ\CMG\Order.wpd