UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   SLABBED NEW MEDIA, LLC          CASE NO.   15-50963-KMS

         DEBTOR(S)                        CHAPTER    11

CHAPTER 11 PROCEEDING MEMO
AND MINUTES OF § 341 MEETING
JULY 20, 2015 - 10:30 A.M.
GULFPORT, MS

1. Name of Attorney(s) for Debtor(s): Law Firm of Craig M. Geno, PLLC

2. Has attorney(s) for Debtor(s) filed a fee disclosure statement pursuant to 11 U.S.C. § 329 and Federal Rule of Bankruptcy Procedure 2016? X Yes ___ No.

3. Has a Chapter 11 Creditors' Committee or Equity Security Holders' Committee been appointed pursuant to 11 U.S.C. § 1102? ___ Yes X No.

4. Appearances:   ( ) Debtor(s)
                  (X) Debtor(s) representative(s) = Douglas K. Handshoe
                  (X) Attorney(s) for Debtor = Jarret P. Nichols (via telephone)
                  (X) Creditor(s):  (See attached appearance sheet)

5. Debtor(s) examined under oath or affirmation by:
   ( ) Attorney for Debtor(s)   (X) Creditors
   (X) UST designee             ( ) Others (specify below)

6. Debtor(s) is/are required to:
   On or before August 3, 2015, the Debtor shall (1) submit to the UST a copy of the signature card and an original voided check from each debtor-in-possession bank account. Also, upon completion and filing, the Debtor shall (2) submit to the UST a copy of the Debtor's filed 2014 federal tax return with all schedules and attachments.

7. Fifth Amendment invoked by Debtor(s)? ___ Yes X No.

8. Meeting adjourned (X) Yes ( ) No. If no, meeting is continued to _____, 2015, at _____, in Gulfport, MS.

Additional notes and/or comments: None.

(Proceeding recorded)                    /s/Christopher J. Steiskal, Sr.
                                         CHRISTOPHER J. STEISKAL, SR.
                                         PRESIDING OFFICER

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    SLABBED NEW MEDIA, LLC         CASE NO.    15-50963-KMS

          DEBTOR(S)                       CHAPTER    11

## § 341(a) APPEARANCE SHEET

§ 341(a) Location:          Gulfport, MS
DATE:                       July 20, 2015
TIME:                       10:30 A.M.
U.S. TRUSTEE REPRESENTATIVE: Christopher J. Steiskal, Sr.
                            Trial Attorney

| Name and Address (Print Legibly) | Attorney, Debtor OR Representative of Creditor (Print Legibly) | Signature |
|---|---|---|
| Trey O'Cain | Trout Point Lodge, Vaughn Perrett, Charles Leary | [signature] |
| Douglas Handshoe | Slabbed New Media LLC | [signature] |