

**SO ORDERED,**

*Katharine M. Samson*

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: July 22, 2015

The Order of the Court is set forth below. The docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | | | |
|---|---|---|---|
| IN RE: | SLABBED NEW MEDIA, LLC | CASE NO. | 15-50963-KMS |
| | DEBTOR(S) | CHAPTER | 11 |

### AGREED SCHEDULING ORDER

THIS DAY this matter came on for consideration of the *joint ore tenus motion* of the United States Trustee ("UST") and Debtor Slabbed New Media, LLC, for approval of the parties' Agreed Scheduling Order pursuant to 28 U.S.C. § 586(a)(7)(A)(iv), and the Court having duly considered the matter hereby finds that said *ore tenus motion* is well taken and should be granted; therefore

**IT IS ORDERED** that the Debtor shall maintain insurance customary and appropriate to the Debtor's industry and/or as required by law. In the event the Debtor receives notice of cancellation of any of the Debtor's insurance policies, the Debtor shall immediately provide notice thereof to the Debtor's counsel and the Debtor's counsel shall immediately provide notice thereof to the United States Trustee and any secured creditors affected by the notice of cancellation. The failure of the Debtor to notify its counsel, and/or the failure of the Debtor's counsel to notify the United States Trustee as provided herein, shall result in sanctions to be determined by the Court.

1

**IT IS FURTHER ORDERED** that the Debtor(s) shall timely file all tax returns and other required government filings and timely pay all taxes entitled to administrative expense priority except those being diligently contested by appropriate proceedings.

**IT IS FURTHER ORDERED** that the Debtor(s) shall timely file with the Court and submit to the UST monthly operating reports ("MOR") in accordance with the UST's *Chapter 11 Operating Guidelines and Reporting Requirements* ("OGRR-11") until such time as the case is closed, converted or dismissed.

**IT IS FURTHER ORDERED** that the Debtor(s) shall timely pay to the UST the appropriate sum required under 28 U.S.C. § 1930(a)(6) for each calendar quarter until such time as the case is closed, converted or dismissed.

**IT IS FURTHER ORDERED** that the Debtor(s) shall, on or before December 14, 2015, file a disclosure statement containing adequate information as set forth in 11 U.S.C. § 1125 and file a confirmable plan of reorganization.

##END OF ORDER##

AGREED TO AS TO FORM AND CONTENT:

_____
DEBTOR SLABBED NEW MEDIA, LLC
BY: CRAIG M. GENO (MSB #4793) OR JARRET P. NICHOLS (MSB #99426)
ATTORNEYS FOR DEBTOR
587 HIGHLAND COLONY PARKWAY
RIDGELAND, MISSISSIPPI 39157
TEL: (601) 427-0048

AGREED TO AND ORDER SUBMITTED BY:

_____
CHRISTOPHER J. STEISKAL (MSB #101654)
TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE
OFFICE OF THE U.S. TRUSTEE, REGION 5
501 EAST COURT STREET, SUITE 6-430

JACKSON, MISSISSIPPI 39201
TEL: (601) 965-5241