```
                          United States Bankruptcy Court
                          Southern District of Mississippi
In re:                                                           Case No. 15-50963-KMS
Slabbed New Media, LLC                                           Chapter 11
         Debtor
                               CERTIFICATE OF NOTICE
District/off: 0538-6         User: wwatson            Page 1 of 1         Date Rcvd: Jul 22, 2015
                             Form ID: pdf012          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 24, 2015.
dbpos          +Slabbed New Media, LLC,   Post Office Box 788,   Wiggins, MS 39577-0788
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2015                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 22, 2015 at the address(es) listed below:
              Christopher James Steiskal, Sr.    on behalf of U.S. Trustee    United States Trustee
               christopher.j.steiskal@usdoj.gov,
               lois.e.walker@usdoj.gov;sarita.dukes@usdoj.gov;anita.f.benson@usdoj.gov
              Craig M. Geno    on behalf of Debtor In Possession    Slabbed New Media, LLC cmgeno@cmgenolaw.com,
               bpritchard@cmgenolaw.com;htrammell@cmgenolaw.com;jnichols@cmgenolaw.com;jshaw@cmgenolaw.com;runne
               r@cmgenolaw.com
              United States Trustee    USTPRegion05.JA.ECF@usdoj.gov
                                                                                             TOTAL: 3
```



**SO ORDERED,**

*/s/ Katharine M. Samson*

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: July 22, 2015

**The Order of the Court is set forth below. The docket reflects the date entered.**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | | | |
|---|---|---|---|
| IN RE: | SLABBED NEW MEDIA, LLC | CASE NO. | 15-50963-KMS |
| | DEBTOR(S) | CHAPTER | 11 |

### AGREED SCHEDULING ORDER

THIS DAY this matter came on for consideration of the *joint ore tenus motion* of the United States Trustee ("UST") and Debtor Slabbed New Media, LLC, for approval of the parties' Agreed Scheduling Order pursuant to 28 U.S.C. § 586(a)(7)(A)(iv), and the Court having duly considered the matter hereby finds that said *ore tenus motion* is well taken and should be granted; therefore

**IT IS ORDERED** that the Debtor shall maintain insurance customary and appropriate to the Debtor's industry and/or as required by law. In the event the Debtor receives notice of cancellation of any of the Debtor's insurance policies, the Debtor shall immediately provide notice thereof to the Debtor's counsel and the Debtor's counsel shall immediately provide notice thereof to the United States Trustee and any secured creditors affected by the notice of cancellation. The failure of the Debtor to notify its counsel, and/or the failure of the Debtor's counsel to notify the United States Trustee as provided herein, shall result in sanctions to be determined by the Court.

1

**IT IS FURTHER ORDERED** that the Debtor(s) shall timely file all tax returns and other required government filings and timely pay all taxes entitled to administrative expense priority except those being diligently contested by appropriate proceedings.

**IT IS FURTHER ORDERED** that the Debtor(s) shall timely file with the Court and submit to the UST monthly operating reports ("MOR") in accordance with the UST's *Chapter 11 Operating Guidelines and Reporting Requirements* ("OGRR-11") until such time as the case is closed, converted or dismissed.

**IT IS FURTHER ORDERED** that the Debtor(s) shall timely pay to the UST the appropriate sum required under 28 U.S.C. § 1930(a)(6) for each calendar quarter until such time as the case is closed, converted or dismissed.

**IT IS FURTHER ORDERED** that the Debtor(s) shall, on or before December 14, 2015, file a disclosure statement containing adequate information as set forth in 11 U.S.C. § 1125 and file a confirmable plan of reorganization.

##END OF ORDER##

AGREED TO AS TO FORM AND CONTENT:

_____
DEBTOR SLABBED NEW MEDIA, LLC
BY: CRAIG M. GENO (MSB #4793) OR JARRET P. NICHOLS (MSB #99426)
ATTORNEYS FOR DEBTOR
587 HIGHLAND COLONY PARKWAY
RIDGELAND, MISSISSIPPI 39157
TEL: (601) 427-0048

AGREED TO AND ORDER SUBMITTED BY:

_____
CHRISTOPHER J. STEISKAL (MSB #101654)
TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE
OFFICE OF THE U.S. TRUSTEE, REGION 5
501 EAST COURT STREET, SUITE 6-430

JACKSON, MISSISSIPPI 39201
TEL: (601) 965-5241

3