IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     SLABBED NEW MEDIA, LLC                              CHAPTER 11
            Debtor                                                    CASE NO. 15-50963-KMS

## NOTICE

PLEASE TAKE NOTICE that Slabbed New Media, LLC (the "Debtor") has filed a *Motion to Extend Debtor's Time to Remove Causes of Action* (the "Motion"), a copy of which is attached hereto as **Exhibit "A"** and incorporated herein by reference.

PLEASE TAKE FURTHER NOTICE that all creditors and parties-in-interest wishing to object to the Application must file a written objection or other responsive pleading within 21 days from and after the date of this Notice, with the Clerk of the Court, Danny L. Miller, United States Bankruptcy Court, Southern District of Mississippi, Gulfport Division, at Dan M. Russell, Jr., U. S. Courthouse, 2012 - 15th Street, Ste. 244, Gulfport, MS 39501, with a copy to Craig M. Geno, Esq., counsel for the Debtors, at the Law Offices of Craig M. Geno, PLLC, 587 Highland Colony Parkway, Ridgeland, MS 39157.

This, the _14th_ day of August, 2015.

                                       Respectfully submitted,

                                       SLABBED NEW MEDIA, LLC

                                       By Its Attorneys,

                                       LAW OFFICES OF CRAIG M. GENO, PLLC

                                       By: _/s/ Craig M. Geno_____
                                               Craig M. Geno

-2-

OF COUNSEL:

Craig M. Geno; MSB No. 4793
Jarret P. Nichols; MSB No. 99426
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
jnichols@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\Slabbed New Media\Pleadings\Notice - Motion to Extend Debtor's Time to Remove Pre-Petition Cause of Action.wpd

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:      SLABBED NEW MEDIA, LLC                                    CHAPTER 11
            Debtor                                                    CASE NO. 15-50963-KMS

**MOTION TO EXTEND DEBTOR'S TIME TO REMOVE
CAUSES OF ACTION**

COMES NOW Slabbed New Media, LLC, (the "Debtor"), and files this its *Motion to Extend Debtors Time to Remove Causes of Action* (the "Motion"), and in support thereof, would show unto the Court the following, to-wit:

1.    On June 16, 2015, the Debtor herein filed with this Court its Voluntary Petition for reorganization under Chapter 11 of the Bankruptcy Code.

2.    In conjunction with this Chapter 11 case, the Debtor is aware that certain pre-petition claims may exist (and possibly post-petition claims as well), either directly or indirectly against the Debtor, that may need to be removed pursuant to Rule 9027 of the Federal Rules of Bankruptcy Procedure.

3.    In order to fully protect the Debtor's rights regarding all pre-petition causes of action and/or claims (pending as of the filing of this Motion), and/or all post-petition claims, the Debtor respectfully seeks herein to extend the time for removing pre and post-petition causes of action pursuant to Rule 9027 an additional ninety (90) days from August 14, 2015, up to and including November 15, 2015.

4.    The Motion filed herein is in the best interest of all creditors and parties-in-interest and the extension sought herein is not sought for the purposes of unreasonable delay.

5.    The Debtor submits that, in light of the relief requested, a Preliminary Order should be entered in the event objections are filed prior to the time a final hearing may be held on this matter.

EXHIBIT "A"

6. Other grounds to be assigned upon a hearing hereof.

WHEREFORE, the Debtor respectfully prays that upon a hearing hereof, this Honorable Court will grant the Motion and extend the time within which to remove causes of action for ninety (90) days. The Debtor prays for other such general and specific relief as the Court may deem just.

This, the _14th_ day of August, 2015.

                          Respectfully submitted,

                          SLABBED NEW MEDIA, LLC

                          By Its Attorneys,
                          LAW OFFICES OF CRAIG M. GENO, PLLC

                          By: _/s/ Craig M. Geno_
                              Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
Jarret P. Nichols; MSB No. 99426
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
jnichols@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\Slabbed New Media\Pleadings\Motion to Extend Debtor's Time to Remove Pre-Petition Causes of Action.wpd

## CERTIFICATE OF SERVICE

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via Notice of Electronic Filing, a true and correct copy of the above and foregoing instrument to:

Christopher J. Steiskal, Esq.
Office of the United States Trustee
christopher.steiskal@usdoj.gov

This, the _14th_ day of August, 2015.

                              _/s/ Craig M. Geno_
                              Craig M. Geno