# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

    SLABBED NEW MEDIA, LLC                          CASE NO. 15-50963-KMS

    **DEBTOR.**                                                           **CHAPTER 11**

To:   Craig M. Geno

### Notice

On August 14, 2015, a Motion to Extend Time to Remove Causes of Action (Dkt. #37) was filed by you, on behalf of Debtor in the above-styled case.

**YOU ARE HEREBY NOTIFIED** that the objection period has expired and an order has not been submitted to the Court.

**YOU ARE FURTHER NOTIFIED** that failure to submit an order within fourteen (14) days of this notice, may result in an order dismissing the above mentioned pleading without further notice or hearing.

Dated:  September 8, 2015                      DANNY L. MILLER, CLERK
                                                            Dan M. Russell, Jr. U. S. Courthouse
                                                            2012 15th Street, Suite 244
                                                            Gulfport, MS 39501
                                                             228-563-1790