_____

SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: September 9, 2015**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     **SLABBED NEW MEDIA, LLC**                                      **CHAPTER 11**
           Debtor                                                           **CASE NO. 15-50963-KMS**

### ORDER GRANTING MOTION TO EXTEND
### DEBTOR'S TIME TO REMOVE CAUSES OF ACTION

THIS CAUSE having come on for consideration of the *Motion to Extend Debtors Time to Remove Causes of Action* **[DK #37]** (the "Motion") filed herein by Slabbed New Media, LLC, (the "Debtor"), and the Court being fully advised in the premises, finds as follows, to-wit:

1.  Notice and a hearing were adequate and appropriate in the circumstances. No objections were filed to the Motion.

2.  On June 16, 2015, the Debtor herein filed with this Court its Voluntary Petition for reorganization under Chapter 11 of the Bankruptcy Code.

3.  In conjunction with this Chapter 11 case, the Debtor is aware that certain pre-petition claims may exist (and possibly post-petition claims as well), either directly or indirectly against the Debtor, that may need to be removed pursuant to Rule 9027 of the Federal Rules of Bankruptcy Procedure.

4.  In order to fully protect the Debtor's rights regarding all pre-petition causes of action and/or claims (pending as of the filing of this Motion), and/or all post-petition claims, the Debtor

-2-

seeks to extend the time for removing pre and post-petition causes of action pursuant to Rule 9027 an additional ninety (90) days from August 14, 2015, up to and including November 15, 2015.

5. The Motion is in the best interest of all creditors and parties-in-interest and the extension sought herein is not sought for the purposes of unreasonable delay.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the time for removing pre- and post-petition causes of action pursuant to Rule 9027 is hereby extended up to and including November 15, 2015.

## # END OF ORDER # #

Submitted by:

Craig M. Geno; MSB No. 4793
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Slabbed New Media\Pleadings\Motion to Extend Debtor's Time to Remove Pre-Petition Causes of Action.wpd