```
                           United States Bankruptcy Court
                            Southern District of Mississippi
In re:                                                         Case No. 15-50963-KMS
Slabbed New Media, LLC                                         Chapter 11
         Debtor
```
## CERTIFICATE OF NOTICE

```
District/off: 0538-6          User: wwatson              Page 1 of 1              Date Rcvd: Sep 08, 2015
                              Form ID: pdf012            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 10, 2015.
dbpos          +Slabbed New Media, LLC,   Post Office Box 788,   Wiggins, MS 39577-0788

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 8, 2015 at the address(es) listed below:
              Christopher James Steiskal, Sr.    on behalf of U.S. Trustee    United States Trustee
               christopher.j.steiskal@usdoj.gov,
               lois.e.walker@usdoj.gov;sarita.dukes@usdoj.gov;anita.f.benson@usdoj.gov
              Craig M. Geno    on behalf of Debtor In Possession    Slabbed New Media, LLC cmgeno@cmgenolaw.com,
               bpritchard@cmgenolaw.com;htrammell@cmgenolaw.com;jnichols@cmgenolaw.com;jshaw@cmgenolaw.com;runne
               r@cmgenolaw.com
              United States Trustee    USTPRegion05.JA.ECF@usdoj.gov
                                                                                             TOTAL: 3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

SLABBED NEW MEDIA, LLC                              CASE NO. 15-50963-KMS

  DEBTOR.                                           CHAPTER 11

To:   Craig M. Geno

## Notice

On August 14, 2015, a Motion to Extend Time to Remove Causes of Action (Dkt. #37) was filed by you, on behalf of Debtor in the above-styled case.

**YOU ARE HEREBY NOTIFIED** that the objection period has expired and an order has not been submitted to the Court.

**YOU ARE FURTHER NOTIFIED** that failure to submit an order within fourteen (14) days of this notice, may result in an order dismissing the above mentioned pleading without further notice or hearing.


Dated:  September 8, 2015                DANNY L. MILLER, CLERK
                                         Dan M. Russell, Jr. U. S. Courthouse
                                         2012 15th Street, Suite 244
                                         Gulfport, MS 39501
                                         228-563-1790