IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  SLABBED NEW MEDIA, LLC                                     CHAPTER 11
        Debtor                                          CASE NO. 15-50963-KMS

### CERTIFICATE OF SERVICE

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via email transmission and/or U.S. Mail, postage prepaid, a true and correct copy of the *Second Motion to Extend Debtor's Time to Remove Causes of Action* (the "Motion") and the *Notice* in connection therewith (copies of which are attached hereto as collective **Exhibit "A"**) to all creditors and parties-in-interest as listed on the matrix on file with the Clerk of the Court (a copy of which is attached hereto as **Exhibit "B"**).

THIS, the 11th day of November, 2015.

_____
Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
Jarret P. Nichols; MSB No. 99426
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
jnichols@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\Slabbed New Media\Pleadings\COS - Motion to Extend Debtor's Time to Remove Pre-Pet Causes, Notice.wpd

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     **SLABBED NEW MEDIA, LLC**     CHAPTER 11
              **Debtor**     CASE NO. 15-50963-KMS

## NOTICE

PLEASE TAKE NOTICE that Slabbed New Media, LLC (the "Debtor") has filed a *Second Motion to Extend Debtor's Time to Remove Causes of Action* (the "Motion"), a copy of which is attached hereto as **Exhibit "A"** and incorporated herein by reference.

PLEASE TAKE FURTHER NOTICE that all creditors and parties-in-interest wishing to object to the Application must file a written objection or other responsive pleading within 21 days from and after the date of this Notice, with the Clerk of the Court, Danny L. Miller, United States Bankruptcy Court, Southern District of Mississippi, Gulfport Division, at Dan M. Russell, Jr., U. S. Courthouse, 2012 - 15th Street, Ste. 244, Gulfport, MS 39501, with a copy to Craig M. Geno, Esq., counsel for the Debtors, at the Law Offices of Craig M. Geno, PLLC, 587 Highland Colony Parkway, Ridgeland, MS 39157.

This, the ___11th___ day of November, 2015.

           Respectfully submitted,

           SLABBED NEW MEDIA, LLC

           By Its Attorneys,

           LAW OFFICES OF CRAIG M. GENO, PLLC

           By: _/s/ Craig M. Geno_
                 Craig M. Geno



EXHIBIT "A"

-2-

OF COUNSEL:

Craig M. Geno; MSB No. 4793
Jarret P. Nichols; MSB No. 99426
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
jnichols@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\Slabbed New Media\Pleadings\Notice - Motion to Extend Debtor's Time to Remove Pre-Petition Cause of Action.wpd

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     SLABBED NEW MEDIA, LLC     CHAPTER 11
          Debtor     CASE NO. 15-50963-KMS

## SECOND MOTION TO EXTEND DEBTOR'S TIME TO REMOVE CAUSES OF ACTION

COMES NOW Slabbed New Media, LLC (the "Debtor"), and files this its *Second Motion to Extend Debtor's Time to Remove Causes of Action* (the "Motion"), and in support thereof, would show unto the Court the following, to-wit:

1. On June 16, 2015, the Debtor herein filed with this Court its Voluntary Petition for reorganization under Chapter 11 of the Bankruptcy Code.

2. In conjunction with this Chapter 11 case, the Debtor is aware that certain pre-petition claims may exist (and possibly post-petition claims as well), either directly or indirectly against the Debtor, that may need to be removed pursuant to Rule 9027 of the Federal Rules of Bankruptcy Procedure.

3. In order to fully protect the Debtor's rights regarding all pre-petition causes of action and/or claims (pending as of the filing of this Motion), and/or all post-petition claims, the Debtor respectfully seeks herein to extend the time for removing pre and post-petition causes of action pursuant to Rule 9027 an additional ninety sixty (60) days from November 15, 2015, up to and including January 14, 2016, so that Debtor can obtain local counsel with Court approval to remove out of state cases.

4. The Motion is in the best interest of all creditors and parties-in-interest and the extension sought herein is not sought for the purposes of unreasonable delay.

5. The Debtor submits that, in light of the relief requested, a Preliminary Order should be entered in the event objections are filed prior to the time a final hearing may be held on this matter.

EXHIBIT "A"

This, the \_\_\_\_\_ day of November, 2015.

> Respectfully submitted,
>
> SLABBED NEW MEDIA, LLC
>
> By Its Attorneys,
>
> LAW OFFICES OF CRAIG M. GENO, PLLC
>
> By: /s/ Craig M. Geno
>       Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
Jarret P. Nichols; MSB No. 99426
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
jnichols@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\Slabbed New Media\Pleadings\Second Motion to Extend Debtor's Time to Remove Pre-Petition Cause of Action.wpd

## CERTIFICATE OF SERVICE

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via Notice of Electronic Filing, a true and correct copy of the above and foregoing instrument to:

Christopher J. Steiskal, Esq.
Office of the United States Trustee
christopher.steiskel@usdoj.gov

This, the \_\_\_\_\_ day of November, 2015.

/s/ Craig M. Geno
Craig M. Geno

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0538-6<br>Case 15-50963-KMS<br>Southern District of Mississippi<br>Gulfport-6 Divisional Office<br>Wed Nov 11 16:18:27 CST 2015 | Slabbed New Media, LLC<br>Post Office Box 788<br>Wiggins, MS 39577-0788 | U.S. Bankruptcy Court<br>Dan M. Russell, Jr. U.S. Courthouse<br>2012 15th Street, Suite 244<br>Gulfport, MS 39501-2036 |
| Chris E. Yount<br>545 Terrace Street<br>Jefferson, LA 70121-1515 | Connie S. Montgomery<br>Montgomery Law Center<br>1403 West Esplanade Avenue<br>Kenner, Louisiana 70065-2850 | Daniel G. Abel<br>Daniel G. Abel, Inc.<br>2421 Clearview Pwy, Suite 106<br>Metairie, LA 70001-1239 |
| Douglas Handshoe<br>110 Hall Street<br>Wiggins, MS 39577-2623 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>c/o United States Attorney<br>1575 20th Avenue, 2nd Floor<br>Gulfport, MS 39501-2040 |
| Jack E. "Bobby" Truitt<br>The Truitt Law Firm, LLC<br>149 North New Hampshire Street<br>Covington, LA 70433-3235 | (p)MISSISSIPPI STATE TAX COMMISSION<br>P O BOX 22808<br>JACKSON MS 39225-2808 | Tourism Business Solutions<br>2308 Arnold Street<br>Waveland, MS 39576-2643 |
| Trout Point Lodge,<br>Vaughn Perret and Charles Leary<br>189 Trout Point Road<br>East Kemptville, NS<br>Canada B5A 5X9 | U.S. Securities and Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road, Suite 900<br>Atlanta, GA 30326-1382 | U.S. Securities and Exchange Commission<br>c/o United States U.S. Attorney<br>1575 20th Avenue, 2nd Floor<br>Gulfport, MS 39501-2040 |
| United States Trustee<br>501 East Court Street<br>Suite 6-430<br>Jackson, MS 39201-5028 | Craig M. Geno<br>Law Offices of Craig M. Geno, PLLC<br>587 Highland Colony Pkwy.<br>Ridgeland, MS 39157-8784 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | MS State Tax Commission<br>Bankruptcy Section<br>P.O. Box 23338<br>Jackson, MS 39225 | End of Label Matrix<br>Mailable recipients    16<br>Bypassed recipients    0<br>Total    16 |



EXHIBIT "B"