```
                        United States Bankruptcy Court
                        Southern District of Mississippi
```

In re:                                                          Case No. 15-50963-KMS
Slabbed New Media, LLC                                          Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0538-6          User: wwatson              Page 1 of 1              Date Rcvd: Nov 13, 2015
                              Form ID: pdf012            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2015.
dbpos          +Slabbed New Media, LLC,   Post Office Box 788,   Wiggins, MS 39577-0788

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2015                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2015 at the address(es) listed below:
              Christopher James Steiskal, Sr.    on behalf of U.S. Trustee    United States Trustee
               christopher.j.steiskal@usdoj.gov,    lois.e.walker@usdoj.gov;sarita.dukes@usdoj.gov
              Craig M. Geno    on behalf of Debtor In Possession    Slabbed New Media, LLC cmgeno@cmgenolaw.com,
               bpritchard@cmgenolaw.com;jnichols@cmgenolaw.com;jshaw@cmgenolaw.com;runner@cmgenolaw.com;bpritcha
               rd@ecf.courtdrive.com
              United States Trustee    USTPRegion05.JA.ECF@usdoj.gov
                                                                                             TOTAL: 3



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 13, 2015**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:      SLABBED NEW MEDIA, LLC      CHAPTER 11
            Debtor      CASE NO. 15-50963-KMS

### ORDER GRANTING SECOND MOTION TO EXTEND
### DEBTOR'S TIME TO REMOVE CAUSES OF ACTION

THIS CAUSE having come on for consideration of the *Second Motion to Extend Debtors Time to Remove Causes of Action* **[DK #48]** (the "Motion") filed herein by Slabbed New Media, LLC, (the "Debtor"), and the Court being fully advised in the premises, finds as follows, to-wit:

1. Notice and a hearing were adequate and appropriate in the circumstances. No objections were filed to the Motion.

2. On June 16, 2015, the Debtor herein filed with this Court its Voluntary Petition for reorganization under Chapter 11 of the Bankruptcy Code.

3. In conjunction with this Chapter 11 case, the Debtor is aware that certain pre-petition claims may exist (and possibly post-petition claims as well), either directly or indirectly against the Debtor, that may need to be removed pursuant to Rule 9027 of the Federal Rules of Bankruptcy Procedure.

4. In order to fully protect the Debtor's rights regarding all pre-petition causes of action and/or claims (pending as of the filing of this Motion), and/or all post-petition claims, the Debtor seeks to extend the time for removing pre and post-petition causes of action pursuant to Rule 9027

an additional ninety sixty (60) days from November 15, 2015, up to and including January 14, 2016, so that Debtor can obtain local counsel with Court approval to remove out of state cases.

5. The current deadline for removing pre-petition cases is November 15, 2015. That time will expire before the Motion is fully noticed to creditors for twenty-one (21) days. Accordingly, the Court grants the Motion, preliminarily, without prejudice to any objections that may be filed thereto, up through, and including, the date the Court sets the Motion for hearing, after notice. In the event objections to the Motion are filed, the Court will consider those without prejudice to the objecting party.

6. The Motion is in the best interest of all creditors and parties-in-interest and the extension sought herein is not sought for the purposes of unreasonable delay.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the time for removing pre- and post-petition causes of action pursuant to Rule 9027 is hereby extended up to and including the date the Motion is set for hearing.

## END OF ORDER ##

Submitted by:

Craig M. Geno; MSB No. 4793
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Slabbed New Media\Pleadings\Order - Motion to Extend Debtor's Time to Remove.wpd