IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     SLABBED NEW MEDIA, LLC                    CHAPTER 11
            Debtor                                                  CASE NO. 15-50963-KMS

## CERTIFICATE OF SERVICE

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via email transmission and/or U.S. Mail, postage prepaid, a true and correct copy of the *Motion to Extend Exclusivity* and the *Notice* in connection therewith (copies of which are attached hereto as collective Exhibit "A") to all creditors and parties-in-interest as listed on the matrix on file with the Clerk of the Court (a copy of which is attached hereto as Exhibit "B").

THIS, the ____ day of December, 2015.

_____
Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
Jarret P. Nichols; MSB No. 99426
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
jnichols@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\Slabbed New Media\Pleadings\Exclusivity\1st Certificate.wpd

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| IN RE: | SLABBED NEW MEDIA, LLC | CHAPTER 11 |
| | Debtor | CASE NO. 15-50963-KMS |

### NOTICE

PLEASE TAKE NOTICE that Slabbed New Media, LLC (the "Debtor") has filed a Motion to Extend Exclusivity (the "Motion"), a copy of which is attached hereto as Exhibit "A" and incorporated herein by reference.

PLEASE TAKE FURTHER NOTICE that all creditors and parties-in-interest wishing to object to the Application must file a written objection or other responsive pleading within 21 days from and after the date of this Notice, with the Clerk of the Court, Danny L. Miller, United States Bankruptcy Court, Southern District of Mississippi, Gulfport Division, at Dan M. Russell, Jr., U. S. Courthouse, 2012 - 15th Street, Ste. 244, Gulfport, MS 39501, with a copy to Craig M. Geno, Esq., counsel for the Debtors, at the Law Offices of Craig M. Geno, PLLC, 587 Highland Colony Parkway, Ridgeland, MS 39157.

This, the _____ day of December, 2015.

          Respectfully submitted,

          SLABBED NEW MEDIA, LLC

          By Its Attorneys,
          LAW OFFICES OF CRAIG M. GENO, PLLC

          By:_____
            Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
Jarret P. Nichols; MSB No. 99426
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
N:\Firm Data\Users\Bankrupt\Slabbed New Media\Plead



EXHIBIT "A"

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

SLABBED NEW MEDIA, LLC     CHAPTER 11
Debtor     CASE NO. 15-50963-KMS

## MOTION TO EXTEND EXCLUSIVITY

COMES NOW Slabbed New Media, LLC (the "Debtor"), and files this its *Motion to Extend Exclusivity* (the "Motion"), and in support thereof, would show unto the Court the following, to-wit:

1. The Disclosure Statement and Plan of Reorganization are currently due on December 14, 2015.

2. Subsequent to the entry of the scheduling order establishing December 14, 2015, as the deadline for the filing of the Disclosure Statement and Plan of Reorganization, additional claims have arisen directly and indirectly against the Debtor and its principal, Douglas Handshoe.

3. Debtor is obligated to indemnify Mr. Handshoe for claims filed against him arising out of his functioning as an employee and manager of the Debtor.

4. It is Debtor's present intent to intervene in certain claims brought, on an indirect basis, that have been filed both against and by Mr. Handshoe.

5. However, Debtor has not yet engaged Louisiana counsel to assist in those endeavors, nor has it removed certain claims or causes of action to this Court that it intends to remove. The filing of a Disclosure Statement and Plan at this stage would be premature and a waste of estate assets, costs and expenses.

6. Debtor estimates that it will be approximately sixty (60) days before the interventions and removals have been filed and requests sixty (60) days within which to file its Disclosure Statement and Plan.

7. Other grounds to be assigned upon a hearing hereof.

WHEREFORE, PREMISES CONSIDERED, Debtor respectfully requests that the Court will grant the Motion and extend the deadline for filing the Disclosure Statement and Plan of Reorganization for sixty (60) days. Debtor prays for general relief.

This, the 19th day of November, 2015.

Respectfully submitted,

SLABBED NEW MEDIA, LLC

By Its Attorneys,

LAW OFFICES OF CRAIG M. GENO, PLLC

By: _____
       Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
Jarret P. Nichols; MSB No. 99426
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
jnichols@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Slabbed New Media\Pleadings\Exclusivity1st.Motion.wpd

## CERTIFICATE OF SERVICE

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via Notice of Electronic Filing, a true and correct copy of the above and foregoing instrument to:

Christopher J. Steiskal, Esq.
Office of the United States Trustee
christopher.steiskel@usdoj.gov

This, the _____ day of December, 2015.

_____
Craig M. Geno

-2-

**EXHIBIT "A"**

```
Label Matrix for local noticing          Slabbed New Media, LLC                   U.S. Bankruptcy Court
0538-6                                   Post Office Box 788                      Dan M. Russell, Jr. U.S. Courthouse
Case 15-50963-KMS                        Wiggins, MS 39577-0788                   2012 15th Street, Suite 244
Southern District of Mississippi                                                  Gulfport, MS 39501-2036
Gulfport-6 Divisional Office
Mon Dec 14 16:29:53 CST 2015

Chris E. Yount                           Connie S. Montgomery                     Daniel G. Abel
545 Terrace Street                       Montgomery Law Center                    Daniel G. Abel, Inc.
Jefferson, LA 70121-1515                 1403 West Esplanade Avenue               2421 Clearview Pwy, Suite 106
                                         Kenner, Louisiana 70065-2850             Metairie, LA 70001-1239


Douglas Handshoe                         (p)INTERNAL REVENUE SERVICE              Internal Revenue Service
110 Hall Street                          CENTRALIZED INSOLVENCY OPERATIONS        c/o United States Attorney
Wiggins, MS 39577-2623                   PO BOX 7346                              1575 20th Avenue, 2nd Floor
                                         PHILADELPHIA PA 19101-7346               Gulfport, MS 39501-2040


Jack E. "Bobby" Truitt                   (p)MISSISSIPPI STATE TAX COMMISSION      Tourism Business Solutions
The Truitt Law Firm, LLC                 P O BOX 22808                            2308 Arnold Street
149 North New Hampshire Street           JACKSON MS 39225-2808                    Waveland, MS 39576-2643
Covington, LA 70433-3235


Trout Point Lodge,                       U.S. Securities and Exchange Commission  U.S. Securities and Exchange Commission
Vaughn Perret and Charles Leary          Office of Reorganization                 c/o United States U.S. Attorney
189 Trout Point Road                     950 East Paces Ferry Road, Suite 900     1575 20th Avenue, 2nd Floor
East Kemptville, NS                      Atlanta, GA 30326-1382                   Gulfport, MS 39501-2040
Canada B5A 5X9

United States Trustee                    Craig M. Geno
501 East Court Street                    Law Offices of Craig M. Geno, PLLC
Suite 6-430                              587 Highland Colony Pkwy.
Jackson, MS 39201-5028                   Ridgeland, MS 39157-8784
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Internal Revenue Service                 MS State Tax Commission                  End of Label Matrix
P.O. Box 21126                           Bankruptcy Section                       Mailable recipients    16
Philadelphia, PA 19114                   P.O. Box 23338                           Bypassed recipients     0
                                         Jackson, MS 39225                        Total                  16
```


EXHIBIT "B"