___

**SO ORDERED,**

*/s/ Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: January 11, 2016**

The Order of the Court is set forth below. The docket reflects the date entered.
___

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     SLABBED NEW MEDIA, LLC                   CHAPTER 11
            Debtor                                          CASE NO. 15-50963-KMS

## ORDER

THIS CAUSE having come on for consideration of the *Motion to Extend Exclusivity* **[DK #54]** (the "Motion") filed herein by Slabbed New Media (the "Debtor"), and the Court having considered the Motion and finding that no objections and/or responses were filed thereto, and being otherwise fully advised in the premises, is of the opinion that the Motion is well-taken and should be ~~approved~~ granted as to the time for filing a plan and disclosure statement but denied as to an extension of exclusivity.* (KMS)

IT IS, THEREFORE, ORDERED AND ADJUDGED that the time for the filing of a plan of reorganization and a disclosure statement should be, and hereby is, extended up through, and including, sixty (60) days from the entry of this Order approving the Motion within which to file a Plan and Disclosure Statement in this Chapter 11 case, ~~and a similar extension to obtain Plan confirmation~~. (KMS)

SO ORDERED.

## END OF ORDER ##

*An order extending the exclusive period must be signed prior to expiration of the deadline pursuant to 11 U.S.C. sec. 1121(e)(3). (KMS)

-2-

Submitted by:

Craig M. Geno, Esq.; MSB No. 4793
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Slabbed New Media\Pleadings\Exclusivity\1st Order.wpd