```
                     United States Bankruptcy Court
                      Southern District of Mississippi
In re:                                                   Case No. 15-50963-KMS
Slabbed New Media, LLC                                   Chapter 11
        Debtor
                         CERTIFICATE OF NOTICE
District/off: 0538-6          User: wwatson            Page 1 of 1         Date Rcvd: Jan 11, 2016
                              Form ID: pdf012          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2016.
dbpos          +Slabbed New Media, LLC,   Post Office Box 788,    Wiggins, MS 39577-0788

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2016                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2016 at the address(es) listed below:
              Christopher James Steiskal, Sr.    on behalf of U.S. Trustee    United States Trustee
               christopher.j.steiskal@usdoj.gov,    lois.e.walker@usdoj.gov;sarita.dukes@usdoj.gov
              Craig M. Geno    on behalf of Debtor In Possession    Slabbed New Media, LLC cmgeno@cmgenolaw.com,
               bpritchard@cmgenolaw.com;jnichols@cmgenolaw.com;jshaw@cmgenolaw.com;runner@cmgenolaw.com;bpritcha
               rd@ecf.courtdrive.com
              United States Trustee    USTPRegion05.JA.ECF@usdoj.gov
                                                                                             TOTAL: 3

___

        **SO ORDERED,**

*[signature: Katharine M. Samson]*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
Date Signed: January 11, 2016

**The Order of the Court is set forth below. The docket reflects the date entered.**

___

### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     SLABBED NEW MEDIA, LLC            CHAPTER 11
           Debtor                                            CASE NO. 15-50963-KMS

### ORDER

THIS CAUSE having come on for consideration of the *Motion to Extend Exclusivity* **[DK #54]** (the "Motion") filed herein by Slabbed New Media (the "Debtor"), and the Court having considered the Motion and finding that no objections and/or responses were filed thereto, and being otherwise fully advised in the premises, is of the opinion that the Motion is well-taken and should be ~~approved~~ granted as to the time for filing a plan and disclosure statement but denied as to an extension of exclusivity.* (KMS)

IT IS, THEREFORE, ORDERED AND ADJUDGED that the time for the filing of a plan of reorganization and a disclosure statement should be, and hereby is, extended up through, and including, sixty (60) days from the entry of this Order approving the Motion within which to file a Plan and Disclosure Statement in this Chapter 11 case, ~~and a similar extension to obtain Plan confirmation~~. (KMS)

SO ORDERED.

## # END OF ORDER # #

*An order extending the exclusive period must be signed prior to expiration of the deadline pursuant to 11 U.S.C. sec. 1121(e)(3). (KMS)

Submitted by:

Craig M. Geno, Esq.; MSB No. 4793
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Slabbed New Media\Pleadings\Exclusivity\1st Order.wpd