B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

Southern District of Mississippi

In re  Slabbed New Media, LLC ,
        *Debtor*

Case No. 15-50963-KMS

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: December 2015

Line of Business: Internet News Publishing

Date filed: 01/25/2016

NAISC Code: 519130

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_____
Original Signature of Responsible Party

Douglas Handshoe
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? **N/A** | ☐ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? **N/A** | ☐ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

Page 2

B 25C (Official Form 25C) (12/08)

14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH?  ☐  ☑
15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH?  N/A  ☐  ☐
16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH?  ☐  ☑
17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH?  ☐  ☑
18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY?  ☐  ☑

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?  ☐  ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL INCOME** | $ | 165.00 |

### SUMMARY OF CASH ON HAND

| | | |
|---|---|---|
| Cash on Hand at Start of Month | $ | 2,535.00 |
| Cash on Hand at End of Month | $ | 2,564.00 |
| PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU  **TOTAL** | $ | 2,564.00 |

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

| | | |
|---|---|---|
| **TOTAL EXPENSES** | $ | 136.00 |

*(Exhibit C)*

## CASH PROFIT

| | | |
|---|---|---|
| INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* | $ | 165.00 |
| EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* | $ | 136.00 |
| *(Subtract Line C from Line B)*  **CASH PROFIT FOR THE MONTH** | $ | 29.00 |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ 0.00

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ 0.00

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? 0
NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? 0

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ 0.00

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ 0.00

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ 0.00

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ 0.00


B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 150.00 | $ 165.00 | $ 15.00 |
| EXPENSES | $ 0.00 | $ 136.00 | $ -136.00 |
| CASH PROFIT | $ 150.00 | $ 29.00 | $ -121.00 |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $ \_\_\_\_\_

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $ \_\_\_\_\_

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $ \_\_\_\_\_

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

**Slabbed New Media, LLC**
**Balance Sheet**
**December 31, 2015**

## ASSETS

**Current Assets**
    Cash and cash equivalents      $    2,564
    Judgments Receivable      48,000

Total Current Assets      $    50,564

*TOTAL ASSETS*      $    50,564

## LIABILITIES AND STOCKHOLDER'S EQUITY

**Current Liabilities**
    Trade Accounts Payable      $    53,479

Total Current Liabilities      $    53,479

*TOTAL LIABILITIES*      $    53,479

## MEMBER'S EQUITY

    Member's Equity      (2,915)

*TOTAL MEMBER'S EQUITY*      $    (2,915)

*TOTAL LIABILITIES AND STOCKHOLDER'S EQUITY*      $    50,564

**SLABBED NEW MEDIA, LLC**
**STATEMENT OF INCOME AND MEMBER'S EQUITY**
**MONTH OF AND TWELVE MONTHS ENDED DECEMBER 31, 2015**

|  | December 31, 2015 | 2015 Year to Date |
|---|---:|---:|
| **Reader Support and Advertising Revenue** | 165 | $ 4,559 |
| **Cost of Revenues:** | | |
| Journalism and Freelance Expenses | - | 32 |
| GROSS PROFIT | 165 | 4,527 |
| **General and administrative expenses:** | | |
| Advertising | - | 80 |
| Dues and Subscriptions | - | 307 |
| Office Expense | - | 69 |
| Professional Fees | - | 16,888 |
| Webhosting & Internet Expenses | 136 | 634 |
| Total General and Administrative Expenses | 136 | 17,978 |
| INCOME (LOSS) FROM OPERATIONS | 29 | (13,451) |
| NET INCOME (LOSS) | $ 29 | $ (13,451) |
| **MEMBER'S EQUITY** | | |
| January 1, 2015 | | (5,322) |
| Member Capital Contributions, net | | 15,858 |
| December 31, 2015 | | $ (2,915) |

**Slabbed New Media, LLC**
**Statement of Cash Flows**
**December 31, 2015**

| | |
|---|---:|
| CASH FLOWS FROM OPERATING ACTIVITIES | |
|     Collections from readers | $ 4,559 |
|     Paid to suppliers | (17,930) |
| NET CASH PROVIDED (USED) BY OPERATING ACTIVITIES | (13,371) |
| | |
| CASH FLOWS FROM INVESTING ACTIVITIES | |
|     Cash Capital Contributions by owner | 15,857 |
| NET CASH PROVIDED (USED) BY INVESTING ACTIVITIES | 15,857 |
| | |
| NET INCREASE (DECREASE) IN CASH AND CASH EQUIVALENTS | 2,486 |
| | |
| CASH AND CASH EQUIVALENTS AT JANUARY 1, 2015 | 78 |
| | |
| CASH AND CASH EQUIVALENTS AT OCTOBER 31, 2015 | $ 2,564 |

**RECONCILIATION OF NET INCOME TO NET CASH FLOWS FROM OPERATING ACTIVITIES**

| | |
|---|---:|
| NET INCOME (LOSS) | $ (13,451) |
| Adjustments to reconcile net income to net cash flows from operating activities: | |
| INCREASE (DECREASE) IN: | |
|   Trade Accounts Payable | 80 |
| NET CASH FLOWS FROM OPERATING ACTIVITIES | $ (13,371) |

Schedule of non cash investing activities.
    None in the Twelve Months Ended December 31, 2015

5:40 AM
01/25/16

# Slabbed New Media, LLC
# Reconciliation Detail
### 100 · Cash Hancock Bank, Period Ending 12/31/2015

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 2,535.27 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 3 items** | | | | | | |
| Check | 12/03/2015 | CC12/... | NETDNA LLC | X | -24.00 | -24.00 |
| Check | 12/04/2015 | CC12/... | Amazon Web Services | X | -91.97 | -115.97 |
| Check | 12/24/2015 | CC12/... | Cloudflare | X | -20.00 | -135.97 |
| Total Checks and Payments | | | | | -135.97 | -135.97 |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 12/23/2015 | | | X | 165.00 | 165.00 |
| Total Deposits and Credits | | | | | 165.00 | 165.00 |
| Total Cleared Transactions | | | | | 29.03 | 29.03 |
| **Cleared Balance** | | | | | 29.03 | 2,564.30 |
| Register Balance as of 12/31/2015 | | | | | 29.03 | 2,564.30 |
| **Ending Balance** | | | | | **29.03** | **2,564.30** |

5:40 AM
01/25/16

# Slabbed New Media, LLC
# Reconciliation Summary
### 100 · Cash Hancock Bank, Period Ending 12/31/2015

|  | Dec 31, 15 |
|---|---|
| **Beginning Balance** | 2,535.27 |
| **Cleared Transactions** | |
| Checks and Payments - 3 items | -135.97 |
| Deposits and Credits - 1 item | 165.00 |
| **Total Cleared Transactions** | 29.03 |
| **Cleared Balance** | **2,564.30** |
| Register Balance as of 12/31/2015 | 2,564.30 |
| Ending Balance | 2,564.30 |

  

Hancock Bank, a trade name of Whitney Bank

P.O. Box 4019 Gulfport, MS 39502

Return Service Requested

1         010000 001
SLABBED NEW MEDIA LLC
DEBTOR IN POSSESSION
CASE NO 15-50963-KMS
PO BOX 788
WIGGINS MS  39577

Page: 1 of 1

Statements Dates
12/01/2015 - 12/31/2015

Account Number:


Images:
0

*ZERO CHECKS* E0

WE'RE READY TO LEND WITH GREAT RATES ON PERSONAL LOANS.
TO APPLY CALL 1-800-965-LOAN. NORMAL CREDIT CRITERIA APPLY.

## Checking Account Summary

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | 2,535.27 | AVERAGE BALANCE | |
| +  1 CREDITS | 165.00 | | 2,472.49 |
| -  3 DEBITS | 135.97 | YTD INTEREST PAID | |
| -  SERVICE CHARGES | .00 | | .00 |
| +  INTEREST PAID | .00 | | |
| ENDING BALANCE | 2,564.30 | | |

\* \* \* \* \* \* \* \* CHECKING ACCOUNT TRANSACTIONS \* \* \* \* \* \* \* \* \*

### • Deposits and Other Credits

| Date | Amount | Description | Date | Amount | Description |
|---|---|---|---|---|---|
| 12/23 | 165.00 | DEPOSIT | | | |



### • Other Debits

| Date | Amount | Description | Date | Amount | Description |
|---|---|---|---|---|---|
| 12/03 | 24.00 | CC 12/03 09:34 W/D   CRD*9155 NETDNA, LLC   877-563-8362 CA | 12/24 | 20.00 | Amazon web servaws.amazon.coWA CC 12/22 14:35 W/D   CRD*9155 |
| 12/04 | 91.97 | CC 12/04 23:19 W/D   CRD*9155 | | | CLOUDFLARE   650-3198939 CA |

### • Balance By Date

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 11/30 | 2,535.27 | 12/04 | 2,419.30 | 12/24 | 2,564.30 |
| 12/03 | 2,511.27 | 12/23 | 2,584.30 | | |