

SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: March 14, 2016**

**The Order of the Court is set forth below. The docket reflects the date entered.**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

        **Slabbed New Media, LLC,**

        **DEBTOR.**

**CASE NO. 15-50963 KMS**

**CHAPTER 11**

## <u>ORDER SETTING HEARING OUT OF TIME</u>

This matter came on the Court's *sua sponte* motion to set the United States Trustee's Motion to Convert or Dismiss Case ("Motion") (Dkt. #61) for hearing outside the thirty (30) days set forth in 11 U.S.C. § 1112(b)(3). The Court finds that compelling circumstances prevent the Court from meeting the time limits established by that paragraph and, as such, the Court may set the Trustee's Motion outside the thirty (30) day requirement. <u>See</u> § 1112(b)(3). The Court further finds that no parties are or will be prejudiced by the setting of the Trustee's Motion outside the thirty (30) day requirement.

IT IS, THEREFORE, ORDERED that the hearing on the U.S. Trustee's Motion hereby is set for April 28, 2016, at 1:30 pm.

##END OF ORDER##