United States Bankruptcy Court
Southern District of Mississippi

In re:  
Slabbed New Media, LLC  
     Debtor

Case No. 15-50963-KMS  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0538-6     User: wwatson     Page 1 of 1     Date Rcvd: Mar 14, 2016  
                        Form ID: hn002kms     Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2016.

```
dbpos        +Slabbed New Media, LLC,    Post Office Box 788,    Wiggins, MS 39577-0788
3954918      #Chris E. Yount,    545 Terrace Street,    Jefferson, LA 70121-1515
3954914      +Connie S. Montgomery,    Montgomery Law Center,    1403 West Esplanade Avenue,
               Kenner, Louisiana 70065-2850
3954913      +Daniel G. Abel,    Daniel G. Abel, Inc.,    2421 Clearview Pwy, Suite 106,
               Metairie, LA 70001-1239
3966946      +Douglas Handshoe,    110 Hall Street,    Wiggins, MS 39577-2623
3954944      +Internal Revenue Service,    c/o United States Attorney,    1575 20th Avenue, 2nd Floor,
               Gulfport, MS 39501-2040
3954917      +Jack E. "Bobby" Truitt,    The Truitt Law Firm, LLC,    149 North New Hampshire Street,
               Covington, LA 70433-3235
3954915      +Tourism Business Solutions,    2308 Arnold Street,    Waveland, MS 39576-2643
3954916       Trout Point Lodge,,    Vaughn Perret and Charles Leary,    189 Trout Point Road,
               East Kemptville, NS,    Canada B5A 5X9
3954945      +U.S. Securities and Exchange Commission,    c/o United States U.S. Attorney,
               1575 20th Avenue, 2nd Floor,    Gulfport, MS 39501-2040
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
3954943       E-mail/Text: cio.bncmail@irs.gov Mar 14 2016 19:47:21     Internal Revenue Service,
               P.O. Box 21126,    Philadelphia, PA 19114
3954942       E-mail/Text: BANKRUPTCY@DOR.MS.GOV Mar 14 2016 19:47:26     MS State Tax Commission,
               Bankruptcy Section,    P.O. Box 23338,    Jackson, MS 39225
3954941       E-mail/Text: atlreorg@sec.gov Mar 14 2016 19:47:23     U.S. Securities and Exchange Commission,
               Office of Reorganization,    950 East Paces Ferry Road, Suite 900,    Atlanta, GA 30326-1382
                                                                                               TOTAL: 3
```

                 ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2016 at the address(es) listed below:

               Christopher James Steiskal, Sr.    on behalf of U.S. Trustee    United States Trustee  
               christopher.j.steiskal@usdoj.gov, lois.e.walker@usdoj.gov;sarita.dukes@usdoj.gov  
               Craig M. Geno    on behalf of Debtor In Possession    Slabbed New Media, LLC cmgeno@cmgenolaw.com,  
               bpritchard@cmgenolaw.com;jnichols@cmgenolaw.com;jshaw@cmgenolaw.com;runner@cmgenolaw.com;bpritchard@ecf.courtdrive.com  
               United States Trustee    USTPRegion05.JA.ECF@usdoj.gov  
                                                                                                          TOTAL: 3

Form hn002kms (Rev. 12/15)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

**Slabbed New Media, LLC**

**CASE NO. 15−50963−KMS**

**DEBTOR.**

**CHAPTER 11**

## NOTICE OF HEARING AND DEADLINES

Christopher J. Steiskal, Sr., on behalf of the United States Trustee, has filed a MOTION TO CONVERT OR DISMISS (the "Motion") (Dkt. #61) with the Court in the above−styled case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you might wish to consult one.)**

The Court will hold a hearing on April 28, 2016, at 01:30 PM in the William M. Colmer Federal Building, Courtroom 1, 701 Main Street, Hattiesburg, Mississippi, to consider and act upon the Motion.

If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion , you or your attorney must file a written response explaining your position so that the Court receives it on or before April 21, 2016. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney. Attorneys and Registered Users of the Electronic Case Filing (ECF) system should file any response using ECF. Others should file any response at U.S. Bankruptcy Court, Dan M. Russell, Jr. U.S. Courthouse, 2012 15th Street, Suite 244, Gulfport, MS 39501. If you file a response, you or your attorney are required to attend the hearing. The hearing will be electronically recorded by the Court.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion. If no response is filed, the Court may consider the Motion and enter an order granting relief before the hearing date.

Dated: 3/14/16

Danny L. Miller, Clerk of Court
U.S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Courtroom Deputy
228−563−1797 (use to advise of settlement)
228−563−1841

<u>Parties Noticed</u>:

ALL PARTIES AND CREDITORS LISTED ON THE COURT'S MAILING MATRIX