United States Bankruptcy Court
Southern District of Mississippi

In re:
Slabbed New Media, LLC
    Debtor

Case No. 15-50963-KMS
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0538-6     User: wwatson     Page 1 of 1     Date Rcvd: Mar 14, 2016
                        Form ID: pdf012     Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2016.
```
dbpos          +Slabbed New Media, LLC,    Post Office Box 788,    Wiggins, MS 39577-0788
3954918        #Chris E. Yount,    545 Terrace Street,    Jefferson, LA 70121-1515
3954914        +Connie S. Montgomery,    Montgomery Law Center,    1403 West Esplanade Avenue,
                 Kenner, Louisiana 70065-2850
3954913        +Daniel G. Abel,    Daniel G. Abel, Inc.,    2421 Clearview Pwy, Suite 106,
                 Metairie, LA 70001-1239
3966946        +Douglas Handshoe,    110 Hall Street,    Wiggins, MS 39577-2623
3954944        +Internal Revenue Service,    c/o United States Attorney,    1575 20th Avenue, 2nd Floor,
                 Gulfport, MS 39501-2040
3954917        +Jack E. "Bobby" Truitt,    The Truitt Law Firm, LLC,    149 North New Hampshire Street,
                 Covington, LA 70433-3235
3954915        +Tourism Business Solutions,    2308 Arnold Street,    Waveland, MS 39576-2643
3954916         Trout Point Lodge,,    Vaughn Perret and Charles Leary,    189 Trout Point Road,
                 East Kemptville, NS,    Canada B5A 5X9
3954945        +U.S. Securities and Exchange Commission,    c/o United States U.S. Attorney,
                 1575 20th Avenue, 2nd Floor,    Gulfport, MS 39501-2040
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
3954943         E-mail/Text: cio.bncmail@irs.gov Mar 14 2016 19:47:21     Internal Revenue Service,
                 P.O. Box 21126,    Philadelphia, PA 19114
3954942         E-mail/Text: BANKRUPTCY@DOR.MS.GOV Mar 14 2016 19:47:26    MS State Tax Commission,
                 Bankruptcy Section,    P.O. Box 23338,    Jackson, MS 39225
3954941         E-mail/Text: atlreorg@sec.gov Mar 14 2016 19:47:23     U.S. Securities and Exchange Commission,
                 Office of Reorganization,    950 East Paces Ferry Road, Suite 900,    Atlanta, GA 30326-1382
                                                                                                TOTAL: 3
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2016                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2016 at the address(es) listed below:
```
              Christopher James Steiskal, Sr.    on behalf of U.S. Trustee    United States Trustee
               christopher.j.steiskal@usdoj.gov, lois.e.walker@usdoj.gov;sarita.dukes@usdoj.gov
              Craig M. Geno    on behalf of Debtor In Possession    Slabbed New Media, LLC cmgeno@cmgenolaw.com,
               bpritchard@cmgenolaw.com;jnichols@cmgenolaw.com;jshaw@cmgenolaw.com;runner@cmgenolaw.com;bpritcha
               rd@ecf.courtdrive.com
              United States Trustee    USTPRegion05.JA.ECF@usdoj.gov
                                                                                                TOTAL: 3
```


___



   **SO ORDERED,**

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: March 14, 2016

**The Order of the Court is set forth below. The docket reflects the date entered.**
___

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

                                                   CASE NO. 15-50963 KMS

**Slabbed New Media, LLC,**

                                                   CHAPTER 11

      **DEBTOR.**

### ORDER SETTING HEARING OUT OF TIME

This matter came on the Court's *sua sponte* motion to set the United States Trustee's Motion to Convert or Dismiss Case ("Motion") (Dkt. #61) for hearing outside the thirty (30) days set forth in 11 U.S.C. § 1112(b)(3). The Court finds that compelling circumstances prevent the Court from meeting the time limits established by that paragraph and, as such, the Court may set the Trustee's Motion outside the thirty (30) day requirement. See § 1112(b)(3). The Court further finds that no parties are or will be prejudiced by the setting of the Trustee's Motion outside the thirty (30) day requirement.

IT IS, THEREFORE, ORDERED that the hearing on the U.S. Trustee's Motion hereby is set for April 28, 2016, at 1:30 pm.

##END OF ORDER##