IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:           SLABBED NEW MEDIA, LLC                                CHAPTER 11
                 Debtor                                                CASE NO. 15-50963-KMS

FIRST APPLICATION FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF NECESSARY EXPENSES
FOR THE LAW OFFICES OF CRAIG M. GENO, PLLC

COMES NOW the Law Offices of Craig M. Geno, PLLC ("Applicant"), and files this its *First Application for Allowance of Compensation and Reimbursement of Necessary Expenses for the Law Offices of Craig M. Geno, PLLC*, counsel for the Debtor, and in support thereof, would show as follows:

1. On June 16, 2015 (the "Petition Date"), the Debtor filed his Voluntary Petition [DK #1] for reorganization with this Court under Chapter 11 of the Bankruptcy Code.

2. On July 14, 2015, an Order approving the employment of the Law Offices of Craig M. Geno, PLLC, [DK #30]as attorneys for the Debtor was entered by the Court.

3. The substantial services rendered to the Debtor and the expenses incurred by Applicant benefitted the estate. An Affidavit reflecting said legal services rendered and expenses incurred is attached hereto as Exhibit "A". The Affidavit also certifies and represents to the Court that the services rendered to the Debtor were reasonable and necessary and that said services have actually been rendered. A detailed itemization of such services and expenses is attached as Exhibit "B" and incorporated by reference.

4. The fees and expenses charged and incurred represent reasonable and necessary fees and expenses that were required to be extended by Applicant to the Debtor in all matters which are anticipated to arise in the functioning of litigation matters, case administration and to protect and preserve all rights of the Debtor and the interests of creditors in furtherance of the counsel's

obligations herein; and they represent normal and customary fees and expenses incurred and charged for representation of debtors in similar cases. The time, skill and experience utilized by counsel for the Debtor justify the approval of the Application.

5. This is the Applicant's first request for allowance of compensation for professional services rendered in this proceeding. This request covers the period from June 8, 2015, to and including April 17, 2016, and is for the sum of $17,379.18 ($15,598.00 in fees and $1,781.18 in expenses), less any retainer balance remaining.

WHEREFORE, PREMISES CONSIDERED, Applicant requests that this Court enter an Order awarding reasonable attorneys' fees for the professional services rendered herein and authorizing and directing the Debtor to pay said attorneys' fees and expenses. Applicant prays for such further relief, both general and special, as allowable under the circumstances.

This, the 26th day of April, 2016.

Respectfully submitted,

LAW OFFICES OF CRAIG M. GENO, PLLC

By: _____
Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
Jarret P. Nichols; MSB No. 99426
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
jnichols@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\Slabbed New Media\Fee Apps\CMG\1st\Application.wpd

## CERTIFICATE OF SERVICE

    I, Craig M. Geno, do hereby certify that I have caused to be served this date, via Notice of Electronic Filing, a true and correct copy of the above and foregoing instrument to the following:

   Christopher J. Steiskal, Esq.
   Office of the United States Trustee
   christopher.steiskel@usdoj.gov

THIS the 26th day of April, 2016.

_____
Craig M. Geno

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    SLABBED NEW MEDIA, LLC    CHAPTER 11
Debtor    CASE NO. 15-50963-KMS

EXHIBIT "A"

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:        SLABBED NEW MEDIA, LLC                         CHAPTER 11
              Debtor                                         CASE NO. 15-50963-KMS

## AFFIDAVIT

PERSONALLY APPEARED BEFORE ME, the undersigned authority, in and for the jurisdiction aforesaid, Craig M. Geno, one of the attorneys for the Debtor, who after having been first by me duly sworn, stated on oath that this Affidavit is submitted in support of the *First Application for Allowance of Compensation and Reimbursement of Necessary Expenses for the Law Offices of Craig M. Geno, PLLC* (the "Application"), Debtor's counsel, that the statements which are attached to the Application as Exhibit "B" represent a detailed statement of reasonable fees and expenses. Affiant hereby makes application for payment of reasonable attorney's fees and necessary expenses.

_____
Craig M. Geno

STATE OF MISSISSIPPI
COUNTY OF MADISON

SWORN TO AND SUBSCRIBED BEFORE ME, this the 26th day of April, 2016.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES _____

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:      SLABBED NEW MEDIA, LLC                                  CHAPTER 11
            Debtor                                          CASE NO. 15-50963-KMS

EXHIBIT "B"

## Law Offices of Craig M. Geno, PLLC
587 Highland Colony Parkway
Ridgeland, MS-Mississippi 39157 USA

Ph:601-427-0048       Fax:601-427-0050

Slabbed New Media                                                April 20, 2016
Post Office Box 788
Wiggins, MS-Mississippi
39577 USA

|                |                              | File #: | 315022 |
|----------------|------------------------------|---------|--------|
| **Attention:** | Douglas Handshoe             | Inv #:  | Sample |

**RE:** Chapter 11
Fee Application

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Jun-08-15 | Review memos to/from Mr. Handshoe; review W-9 form and related materials | 0.20 | 75.00 | CMG |
| Jun-14-15 | Dictation of initial Chapter 11 papers | 0.30 | 112.50 | CMG |
| Jun-16-15 | Dictation of corporate resolution | 0.25 | 93.75 | CMG |
|  | Dictation of Equity Security Holders | 0.10 | 37.50 | CMG |
|  | Dictation of corporate ownership statement | 0.10 | 37.50 | CMG |
|  | Review and revision of initial Chapter 11 papers; review creditor lists | 0.20 | 75.00 | CMG |
|  | Review memos to/from Beverly Pritchard; client regarding case filing and related matters | 0.20 | 75.00 | CMG |
|  | Dictation of email memos to, and receipt and review of email memos from, Doug Handshoe re: creditor list. | 0.20 | 30.00 | BRP |
|  | Assist Craig Geno with drafting of Voluntary Petition, List of 20 Largest Unsecured Creditors, and Creditor Matrix Verification | 0.75 | 112.50 | BRP |
|  | Assist Craig Geno with drafting of creditor matrix | 0.20 | 30.00 | BRP |

| Invoice #: | Sample | Page 2 | | | April 20, 2016 |
|---|---|---|---|---|---|
| | | Update/preparation of document management control (subfiles) | 0.25 | 37.50 | BRP |
| | | Dictation of email memo to Doug Handshoe with bankruptcy forms and instructions re: same. | 0.10 | 15.00 | BRP |
| | | Dictation of email memo to Doug Handshoe with Operating Guidelines, forms to be completed, instructions re: same. | 0.30 | 45.00 | BRP |
| Jun-17-15 | | Review numerous memos to/from Mr. Handshoe, counsel regarding stay violation; suggestion of bankruptcy | 0.25 | 93.75 | CMG |
| | | Review amended deficiency notice | 0.10 | 37.50 | CMG |
| | | Receipt and review of notice of deficiency re: deadline to submit balance sheet, tax return, etc.; calendar deadline | 0.10 | 15.00 | BRP |
| | | Receipt and review of notice of deficiency re: deadline to submit schedules, statement of financial affairs, etc.; calendar deadline | 0.10 | 15.00 | BRP |
| | | Telephone conference with Maria Baronich re: scheduling IDI. | 0.10 | 15.00 | BRP |
| | | Receipt and review notice of IDI; calendar date of same and deadline for submitting IDI forms and documents | 0.10 | 15.00 | BRP |
| Jun-18-15 | | Review order regarding tax deposits | 0.20 | 75.00 | CMG |
| | | Dictation of letter to client regarding 341 | 0.20 | 75.00 | CMG |
| | | Dictation of initial SBC report | 0.20 | 75.00 | CMG |
| | | Review Rule 2016 statement | 0.20 | 75.00 | CMG |
| | | Dictation of application to employ; review and revision of same | 0.65 | 243.75 | CMG |
| | | Dictation of notice and certificate of service regarding application to employ | 0.25 | 93.75 | CMG |
| | | Dictation of amended notice on SB data; conference with Beverly Pritchard regarding same | 0.25 | 93.75 | CMG |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| | emailed Doug meeting of creditor information after correspondence with Chris Steiskal; reviewed inital docs in file | 0.60 | 141.00 | JPN |
| | Revise Disclosure of Compensation of Attorney for Debtors | 0.10 | 15.00 | BRP |
| | Assist Craig Geno with drafting of Notice Regarding Small Business Financial Documents, etc.; email memo to Doug Handshoe re: documents needed for same. | 0.25 | 37.50 | BRP |
| | Receipt and review of Notice of Meeting of Creditors; calender meeting of creditors date and proof of claim deadlines | 0.15 | 22.50 | BRP |
| Jun-19-15 | Receipt and review of notice from court administrator re: submission of declaration by Mr. Handshoe in connection with Notice Regarding Small Business Financial Statements, etc.; conference with Craig Geno re: same. | 0.15 | 22.50 | BRP |
| | Assist Craig Geno with drafting of Amended Notice and Declaration re: Small Business Financial Statements, etc.; email Declaration to Mr. Handshoe for execution. | 0.25 | 37.50 | BRP |
| | Organize and supervise service/mailout of Application to Employ Attorneys and Notice re: same. | 0.20 | 30.00 | BRP |
| | Calendar deadline for objections to Application to Employ Law Offices of Craig M. Geno, PLLC | 0.10 | 15.00 | BRP |
| Jun-22-15 | received and reviewed emails from Handshoe and followed up with him re: IDI and Meeting of Creditors | 0.50 | 117.50 | JPN |
| | reviewed all initital filed pleadings including creditor list/ Matrix | 0.30 | 70.50 | JPN |
| | reviewed Corporate Statements of Debtor and deficiencies re: curing same | 0.30 | 70.50 | JPN |
| Jun-29-15 | Dictation of Motion and Order re Extension of Time to file, schedules and financial affairs; review and revision of same | 0.45 | 168.75 | CMG |
| | Review IDI materials; memos to/from Beverly Pritchard regarding same | 0.60 | 225.00 | CMG |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Review and revision of schedules motion and order | 0.25 | 93.75 | CMG |
| | Receipt and review of IDI forms and documents from D.Handshoe; dictation of email memo to Mr. Handshoe re: missing information and documentation. | 0.50 | 75.00 | BRP |
| | Dictation of email memo to Craig Geno re: IDI documents. | 0.10 | 15.00 | BRP |
| | Dictation of email memo to Craig Geno re: extension of time to file SOFA, schedules, etc. | 0.10 | 15.00 | BRP |
| Jun-30-15 | Review memos to/from Mr. Handshoe regarding continuing litigation in violation of the automatic stay | 0.25 | 93.75 | CMG |
| | Review memo from Mr. Handshoe; review Louisiana Court of Appeals ruling on sealing record | 0.35 | 131.25 | CMG |
| | Receipt and review of order granting extension of time to file schedules, statement of financial affairs, etc.; calendar new deadline | 0.10 | 15.00 | BRP |
| | Dictation of email memo to D.Handshoe re: new deadline to file schedules, statement of financial affairs, etc. | 0.10 | 15.00 | BRP |
| Jul-01-15 | reviewed all filed docs and participated in IDI with Doug Handshoe | 1.00 | 235.00 | JPN |
| | Receipt and review of notice of IDI deficiencies; calendar deadline for curing same. | 0.10 | 15.00 | BRP |
| Jul-07-15 | Review memos to/from Mr. Handshoe regarding removal directly to Bankruptcy Court and local rules so allowing | 0.20 | 75.00 | CMG |
| Jul-08-15 | Review memos to/from Mr. Handshoe regarding Mr. Younts actions in state court in violation of the automatic stay | 0.35 | 131.25 | CMG |
| Jul-09-15 | Review of draft information received from client; assist Craig Geno with preparation of Schedules and Statement of Financial Affairs | 0.75 | 112.50 | BRP |

|           |                                                                                                                                                  |      |        |     |
|-----------|--------------------------------------------------------------------------------------------------------------------------------------------------|------|--------|-----|
|           | Dictation of email memos to, and receipt/receive of email memos from, Douglas Handshoe re: schedules and SOFA questions                          | 0.20 | 30.00  | BRP |
|           | Dictation of email memo Craig Geno re: schedules and statement of financial affairs.                                                             | 0.20 | 30.00  | BRP |
| Jul-13-15 | Review memos to/from Mr. Handshoe regarding removal grounds                                                                                      | 0.20 | 75.00  | CMG |
| Jul-14-15 | Final review and revision of schedules and statement of affairs                                                                                  | 1.35 | 506.25 | CMG |
| Jul-15-15 | Review memos to/from Conwill Montgomery regarding engagement letter                                                                              | 0.10 | 37.50  | CMG |
| Jul-20-15 | reviewed filed Schedules and Statement of Financial Affairs; phone conference with Doug Handshoe                                                 | 0.50 | 117.50 | JPN |
|           | participated in Meeting of Creditors and phone conferences with Chris Steiskal                                                                   | 1.70 | 399.50 | JPN |
| Jul-21-15 | worked on amending statement of financial affairs; executed Order sent from Trustee's office and received/sent emails from to Trustee and Handshoe | 0.60 | 141.00 | JPN |
|           | reviewed removal statute and prior pleadings in preparation for removing debtor's cases                                                          | 0.70 | 164.50 | JPN |
| Jul-22-15 | Review memos to/from Mr. Handshoe, Jarret Nichols regarding list of prepetition cases                                                            | 0.35 | 131.25 | CMG |
|           | worked with Doug Handshoe on details of all active lawsuits pending personally and with Debtor; emails to and from and court file review on same  | 0.40 | 94.00  | JPN |
|           | received and reviewed operating agreement of Debtor sent by Handshoe; forwarded same to Trustee                                                  | 0.40 | 94.00  | JPN |
| Jul-25-15 | Review scheduling order                                                                                                                          | 0.15 | 56.25  | CMG |
| Jul-28-15 | Review draft engagement letter of Connie Montgomery                                                                                              | 0.20 | 75.00  | CMG |
|           | Dictation of letter to Connie Montgomery regarding engagement letter                                                                             | 0.20 | 75.00  | CMG |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | received and reviewed emails from Mr. Handshoe; follow up work on deficiencies of Debtor | 0.30 | 70.50 | JPN |
| | Receipt and review of DIP account information from Debtor; dictation of email memo to Jarret Nichols re: same. | 0.15 | 22.50 | BRP |
| | Dictation of email memo to Maria Baronich re: DIP account signatory information and copy of DIP check; forward copies of same with email | 0.10 | 15.00 | BRP |
| Jul-29-15 | Review memos to/from Mr. Handshoe regarding Perety Handshoe | 0.20 | 75.00 | CMG |
| Jul-31-15 | Review memos to/from Mr. Handshoe regarding which cases to remove, indemnification provisions allowing Slabbed Media to remove defendant Handshoe case | 0.20 | 75.00 | CMG |
| Aug-01-15 | Review memos to/from Mr. Handshoe, Jarret Nichols regarding indemnification, defense of litigation and indemnification provision | 0.20 | 75.00 | CMG |
| Aug-06-15 | Review letter from Mr. Handshoe; review indemnity demand | 0.35 | 131.25 | CMG |
| Aug-07-15 | Review memo from Mr. Handshoe concerning claims for indemnity; local counsel in Louisiana | 0.20 | 75.00 | CMG |
| | received emails from Mr. Handshoe and reviewed attachments regarding indemnity of Mr. Handshoe | 0.20 | 47.00 | JPN |
| Aug-10-15 | Review memos to/from Mr. Handshoe regarding removal issues and status conference | 0.15 | 56.25 | CMG |
| Aug-11-15 | Status conference with Mr. Handshoe; Jarret Nichols regarding removals; engaging plaintiff from pursing litigation and related matters | 0.35 | 131.25 | CMG |
| | received and reviewed emails from Doug Handshoe re: derivative suits and removal of same; reviewed lawsuit information on same | 0.40 | 94.00 | JPN |
| Aug-12-15 | received emails from Doug Handshoe and participated in conference call regarding removal and status of case issues | 0.70 | 164.50 | JPN |
| Aug-13-15 | Dictation of motion and to remove cases; | 0.70 | 262.50 | CMG |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | conference with Jarret Nichols; review letter regarding extending time to remove case | | | |
| Aug-14-15 | Review and revision of removal motion | 0.15 | 56.25 | CMG |
| | Dictation of notice regarding removal motion | 0.25 | 93.75 | CMG |
| | Dictation of certificate of service regarding removal motion | 0.15 | 56.25 | CMG |
| | Assist CMG drafting and revising Motion to Extend Debtor's Time to Remove Causes of Action; assist CMG drafting and revising Notice regarding Motion to Extend Debtor's Time; prepare Certificate of Service attaching Motion, Notice, Matrix; calendar date for objections-responses to Motion; notice out to creditors via U.S. Mail; draft email to creditors attaching Notice & Motion | 0.20 | 30.00 | JAS |
| Aug-16-15 | Review July Monthly Operating Report | 0.30 | 112.50 | CMG |
| | Dictation of letter to U.S. Trustee regarding Monthly Operating Report | 0.15 | 56.25 | CMG |
| Aug-17-15 | Calendar deadline for removal with reminders of same. | 0.10 | 15.00 | BRP |
| Aug-19-15 | Review memos to/from Jarret Nichols regarding removal procedure in Louisiana State Court litigation | 0.20 | 75.00 | CMG |
| | work with Mr. Handshoe on deficiencies in Monthly Operating Report (July) emails to and from Trustee and Handshoe | 0.50 | 117.50 | JPN |
| | amended the small business operating report and submitted for filing post conversation with atty Steiskal | 0.40 | 94.00 | JPN |
| | performed legal research on removal issues and LA state law per state law claims | 2.00 | 470.00 | JPN |
| Sep-08-15 | Dictation of order regarding review | 0.40 | 150.00 | CMG |
| | Review and revision of order regarding review | 0.15 | 56.25 | CMG |
| | received and reviewed emails | 0.40 | 94.00 | JPN |

| Invoice #: | Sample | Page 8 | | | April 20, 2016 |
|---|---|---|---|---|---|
| | | regarding removal of cases currently pending; interoffice memos on same | | | |
| | | Receipt and review of email memo from Craig Geno re: order granting motion to extend time to remove causes of action; assist Craig Geno with drafting of same | 0.25 | 37.50 | BRP |
| Sep-09-15 | | Review numerous memos to/from Mr. Handshoe regarding files of Hancock Circuit Court case with banktuptcy; removal issues | 0.25 | 93.75 | CMG |
| | | Review memos to/from Mr. Handshoe regarding removal of case from Circuit court' basis of cause of action in Circuit Court | 0.20 | 75.00 | CMG |
| | | Telephone conference with Mr. Handshoe regarding same issues, Slabbed causes of cation | 0.20 | 75.00 | CMG |
| | | Assist Craig Geno with drafting of removal pleadings re: Hancock County Circuit Court case against Handshoe. | 0.80 | 120.00 | BRP |
| Sep-10-15 | | Review order on removal; dictation of letter to Mr. Handshoe regarding same | 0.15 | 56.25 | CMG |
| Sep-16-15 | | Review Monthly Operating Report | 0.35 | 131.25 | CMG |
| | | Dictation of letter to U.S. Trustee regarding Monthly Operating Report | 0.15 | 56.25 | CMG |
| Sep-18-15 | | reviewed August 2015 Monthly Operating Report | 0.30 | 70.50 | JPN |
| Oct-09-15 | | received Motion re: Fraudulent filing of bankruptcy filed in LA court; reviewed file and law on same | 0.75 | 176.25 | JPN |
| Oct-16-15 | | Review claim of Doug Handshoe | 0.25 | 93.75 | CMG |
| Oct-19-15 | | Review Monthly Operating Reports | 0.35 | 131.25 | CMG |
| | | Dictation of letter to U.S. Trustee regarding Monthly Operating Report | 0.15 | 56.25 | CMG |
| | | Review Tourism Business Solutions proof of claim | 0.20 | 75.00 | CMG |
| Oct-21-15 | | Assist CMG drafting and revising Scheduling | 0.80 | 120.00 | JAS |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Order; Draft email to Harry Benjamin Mullen requesting his review of draft Scheduling Order, signature of same and return signed Order; ECF Scheduling Order | | | |
| Oct-26-15 | Review memos to/from Mr. Handshoe regarding removal deadline, status conference and related matters | 0.20 | 75.00 | CMG |
| Oct-27-15 | Telephone conference with Mr. Handshoe regarding removal; claims filing deadline; counterclaim liquidation; Yount claims and lawyer harrassment; appeals | 0.35 | 131.25 | CMG |
| Nov-05-15 | Review memo from Mr. Handshoe regarding removal deadline | 0.20 | 75.00 | CMG |
| Nov-06-15 | Review U.S. Trustee memo regarding fees and reports | 0.20 | 75.00 | CMG |
| | Dictation of memo to Mr. Hamdshoe regarding same | 0.05 | 18.75 | CMG |
| Nov-11-15 | Dictation of second removal extension motion; notice and certificate of service for same | 0.65 | 243.75 | CMG |
| | Review and revision of removal motion | 0.20 | 75.00 | CMG |
| | Dictation of removal order; review and revision of same | 0.35 | 131.25 | CMG |
| | Final review and revision of motion; notices and related removal extension papers | 0.25 | 93.75 | CMG |
| | Assist Craig Geno with drafting of and revisions to Second Motion to Extend Debtor's Time to Remove Causes of Action | 0.30 | 45.00 | BRP |
| | Calendar deadline for objections to Second Motion to Extend Debtor's Time to Remove Causes of Action | 0.05 | 7.50 | BRP |
| | Organize and supervise service/mailout of Second Motion to Extend Debtor's Time to Remove Causes of Action and Notice re: same. | 0.35 | 52.50 | BRP |
| Nov-12-15 | Telephone conference with C. Evans regarding entry of order on removal extension | 0.20 | 75.00 | CMG |
| Nov-13-15 | Receipt and review of order granting second | 0.10 | 15.00 | BRP |

| Invoice #: | Sample | Page 10 | | | April 20, 2016 |
|---|---|---|---|---|---|
| | motion to extend debtor's time to remove causes of action; calendar new deadline | | | | |
| Nov-17-15 | Review order; dictation of letter to Mr. Handshoe regarding removable cases | | 0.20 | 75.00 | CMG |
| Nov-18-15 | Draft email to Doug Handshoe sending copy of Order Granting Second Motion to Extend Debtor's Time to Remove Causes of Action and requesting Mr. Handshoe to contact CMG regarding cases which should be removed. | | 0.20 | 30.00 | JAS |
| Nov-20-15 | Review Monthly Operating Report | | 0.60 | 225.00 | CMG |
| | Dictation of letter to U.S. Trustee regarding Monthly Operating Report | | 0.35 | 131.25 | CMG |
| Nov-23-15 | reviewed October Monthly Operating Report filed by Debtor | | 0.30 | 70.50 | JPN |
| Dec-14-15 | Dictation of motion on plan and disclosure statement | | 0.65 | 243.75 | CMG |
| | Review and revision of motion on plan and disclosure statement | | 0.15 | 56.25 | CMG |
| | Dictation of notice and certificate of service regarding extension motion; review and revision of same | | 0.25 | 93.75 | CMG |
| | Organize and supervise service/mailout of Motion to Extend Exclusivity and Notice re: same. | | 0.25 | 37.50 | BRP |
| Dec-28-15 | Review November Monthly Operating Report | | 0.30 | 112.50 | CMG |
| | Dictation of letter to U.S. Trustee regarding Monthly Operating Report | | 0.15 | 56.25 | CMG |
| Jan-04-16 | reviewed November's Monthly Operating Report filed by Debtor | | 0.30 | 70.50 | JPN |
| Jan-11-16 | Receipt and review of Order granting time to file disclosure statement and plan; calendar new deadline and reminders | | 0.15 | 22.50 | BRP |
| Jan-27-16 | Review Monthly Operating Report | | 0.30 | 112.50 | CMG |
| | Dictation of letter to U.S. Trustee regarding Monthly Operating Report | | 0.20 | 75.00 | CMG |

Invoice #:    Sample                Page    11                                April 20, 2016

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| Jan-28-16 | reviewed December Monthly Operating Report filed by Debtor | 0.30 | 70.50 | JPN |
| Feb-08-16 | Review memos to/from Samantha VonShritz regarding Monthly Operating Report and U.S. Trustee fees | 0.25 | 93.75 | CMG |
|  | Dictation of letter to client regarding delinquent reports and fees | 0.20 | 75.00 | CMG |
| Feb-21-16 | Review memos to/from Mr. Handshoe regarding recent events | 0.10 | 37.50 | CMG |
| Feb-22-16 | Telephone conference with Mr. Handshoe regarding recent State Court appeals; removal of additional cases | 0.25 | 93.75 | CMG |
|  | Review memos to/from client, Chris Steiskal regarding U.S. Trustee fees | 0.20 | 75.00 | CMG |
| Feb-25-16 | Review memos to/from Mr. Handshoe regarding payments of U.S. Trustee fees | 0.20 | 75.00 | CMG |
| Feb-27-16 | Review memo from Mr. Handshoe regarding U.S. Trustee payment | 0.05 | 18.75 | CMG |
| Feb-29-16 | attended interoffice meeting re: status request of debtor and followed up with debtor representatives on Disclosure Statement and Plan data requests | 0.50 | 117.50 | JPN |
| Mar-01-16 | Receipt and review of email memo between Doug Handshoe and Craig Geno; calendar 3/2/16 conference call | 0.10 | 15.00 | BRP |
| Mar-03-16 | worked with Doug Handshoe on getting us a history and background for the Debtor for Disclosure Statement; emails to and from Doug on same | 0.40 | 94.00 | JPN |
| Mar-07-16 | work with the debtor on Disclosure Statement and history of company | 0.50 | 117.50 | JPN |
| Mar-08-16 | worked with Doug Handshoe on getting documents we need for disclosure statement | 0.40 | 94.00 | JPN |
| Mar-14-16 | Receipt and review of notice of hearing and objection deadline on UST's Motion to Convert/Dismiss; calendar hearing date and objection deadline to trigger preparation of | 0.15 | 22.50 | BRP |

| Invoice #: | Sample | Page 12 | | April 20, 2016 |
|---|---|---|---|---|
| | hearing folder and retrieval/organization of additional documents needed for hearing | | | |
| Mar-18-16 | reviewed Trustee's Motion to Dismiss/Convert case and pulled file for review on same matter | 0.40 | 94.00 | JPN |
| Mar-19-16 | Review memos to/from Mr. Handshoe regarding status of case, U.S. Trustee motion and response | 0.20 | 75.00 | CMG |
| Mar-31-16 | Review hearing notice | 0.20 | 75.00 | CMG |
| | Review U.S. Trustee motion to dismiss or convert | 0.35 | 131.25 | CMG |
| | Dictation of answer to U.S. Trustee motion to dismiss or convert | 1.00 | 375.00 | CMG |
| Apr-04-16 | Assist CMG drafting and revising Answer and Objection to UST's Motion to Convert or Dismiss (DK 61); file Answer and Objection via ECF | 0.20 | 75.00 | CMG |
| Apr-11-16 | work on Disclosure Statement and Plan | 1.00 | 235.00 | JPN |
| Apr-12-16 | worked on Disclosure Statement and Plan; reviewed notes from Handshoe | 0.75 | 176.25 | JPN |
| Apr-15-16 | Review and revision of itemizations | 0.75 | 281.25 | CMG |
| Apr-17-16 | Dictation of Application for Compensation; Notice and Certificate of Service; review and revision of same | 1.85 | 693.75 | CMG |
| | Totals | 54.00 | $15,598.00 | |

**DISBURSEMENTS**

| | | |
|---|---|---|
| Jun-19-15 | 06/16 USBC S MS | 1,717.00 |
| | Postage Mailout | 6.79 |
| Jul-15-15 | Online Research 04/15 - 06/15 | 1.00 |
| Aug-14-15 | Photocopies 46 pages @ .25/page | 11.50 |
| | Postage Mailout | 3.89 |
| Aug-18-15 | Postage to U.S. Trustee | 0.48 |
| Sep-09-15 | Long Distance | 4.00 |
| Oct-19-15 | Postage to U.S. Trustee | 0.48 |
| Oct-22-15 | Online research 07/01/15 thru 09/30/15 | 2.80 |
| Oct-27-15 | Long distance | 3.00 |

| Invoice #: | Sample | Page 13 | April 20, 2016 |

| | | |
|---|---|---:|
| Nov-11-15 | Photocopies 40 pages @ .25/page | 10.00 |
| | Postage Mailout | 3.88 |
| Nov-12-15 | Long Distance | 3.13 |
| Nov-20-15 | Postage to U.S. Trustee | 0.48 |
| Dec-14-15 | Photocopies 25 pages @ .25/page | 6.25 |
| Dec-15-15 | Postage Mailout | 4.36 |
| Dec-28-15 | Postage to U.S. Trustee | 0.48 |
| Jan-28-16 | Postage to U.S. Trustee | 0.48 |
| Feb-02-16 | Online Research 10/15 - 12/31 | 0.70 |
| Apr-07-16 | Postage to U.S. Trustee | 0.48 |
| | Totals | $1,781.18 |

| | |
|---|---:|
| **Total Fee & Disbursements** | $17,379.18 |
| **Balance Now Due** | $17,379.18 |

### SUMMARY BY TIMEKEEPER

| TIMEKEEPER | RATE | HOURS | AMOUNT |
|---|---|---|---|
| **Craig M. Geno** | $375.00 | 26.60 | $9,975.00 |
| **Jarret P. Nichols** | $235.00 | 17.80 | $4,183.00 |
| **Beverly R. Pritchard** | $150.00 | 8.40 | $1,260.00 |
| **Joni A. Shaw** | $150.00 | 1.20 | $180.00 |

TAX ID Number    45-4013160