# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     **SLABBED NEW MEDIA, LLC**            **CHAPTER 11**
              **Debtor**                                               **CASE NO. 15-50963-KMS**

## NOTICE OF FIRST APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF NECESSARY EXPENSES FOR THE LAW OFFICES OF CRAIG M. GENO, PLLC

TO:     ALL CREDITORS AND INTERESTED PARTIES:

YOU ARE HEREBY NOTIFIED that pursuant to 11 U.S.C. § 331, the Law Offices of Craig M. Geno, PLLC has filed its *First Application for Allowance of Compensation and Reimbursement of Necessary Expenses* (the "Application"), covering the period from June 8, 2015, to and including April 17, 2016, and is for the sum of $17,379.18 ($15,598.00 in fees and $1,781.18 in expenses).

A copy of the Application is on file with the United States Bankruptcy Court for the Southern District of Mississippi and may be inspected in the Office of the Clerk of said Court in Jackson, Mississippi. If no objections are filed within twenty-one (21) days from and after the date of this Notice, with the Clerk of the Court, Mr. Danny L. Miller, United States Bankruptcy Court, Southern District of Mississippi, Dan M. Russell, Jr., U.S. Courthouse, 2012 15th Street, Suite 244, Gulfport, MS 39501, with a copy to Craig M. Geno, Esq., counsel for the Debtor, at the Law Offices of Craig M. Geno, PLLC, 587 Highland Colony Parkway, Ridgeland, MS 39157, the Court will consider the Application *ex parte*.

THIS the 26 day of April, 2016.

Respectfully submitted,

LAW OFFICES OF CRAIG M. GENO, PLLC

By: _____
        Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
Jarret P. Nichols; MSB No. 99426
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
jnichols@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\Slabbed New Media\Fee Apps\CMG\1st\Notice.wpd