_____

SO ORDERED,

*Katharine M. Samson*

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: April 27, 2016

The Order of the Court is set forth below. The docket reflects the date entered.
_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

    **SLABBED NEW MEDIA, LLC**             **CASE NO. 15-50963 KMS**

    **DEBTOR .**             **CHAPTER 11**

### ORDER SETTING ASIDE ORDER AND NOTICE OF HEARING ON DISCLOSURE STATEMENT

This day this cause came on to be heard on the court's own motion to set aside the Order and Notice for Hearing on Disclosure Statement (Dkt. #78), entered on April 26, 2016, due to an administrative error, and the court having considered same finds that the Order and Notice for Hearing on Disclosure Statement should be set aside.

**IT IS THEREFORE ORDERED** that the Order and Notice for Hearing on Disclosure Statement (Dkt. #78), entered on April 26, 2016, should be, and the same is hereby set aside.

##END OF ORDER##