_____



SO ORDERED,

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: April 27, 2016

The Order of the Court is set forth below. The docket reflects the date entered.
_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

    **SLABBED NEW MEDIA, LLC**                **CASE NO. 15-50963-KMS**

    **DEBTOR.**                **CHAPTER 11**

**ORDER CONDITIONALLY APPROVING DISCLOSURE STATEMENT, FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS TO THE PLAN, AND FIXING THE TIME FOR FILING OBJECTIONS TO THE DISCLOSURE STATEMENT AND TO THE CONFIRMATION OF THE PLAN, COMBINED WITH NOTICE THEREFORE AND OF THE HEARING ON FINAL APPROVAL OF THE <u>DISCLOSURE STATEMENT AND THE HEARING ON CONFIRMATION OF THE PLAN</u>**

A disclosure statement under Chapter 11 of the Bankruptcy Code (Dkt. #73) having been filed by Debtor's Attorney on April 26, 2016 with respect to a plan under chapter 11 of the Code (Dkt. #72) filed by Debtor's Attorney on April 26, 2016; and the debtor being a small business debtor:

**IT IS ORDERED, AND NOTICE IS HEREBY GIVEN, THAT**:

    A. The disclosure statement filed by Debtor's Attorney is conditionally approved.

    B. May 26, 2016 is fixed as the last day for filing written acceptances or rejections of the plan referred to above.

    C. Within one (1) day after the entry of this order, the proponent's attorney shall cause to be mailed to creditors, equity security holders, other parties in interest, and the United States trustee a copy of the following:

- This order;
- The conditionally approved disclosure statement filed April 26, 2016;
- The proposed plan of reorganization filed April 26, 2016;
- A ballot form for voting on the acceptance or rejection of the Plan, **which should be returned to the proponent's attorney and not the Court**

D. After completion of the above mailing, the proponent's attorney shall immediately file a Certificate of Service with the Court, listing the names and addresses of each party served.

E. June 2, 2016 at 2:30 P.M., in the Bankruptcy Courtroom, 7th Floor, Dan M. Russell, Jr. Courthouse, 2012 15th Street, Gulfport, Mississippi, is fixed for the hearing on final approval of the disclosure statement (if a written objection has been timely filed) and for the hearing on the confirmation of plan.

F. May 26, 2016 is fixed as the last day for filing and serving written objections to the disclosure statement and confirmation of the plan.

##END OF ORDER##