# Proceeding Minutes / Proceeding Memo

**Case #:** 15-50963  **Case Name:** Slabbed New Media, LLC
**Set:** 04/28/2016 01:30 pm  **Chapter:** 11  **Type:** bk  **Judge** Katharine M. Samson

**matter** Motion to Convert Case to Chapter 7 . or in the alternative Motion to Dismiss Debtor Filed by U.S. Trustee United States Trustee (Dkt. #61)

Answer and Objection filed by the Debtor (Dkt. #66)

---

Minute Entry Re: (related document(s): [61] Motion to Convert Case to Chapter 7 filed by United States Trustee) Steiskal to submit Agreed Order due by 05/12/2016; called in by Steiskal. (ccannette)