United States Bankruptcy Court
Southern District of Mississippi

In re:  
Slabbed New Media, LLC  
    Debtor

Case No. 15-50963-KMS  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0538-6     User: wwatson     Page 1 of 1     Date Rcvd: Apr 26, 2016  
                     Form ID: pdf012     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2016.  
dbpos         +Slabbed New Media, LLC,   Post Office Box 788,   Wiggins, MS 39577-0788

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2016                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2016 at the address(es) listed below:  
           Christopher James Steiskal, Sr.    on behalf of U.S. Trustee    United States Trustee  
            christopher.j.steiskal@usdoj.gov,    lois.e.walker@usdoj.gov;sarita.dukes@usdoj.gov  
           Craig M. Geno    on behalf of Debtor In Possession    Slabbed New Media, LLC cmgeno@cmgenolaw.com,  
            bpritchard@cmgenolaw.com;jnichols@cmgenolaw.com;jshaw@cmgenolaw.com;runner@cmgenolaw.com;bpritcha  
            rd@ecf.courtdrive.com  
           Jarret P. Nichols    on behalf of Debtor In Possession    Slabbed New Media, LLC  
            jnichols@cmgenolaw.com,  
            cmgeno@cmgenolaw.com;bpritchard@cmgenolaw.com;htrammell@cmgenolaw.com;jshaw@cmgenolaw.com;runner@  
            cmgenolaw.com  
           United States Trustee    USTPRegion05.JA.ECF@usdoj.gov  
                                                                                                               TOTAL: 4

___

SO ORDERED,

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: April 26, 2016

**The Order of the Court is set forth below. The docket reflects the date entered.**
___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

SLABBED NEW MEDIA, LLC                             CASE NO. 15-50963-KMS

DEBTOR.                                            CHAPTER 11

**ORDER AND NOTICE FOR HEARING
ON DISCLOSURE STATEMENT**

To the debtor, its creditors, and other parties in interest:

A disclosure statement (Dkt #73) and a plan (Dkt #72) under chapter 11 of the U.S. Bankruptcy Code having been filed by Debtor on April 26, 2016,

IT IS ORDERED AND NOTICE IS HEREBY GIVEN that:

1. The hearing to consider the approval of the disclosure statement shall be held in the U.S. Bankruptcy Court for the Southern District of Mississippi, Bankruptcy Courtroom, 7th Floor, Dan M. Russell, Jr. Courthouse, 2012 15th Street, Gulfport, Mississippi, on June 16, 2016, at 1:30 P.M.

2. May 30, 2016 is fixed as the last day for filing and serving written objections to the disclosure statement in accordance with Fed. R. Bankr. P. 3017(a). Any party objecting to the adequacy of the information contained in the disclosure statement shall submit such objection to the Clerk of the Court and also serve a copy thereof upon the debtor's attorney Jarret P. Nichols, Law Offices of Craig M. Geno, PLLC, P.O. Box 3380, Ridgeland, MS 39158-3380. Attorneys and other registered users of the Case Management/Electronic Case Filing (CM/ECF) system shall file any such objection electronically. Miss. Bankr. L.R. 5005-1(a)(2)(A). Those granted

an exception from mandatory electronic filing shall submit any such objection to the Clerk of the Court, U.S. Bankruptcy Court, 2012 15th Street, Suite 244, Gulfport, MS 39501.  Miss. Bankr. L.R. 5005-1(a)(2)(B).  A corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in U.S. Bankruptcy Court only through a licensed attorney.  Miss. Bankr. L.R. 9010-1(b)(1)(C).

3.  Within five (5) days after entry of this order and notice, the disclosure statement and plan shall be distributed with a copy of this order and notice by the debtor's attorney in accordance with Fed. R. Bankr. P. 3017(a).  A certificate of service shall be filed with the Clerk of the Court within seven (7) days of compliance with this requirement.

4.  Requests for copies of the disclosure statement and plan shall be mailed to the debtor through counsel, Jarret P. Nichols at Law Offices of Craig M. Geno, PLLC, P.O. Box 3380, Ridgeland, MS 39158-3380.

##END OF ORDER##