United States Bankruptcy Court
Southern District of Mississippi

In re:  
Slabbed New Media, LLC  
     Debtor

Case No. 15-50963-KMS  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0538-6     User: wwatson     Page 1 of 1     Date Rcvd: Apr 27, 2016  
                         Form ID: pdf012     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2016.  
dbpos         +Slabbed New Media, LLC,   Post Office Box 788,   Wiggins, MS 39577-0788

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                           TOTAL: 0

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2016                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2016 at the address(es) listed below:  
         Christopher James Steiskal, Sr.    on behalf of U.S. Trustee    United States Trustee  
          christopher.j.steiskal@usdoj.gov,    lois.e.walker@usdoj.gov;sarita.dukes@usdoj.gov  
         Craig M. Geno    on behalf of Debtor In Possession    Slabbed New Media, LLC cmgeno@cmgenolaw.com,  
          bpritchard@cmgenolaw.com;jnichols@cmgenolaw.com;jshaw@cmgenolaw.com;runner@cmgenolaw.com;bpritchard@ecf.courtdrive.com  
         Jarret P. Nichols    on behalf of Debtor In Possession    Slabbed New Media, LLC  
          jnichols@cmgenolaw.com,  
          cmgeno@cmgenolaw.com;bpritchard@cmgenolaw.com;htrammell@cmgenolaw.com;jshaw@cmgenolaw.com;runner@cmgenolaw.com  
         United States Trustee    USTPRegion05.JA.ECF@usdoj.gov  
                                                                                                            TOTAL: 4

___



SO ORDERED,

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 27, 2016**

The Order of the Court is set forth below. The docket reflects the date entered.
___

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

    **SLABBED NEW MEDIA, LLC**             **CASE NO. 15-50963 KMS**

    **DEBTOR .**             **CHAPTER 11**

## ORDER SETTING ASIDE ORDER AND NOTICE OF HEARING ON DISCLOSURE STATEMENT

    This day this cause came on to be heard on the court's own motion to set aside the Order and Notice for Hearing on Disclosure Statement (Dkt. #78), entered on April 26, 2016, due to an administrative error, and the court having considered same finds that the Order and Notice for Hearing on Disclosure Statement should be set aside.

    **IT IS THEREFORE ORDERED** that the Order and Notice for Hearing on Disclosure Statement (Dkt. #78), entered on April 26, 2016, should be, and the same is hereby set aside.

##END OF ORDER##