```
                              United States Bankruptcy Court
                              Southern District of Mississippi
```

In re:                                                            Case No. 15-50963-KMS
Slabbed New Media, LLC                                            Chapter 11
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0538-6        User: wwatson              Page 1 of 1        Date Rcvd: Apr 27, 2016
                            Form ID: pdf012            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 29, 2016.
dbpos          +Slabbed New Media, LLC,   Post Office Box 788,   Wiggins, MS 39577-0788

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 27, 2016 at the address(es) listed below:
              Christopher James Steiskal, Sr.    on behalf of U.S. Trustee    United States Trustee
               christopher.j.steiskal@usdoj.gov,    lois.e.walker@usdoj.gov;sarita.dukes@usdoj.gov
              Craig M. Geno     on behalf of Debtor In Possession    Slabbed New Media, LLC cmgeno@cmgenolaw.com,
               bpritchard@cmgenolaw.com;jnichols@cmgenolaw.com;jshaw@cmgenolaw.com;runner@cmgenolaw.com;bpritcha
               rd@ecf.courtdrive.com
              Jarret P. Nichols    on behalf of Debtor In Possession    Slabbed New Media, LLC
               jnichols@cmgenolaw.com,
               cmgeno@cmgenolaw.com;bpritchard@cmgenolaw.com;htrammell@cmgenolaw.com;jshaw@cmgenolaw.com;runner@
               cmgenolaw.com
              United States Trustee    USTPRegion05.JA.ECF@usdoj.gov
                                                                                             TOTAL: 4

___



SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 27, 2016**

The Order of the Court is set forth below. The docket reflects the date entered.
___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

SLABBED NEW MEDIA, LLC            CASE NO. 15-50963-KMS

DEBTOR.            CHAPTER 11

**ORDER CONDITIONALLY APPROVING DISCLOSURE STATEMENT, FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS TO THE PLAN, AND FIXING THE TIME FOR FILING OBJECTIONS TO THE DISCLOSURE STATEMENT AND TO THE CONFIRMATION OF THE PLAN, COMBINED WITH NOTICE THEREFORE AND OF THE HEARING ON FINAL APPROVAL OF THE <u>DISCLOSURE STATEMENT AND THE HEARING ON CONFIRMATION OF THE PLAN</u>**

A disclosure statement under Chapter 11 of the Bankruptcy Code (Dkt. #73) having been filed by Debtor's Attorney on April 26, 2016 with respect to a plan under chapter 11 of the Code (Dkt. #72) filed by Debtor's Attorney on April 26, 2016; and the debtor being a small business debtor:

**IT IS ORDERED, AND NOTICE IS HEREBY GIVEN, THAT**:

A. The disclosure statement filed by Debtor's Attorney is conditionally approved.

B. May 26, 2016 is fixed as the last day for filing written acceptances or rejections of the plan referred to above.

C. Within one (1) day after the entry of this order, the proponent's attorney shall cause to be mailed to creditors, equity security holders, other parties in interest, and the United States trustee a copy of the following:

- This order;
- The conditionally approved disclosure statement filed April 26, 2016;
- The proposed plan of reorganization filed April 26, 2016;
- A ballot form for voting on the acceptance or rejection of the Plan, **which should be returned to the proponent's attorney and not the Court**

D. After completion of the above mailing, the proponent's attorney shall immediately file a Certificate of Service with the Court, listing the names and addresses of each party served.

E. June 2, 2016 at 2:30 P.M., in the Bankruptcy Courtroom, 7th Floor, Dan M. Russell, Jr. Courthouse, 2012 15th Street, Gulfport, Mississippi, is fixed for the hearing on final approval of the disclosure statement (if a written objection has been timely filed) and for the hearing on the confirmation of plan.

F. May 26, 2016 is fixed as the last day for filing and serving written objections to the disclosure statement and confirmation of the plan.

##END OF ORDER##