_____

SO ORDERED,

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: May 3, 2016

The Order of the Court is set forth below. The docket reflects the date entered.
_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| IN RE: | SLABBED NEW MEDIA, LLC | CASE NO. | 15-50963-KMS |
|---|---|---|---|
| | DEBTOR(S) | CHAPTER | 11 |

## AGREED ORDER

THIS DAY THIS CAUSE came on for consideration of the United States Trustee for Region 5's ("UST") Motion to Convert or Dismiss (DKT. #61) and the Debtor's Objection thereto (DKT. #66). The parties have reached an agreement and have requested that the Court approve same. After fully considering the matter, the Court is of the opinion that the agreement should be approved; therefore,

**IT IS ORDERED** that on or before July 27, 2016, the Debtor shall confirm a chapter 11 small business plan.

**IT IS FURTHER ORDERED** that if the Debtor fails to obtain confirmation of a chapter 11 small business plan on or before July 27, 2016, this case shall be dismissed without further notice or hearing.

**IT IS FURTHER ORDERED** that nothing herein shall prohibit the UST from, at any time, moving for, requesting, or obtaining any relief, including, but not limited to, the conversion or dismissal of this case, or right that he may otherwise be entitled.

1

2

**##END OF ORDER##**

**AGREED TO AS TO FORM AND CONTENT:**
*/s/Craig M. Geno (with permission)*
DEBTOR SLABBED NEW MEDIA, LLC
BY: CRAIG M. GENO (MSB #4793)
ATTORNEY FOR DEBTOR
LAW OFFICES OF CRAIG M. GENO, PLLC
587 HIGHLAND COLONY PKWY.
RIDGELAND, MISSISSIPPI  39157
TEL: (601) 427-0048

**AGREED TO AND ORDER SUBMITTED BY:**
*/s/Christopher J. Steiskal, Sr.*
CHRISTOPHER J. STEISKAL, SR. (MSB #101654)
TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE
OFFICE OF THE U.S. TRUSTEE, REGION 5
501 EAST COURT STREET, SUITE 6-430
JACKSON, MISSISSIPPI  39201
TEL:  (601) 965-5241