United States Bankruptcy Court
Southern District of Mississippi

In re:                                                              Case No. 15-50963-KMS
Slabbed New Media, LLC                                              Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: wwatson           Page 1 of 1           Date Rcvd: May 03, 2016
                        Form ID: pdf012        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2016.
dbpos           +Slabbed New Media, LLC,    Post Office Box 788,    Wiggins, MS 39577-0788

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2016 at the address(es) listed below:
        Christopher James Steiskal, Sr.   on behalf of U.S. Trustee    United States Trustee
         christopher.j.steiskal@usdoj.gov,    lois.e.walker@usdoj.gov;sarita.dukes@usdoj.gov
        Craig M. Geno    on behalf of Debtor In Possession    Slabbed New Media, LLC cmgeno@cmgenolaw.com,
         bpritchard@cmgenolaw.com;jnichols@cmgenolaw.com;jshaw@cmgenolaw.com;runner@cmgenolaw.com;bpritchard@ecf.courtdrive.com
        Jarret P. Nichols    on behalf of Debtor In Possession    Slabbed New Media, LLC
         jnichols@cmgenolaw.com,
         cmgeno@cmgenolaw.com;bpritchard@cmgenolaw.com;htrammell@cmgenolaw.com;jshaw@cmgenolaw.com;runner@cmgenolaw.com
        United States Trustee    USTPRegion05.JA.ECF@usdoj.gov
                                                                                  TOTAL: 4

___



SO ORDERED,

*[signature: Katharine M. Samson]*

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: May 3, 2016

The Order of the Court is set forth below. The docket reflects the date entered.
___

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:      SLABBED NEW MEDIA, LLC          CASE NO.    15-50963-KMS

            DEBTOR(S)                        CHAPTER     11

## AGREED ORDER

THIS DAY THIS CAUSE came on for consideration of the United States Trustee for Region 5's ("UST") Motion to Convert or Dismiss (DKT. #61) and the Debtor's Objection thereto (DKT. #66). The parties have reached an agreement and have requested that the Court approve same. After fully considering the matter, the Court is of the opinion that the agreement should be approved; therefore,

**IT IS ORDERED** that on or before July 27, 2016, the Debtor shall confirm a chapter 11 small business plan.

**IT IS FURTHER ORDERED** that if the Debtor fails to obtain confirmation of a chapter 11 small business plan on or before July 27, 2016, this case shall be dismissed without further notice or hearing.

**IT IS FURTHER ORDERED** that nothing herein shall prohibit the UST from, at any time, moving for, requesting, or obtaining any relief, including, but not limited to, the conversion or dismissal of this case, or right that he may otherwise be entitled.

##END OF ORDER##

**AGREED TO AS TO FORM AND CONTENT:**
*/s/Craig M. Geno (with permission)*
DEBTOR SLABBED NEW MEDIA, LLC
BY: CRAIG M. GENO (MSB #4793)
ATTORNEY FOR DEBTOR
LAW OFFICES OF CRAIG M. GENO, PLLC
587 HIGHLAND COLONY PKWY.
RIDGELAND, MISSISSIPPI 39157
TEL: (601) 427-0048

**AGREED TO AND ORDER SUBMITTED BY:**
*/s/Christopher J. Steiskal, Sr.*
CHRISTOPHER J. STEISKAL, SR. (MSB #101654)
TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE
OFFICE OF THE U.S. TRUSTEE, REGION 5
501 EAST COURT STREET, SUITE 6-430
JACKSON, MISSISSIPPI 39201
TEL: (601) 965-5241