United States Bankruptcy Court
Southern District of Mississippi

In re:  
Slabbed New Media, LLC  
    Debtor

Case No. 15-50963-KMS  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0538-6     User: mfarrell     Page 1 of 1     Date Rcvd: May 23, 2016  
                               Form ID: pdf012    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2016.  
dbpos        +Slabbed New Media, LLC,    Post Office Box 788,    Wiggins, MS 39577-0788

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                 TOTAL: 0

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2016 at the address(es) listed below:  
          Christopher James Steiskal, Sr.    on behalf of U.S. Trustee    United States Trustee  
           christopher.j.steiskal@usdoj.gov,   lois.e.walker@usdoj.gov;sarita.dukes@usdoj.gov  
          Craig M. Geno    on behalf of Debtor In Possession    Slabbed New Media, LLC cmgeno@cmgenolaw.com,  
           bpritchard@cmgenolaw.com;jnichols@cmgenolaw.com;jshaw@cmgenolaw.com;runner@cmgenolaw.com;bpritcha  
           rd@ecf.courtdrive.com  
          Jarret P. Nichols    on behalf of Debtor In Possession    Slabbed New Media, LLC  
           jnichols@cmgenolaw.com,  
           cmgeno@cmgenolaw.com;bpritchard@cmgenolaw.com;htrammell@cmgenolaw.com;jshaw@cmgenolaw.com;runner@  
           cmgenolaw.com  
          United States Trustee    USTPRegion05.JA.ECF@usdoj.gov  
                                                                                                                                   TOTAL: 4

_____

SO ORDERED,

*[signature: Katharine M. Samson]*

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: May 23, 2016

The Order of the Court is set forth below. The docket reflects the date entered.
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:   SLABBED NEW MEDIA, LLC | CHAPTER 11 |
| Debtor | CASE NO. 15-50963-KMS |

**AGREED ORDER GRANTING FIRST APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF NECESSARY EXPENSES FOR THE LAW OFFICES OF CRAIG M. GENO, PLLC**

THIS CAUSE having come on for hearing this day on the *First and Final Application for Allowance of Compensation and Reimbursement of Necessary Expenses for the Law Offices of Craig M. Geno, PLLC* **[DK #74]** (the "Application") filed herein by the Law Offices of Craig M. Geno, PLLC ("Applicant"), counsel for Slabbed New Media, LLC (the "Debtor"), and the informal objection thereto by the United States Trustee (the "UST"), and the Court being fully advised in the premises, hereby finds as follows:

1. Notice of the Application was adequate and appropriate under the circumstances.

2. On June 16, 2015 (the "Petition Date"), the Debtor filed its Voluntary Petition **[DK #1]** for reorganization with this Court under Chapter 11 of the Bankruptcy Code.

3. On July 14, 2015, an Order approving the employment of the Law Offices of Craig M. Geno, PLLC, **[DK #30]** as attorneys for the Debtor was entered by the Court.

4.  The substantial services rendered to the Debtor and the expenses incurred by Applicant benefitted the estate. An Affidavit reflecting said legal services rendered and expenses incurred is attached to the Application as Exhibit "A" and is incorporated herein by reference. The Affidavit also certifies and represents to the Court that the services rendered to the Debtor were reasonable and necessary and that said services have actually been rendered. A detailed itemization of such services and expenses is attached to the Application as Exhibit "B" and is incorporated by reference.

5.  The fees and expenses charged and incurred represent reasonable and necessary fees and expenses that were required to be extended by Applicant to the Debtor in all matters which are anticipated to arise in the functioning of litigation matters, case administration and to protect and preserve all rights of the Debtor and the interests of creditors in furtherance of the counsel's obligations herein; and they represent normal and customary fees and expenses incurred and charged for representation of debtors in similar cases. The time, skill and experience utilized by counsel for the Debtor justify the approval of the Application.

6.  This is the Applicant's first request for allowance of compensation for professional services rendered in this proceeding. This request covers the period from June 8, 2015, to and including April 17, 2016, and is for the sum of $17,379.18 ($15,598.00 in fees and $1,781.18 in expenses), less any retainer balance remaining. Pursuant to Applicant's agreement with the UST, fees and expenses have been adjusted as follows: (1) reduction in Craig M. Geno fees by .20 hours for $75.00; (2) reduction in Jarret P. Nichols fees by .70 hours for $164.50; (3) increase in Joni A. Shaw fees by .20 for $30.00. The Summary by Timekeeper is revised as follows:

| TIMEKEEPER | RATE | HOURS | AMOUNT |
|---|---|---|---|
| Craig M. Geno | $375.00 | 26.40 | $9,900.00 |
| Jarret P. Nichols | $235.00 | 17.10 | $4,018.50 |
| Beverly R. Pritchard | $150.00 | 8.40 | $1,260.00 |
| Joni A. Shaw | $150.00 | 1.40 | $ 210.00 |
| **TOTAL** | | | **$15,388.50** |

The fee request is reduced by a total of $209.50, resulting in a final amount due of $17,169.68 ($15,388.50 in fees and $1,781.18 in expenses).

7. Applicant is entitled to compensation for professional services rendered to the Debtor and reimbursement of expenses it has incurred on behalf of the Debtor pursuant to the provisions of 11 U.S.C. Section 330. Therefore, the Application should be approved and granted.

IT IS ACCORDINGLY, ORDERED:

A. The Law Offices of Craig M. Geno, PLLC is hereby allowed interim compensation and reimbursement of expenses in the adjusted sum of $17,169.68 ($15,388.50 in fees and $1,781.18 in expenses), less any retainer balance remaining.

B. The sum approved and allowed by this Court as interim compensation and reimbursement of expenses is a priority administrative expense as set forth in 11 U.S.C. §§ 503(b)(2) and 507(a)(2), and the Debtor is authorized and directed to pay the same to his counsel.

# #  END OF ORDER  # #

AGREED AND APPROVED:

/s/ *Craig M. Geno*                                        /s/ *Christopher J. Steiskal*   [w/permission]
Craig M. Geno                                                 Christopher J. Steiskal
Attorney for the Debtor                                    Office of the United States Trustee

PREPARED BY:

Craig M. Geno, Esq.; MSB No. 4793
Jarret P. Nichols, Esq.; MSB No. 99426
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
jnichols@cmgenolaw.com

N:\Firm Data\Users\Bankrupt\Slabbed New Media\Fee Apps\CMG\1st\Agreed Order.wpd