

U.S. POSTAGE PAID
METAIRIE, LA
70002
MAY 24, 16
AMOUNT
$1.99
R2304M113495-10

1000  39501

United States Bankruptcy Court
Clerk of the Bankruptcy Court
Dan M. Russell, Jr., United States Courthouse
2012 15th Street
Gulfport, MS 39501

2421 Clearview Parkway
Metairie, LA 70001