U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY 27 2016
DANNY L. MILLER, CLERK
BY_____DEPUTY CLERK

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     SLABBED NEW MEDIA, LLC     CHAPTER 11
            Debtor     Case No. 15-50963

**Objection to Plan of Reorganization; Motion Under Section 523(a)(6) of the Bankruptcy Code, 11 U.S.C. § 107(b)(2) and Federal Rule of Bankruptcy Procedure 9018**

Daniel G. Abel has been fraudulently listed as a creditor of Slabbed New Media, LLC. in this Chapter 11 bankruptcy proceeding.

I, Daniel G. Abel, have never sued Slabbed New Media, LLC and therefore the listing of my name as a creditor is part of a larger ongoing fraud and defamation campaign by Douglas K. Handshoe since 2010, against me and others. I had put the Trustee on notice of this fraud when I first discovered my name on the original pleading.

I have not ever personally sued Slabbed New Media, LLC. I have sued Douglas K. Handshoe and his attorney Jack E. "Bobby" Truitt, personally. I have mandatory fee judgments against Mr. Handshoe and Mr. Truitt which have been upheld by the Louisiana Supreme Court.

I prevailed against them both *personally* in the Louisiana District Court in New Orleans, in the Louisiana Fourth Circuit Court of Appeals for Orleans Parish and in the Louisiana Supreme Court. Mr. Handshoe *personally* owes me mandatory attorney fees under Louisiana law in two cases, as does Mr. Truitt and the other defendant. Slabbed New Media was not named and does not owe me anything; therefore I am not a creditor of Slabbed New Media.

However, as Slabbed New Media's bankruptcy pleadings contain the ongoing fraud and defamation instituted by Mr. Handshoe, I also object to the plan of reorganization filed by the debtor. As a listed creditor in this pleading on its motion, and as I now appear pro se, the

allegations in this pleading should be liberally construed. See e.g. Johnson v. Atkins, 999 F.2d 99, 100 (5th Cir. 1993). This bankruptcy filing is a fraud, done in bad faith, and with ulterior motives, making it an abuse of this Court's process. It appears that Mr. Handshoe is attempting to include the debts that he owes me *personally*, in the bankruptcy of Slabbed New Media. It is not.

Mr. Handshoe's suggestion that it does, constitutes a ongoing fraud upon this Court, as Mr. Handshoe again tries to escape the consequences of what he has done personally to me and to an number of other individuals including federal and state judges in Louisiana and other public and private persons.

As to the substance of the request for reorganization and the law applicable to the request, I have read and reviewed the pleading and objection filed by Dr. Charles Leary and Attorney Vaughn Perret. I adopt their objection, their citations of the applicable law, and their general statement of facts.

As he has done to me, Mr. Handshoe's bankruptcy pleading is an ongoing attempt to defame them as well and businesses associated with us all. Five Courts including the United States Fifth Circuit Court of Appeal, have found that Mr. Handshoe has conducted a campaign to defame and humiliate me, Dr. Leary, and Mr. Perret. Therefore, in conclusion, I adopt in full that arguments, statement of facts, and application of law, to the extent and in each instant that those particular facts apply to me. **JURAT** *dga*

Signed this 24 May 2016, mailed to the Court and served on opposing counsel as well.

**Respectfully submitted,**

/S/ Daniel G. Abel

*DANIEL G. ABEL*