

U.S. POSTAGE PAID METAIRIE, LA 70002 MAY 24, 16 AMOUNT $1.99 R2304M113495-10

39501

1000

United States Bankruptcy Court
Clerk of the Bankruptcy Court
Dan M. Russell, Jr., United States Courthouse
2012 15th Street
Gulfport, MS 39501

2421 Clearview Parkway
Metairie, LA 70001