IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     SLABBED NEW MEDIA, LLC            CHAPTER 11
                Debtor                                       CASE NO. 15-50963-KMS

## BALLOT SUMMARY AND CERTIFICATION

I, Craig M. Geno, counsel of record for Slabbed New Media, LLC, do hereby certify that the ballot attached hereto and filed herewith is a true and correct copy of the original ballots received through June 1, 2016, and that the summary of the ballots tally is a true and accurate reflection of the acceptances and rejections actually cast in this case.

| BALLOT SUMMARY BY CLAIM | | | |
|---|---|---|---|
| Name (Alphabetized) | Class | Allowed Amount | Vote |
| Handshoe, Douglas | 3 | 450,000.00 | Accept |
| Montgomery, Connie S./Montgomery Law Center, LLC | 3 | 12,000.00 | Accept |
| Truitt, Jack E./The Truitt Law Firm | 3 | 48,000.00 | Accept |
| Ward, Henry | 3 | 80.00 | Accept |
| TOTAL | | 510,080.00 | 100% Accept |

| BALLOT SUMMARY BY CLASS | | | | | | | |
|---|---|---|---|---|---|---|---|
| Class | Total # | Total $ Amount | Total # of Yes/No | | Total $ Amount by Yes/No | | Class Vote |
| | | | Yes | No | Yes | No | |
| 3 | 4 | $510,080.00 | 4 | 0 | $510,080.00 | 0 | 100% Accepts |
| TOTAL | | $510,080.00 | | | $510,080.00 | 0 | |

DATE: 6/1/16

Craig M. Geno

(Attach copies of ballots)

3

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     **SLABBED NEW MEDIA, LLC**                    **CHAPTER 11**
            **Debtor**                                                   **CASE NO. 15-50963-KMS**

## *BALLOT FOR ACCEPTING OR REJECTING PLAN*

*The Debtor herein has filed its First Amended Plan of Reorganization in this case. The Court has approved the First Amended Disclosure Statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. Copies of the Plan and Disclosure Statement are attached. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.*

*You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.*

*The Plan referred to in this ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Code. To have your vote count you must complete and return this ballot.*

*If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.*

### ACCEPTANCE OR REJECTION OF THE PLAN

*(If holder of secured, priority or unsecured nonpriority claim)*
**The undersigned, the holder of a Class [ ] claim against the Debtor in the principal amount of $ _450,000_ .**

*(If holder of a bond, debenture, or other debt security)*
**The undersigned, the holder of a Class [ ] claim against the Debtor, consisting of the unpaid principal amount of $ _____ of (describe security) _____ of the above-named Debtor. (For the purposes of this Ballot, it is not necessary and you should not adjust the principal amount for any accrued or unmatured interest.)**

*(If equity security holder)*
**The undersigned, the holder of Class [ [ equity interest in the Debtor, consisting of _____ shares or other interest of (describe type) _____ in the Debtor.**

         *(Check one box only)*

         [✓]    **ACCEPTS THE PLAN**

         [ ]    **REJECTS THE PLAN**

*The Plan for the reorganization of the above-named debtor is proposed by the Law Offices of Craig M. Geno, PLLC, on behalf of Debtor.*

Dated: _5/24/16_                        Print or type name: _Douglas Handshoe_
                                                     Signed: _____
                                                     (If appropriate) By: _____
                                                     as: _____
                                                     Address: _110 Hall St._
                                                                    _Wiggins, MS 39577_

*Return this ballot on or before* **June 2, 2016,** *to:*

                 *Craig M. Geno, Esq.*
                 *Law Offices of Craig M. Geno, PLLC*
                 *587 Highland Colony Parkway*
                 *Ridgeland, MS 39157*

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  SLABBED NEW MEDIA, LLC            CHAPTER 11
        Debtor                             CASE NO. 15-50963-KMS

## BALLOT FOR ACCEPTING OR REJECTING PLAN

The Debtor herein has filed its First Amended Plan of Reorganization in this case. The Court has approved the First Amended Disclosure Statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. Copies of the Plan and Disclosure Statement are attached. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.

The Plan referred to in this ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Code. To have your vote count you must complete and return this ballot.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

### ACCEPTANCE OR REJECTION OF THE PLAN

*(If holder of secured, priority or unsecured nonpriority claim)*
The undersigned, the holder of a Class [ ✓ ] claim against the Debtor in the principal amount of $ 12,000.00 .

*(If holder of a bond, debenture, or other debt security)*
The undersigned, the holder of a Class [ ] claim against the Debtor, consisting of the unpaid principal amount of $_____ of (describe security) _____ of the above-named Debtor. (For the purposes of this Ballot, it is not necessary and you should not adjust the principal amount for any accrued or unmatured interest.)

*(If equity security holder)*
The undersigned, the holder of Class [ ] equity interest in the Debtor, consisting of _____ shares or other interest of (describe type) _____ in the Debtor.

*(Check one box only)*

[✓]  ACCEPTS THE PLAN

[ ]  REJECTS THE PLAN

The Plan for the reorganization of the above-named debtor is proposed by the Law Offices of Craig M. Geno, PLLC, on behalf of Debtor.

Dated: 5/28/16

Print or type name: CONNIE S. MONTGOMERY
Signed: Connie S. Montgomery
(If appropriate) By: OWNER OF MONTGOMERY LAW CONTOK, LLC
as: OWNER / MANAGER
Address: 1403 W. ESPLANADE AVE.
KENNER LA 70065

Return this ballot on or before **June 2, 2016**, to:

Craig M. Geno, Esq.
Law Offices of Craig M. Geno, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157



## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     **SLABBED NEW MEDIA, LLC**                  **CHAPTER 11**
               **Debtor**                                                        **CASE NO. 15-50963-KMS**

### *BALLOT FOR ACCEPTING OR REJECTING PLAN*

The Debtor herein has filed its First Amended Plan of Reorganization in this case. The Court has approved the First Amended Disclosure Statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. Copies of the Plan and Disclosure Statement are attached. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.

The Plan referred to in this ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Code. To have your vote count you must complete and return this ballot.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

### *ACCEPTANCE OR REJECTION OF THE PLAN*

*(If holder of secured, priority or unsecured nonpriority claim)*
The undersigned, the holder of a Class **M** claim against the Debtor in the principal amount of $ __48,000.00__.

*(If holder of a bond, debenture, or other debt security)*
The undersigned, the holder of a Class [ ] claim against the Debtor, consisting of the unpaid principal amount of $_____ of (describe security) _____ of the above-named Debtor. (For the purposes of this Ballot, it is not necessary and you should not adjust the principal amount for any accrued or unmatured interest.)

*(If equity security holder)*
The undersigned, the holder of Class [   [ equity interest in the Debtor, consisting of _____ shares or other interest of (describe type) _____ in the Debtor.

         *(Check one box only)*

         [✓]    **ACCEPTS THE PLAN**

         [ ]    **REJECTS THE PLAN**

The Plan for the reorganization of the above-named debtor is proposed by the Law Offices of Craig M. Geno, PLLC, on behalf of Debtor.

Dated: __5/27/16__

Print or type name: __Jack E. Truitt, The Truitt Law Firm__
Signed: __Jack C. Truitt__
(If appropriate) By:
as: __Managing Member__
Address: __149 North New Hampshire St.__
           __Covington LA 70433__

Return this ballot on or before **June 2, 2016**, to:

         *Craig M. Geno, Esq.*
         *Law Offices of Craig M. Geno, PLLC*
         *587 Highland Colony Parkway*
         *Ridgeland, MS39157*

3

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:      **SLABBED NEW MEDIA, LLC**                          **CHAPTER 11**
            Debtor                                              **CASE NO. 15-50963-KMS**

## BALLOT FOR ACCEPTING OR REJECTING PLAN

The Debtor herein has filed its First Amended Plan of Reorganization in this case. The Court has approved the First Amended Disclosure Statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. Copies of the Plan and Disclosure Statement are attached. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.

The Plan referred to in this ballot can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of §1129(b) of the Code. To have your vote count you must complete and return this ballot.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

### ACCEPTANCE OR REJECTION OF THE PLAN

*(If holder of secured, priority or unsecured nonpriority claim)*
The undersigned, the holder of a Class [ ✓ ] claim against the Debtor in the principal amount of $ __80 ⁰⁰__.

*(If holder of a bond, debenture, or other debt security)*
The undersigned, the holder of a Class [   ] claim against the Debtor, consisting of the unpaid principal amount of $ _____ of (describe security) _____ of the above-named Debtor. (For the purposes of this Ballot, it is not necessary and you should not adjust the principal amount for any accrued or unmatured interest.)

*(If equity security holder)*
The undersigned, the holder of Class [   ] equity interest in the Debtor, consisting of _____ shares or other interest of (describe type) _____ in the Debtor.

*(Check one box only)*

[ ✓ ]    **ACCEPTS THE PLAN**

[   ]    **REJECTS THE PLAN**

The Plan for the reorganization of the above-named debtor is proposed by the Law Offices of Craig M. Geno, PLLC, on behalf of Debtor.

Dated: __5/24/2016__

Print or type name: __Henry Ward__
Signed: __Henry Ward__
(If appropriate) By: _____
as: _____
Address: __2308 Arnold Street__
__Waveland, MS 39576__

Return this ballot on or before **June 2, 2016**, to:

Craig M. Geno, Esq.
Law Offices of Craig M. Geno, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157