# Proceeding Minutes / Proceeding Memo

**Case #:** 15-50963  **Case Name:** Slabbed New Media, LLC
**Set:** 06/02/2016 02:30 pm  **Chapter:** 11  **Type:** bk  **Judge:** Katharine M. Samson
**matter** Chapter 11 Small Business Plan of Reorganization (Dkt. #72)

Objection filed by the United States Trustee (Dkt. #90)

Objection filed by Vaughn Perret and Charles Leary (Dkt. #92)

Objection filed by Daniel G. Abel (Dkt. #93)

---

Minute Entry Re: (related document(s): [72] Chapter 11 Small Business Plan of Reorganization) Appearances: Craig M. Geno, Christopher J. Steiskal. Hearing was held. Handshoe testified. Debtor is to file amended disclosure statement and amended schedules as stated on record at hearing by 6-13-16. Confirmation hearing will be continued to 7-7-16. Objections to amended disclosure statement may be filed by 6-30-16. Court will enter order extending time for confirmation. Tickle for date: 06/13/2016. (cevans)