_____

SO ORDERED,

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: June 6, 2016

The Order of the Court is set forth below. The docket reflects the date entered.
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  SLABBED NEW MEDIA, LLC                                     CASE NO. 15-50963-KMS

DEBTOR                                                                                  CHAPTER 11

### ORDER SETTING TIME FOR FILING AMENDED DISCLOSURE STATEMENT AND EXTENDING TIME FOR CONFIRMATION PURSUANT TO 11 U.S.C. §§ 1129(e) AND 1121(e)(3)

THIS MATTER came on for hearing on June 2, 2016 (the "Hearing") for final approval[1] of the Disclosure Statement (Dkt. No. 73) filed by Slabbed New Media, LLC, the Debtor in the above-styled case, and on confirmation of the Debtor's Plan of Reorganization (Dkt. No. 72). Objections to the Disclosure Statement and/or Plan of Reorganization were filed by the United States Trustee (Dkt. No. 90), by Charles Leary and Vaughn Perret (Dkt. No. 92), and by Daniel G. Abel (Dkt. No. 93).  Craig M. Geno appeared at the Hearing on behalf of the Debtor; Christopher J. Steiskal, Sr., appeared for the United States Trustee.  The other objecting parties did not appear at the Hearing.  After the evidentiary presentation[2], and for reasons stated on the record, the Court directed the Debtor to file an amended disclosure statement and amended schedules by June 13, 2016, and continued the confirmation hearing to July 7, 2016.  Parties will

---

[1] The Disclosure Statement was conditionally approved by order dated April 27, 2016 (Dkt. No. 80).  *See* 11 U.S.C. § 1125(f)(3)(A).

[2] Exhibits were submitted by Debtor's counsel and Douglas Handshoe, sole member and manager of Slabbed New Media, LLC, testified.

be noticed of the hearing and provided an opportunity to object to the amended disclosure statement. Accordingly, the Court finds that the time for confirmation of the plan as set out in 11 U.S.C. § 1129(e)[3] should be extended in accordance with § 1121(e)(3)[4] to July 7, 2016. The Court further finds that the Debtor demonstrated at the hearing by a preponderance of the evidence that it is more likely than not that the plan may be confirmed by the Court within a reasonable period of time.

**IT IS THEREFORE ORDERED** that the Debtor shall file the amended disclosure statement and schedules by June 13, 2016.

**IT IS FURTHER ORDERED** that the time for confirmation of the Debtor's Plan of Reorganization is extended to July 7, 2016, pursuant to 11 U.S.C. §§ 1129(e) and 1121(e)(3).

*##END OF ORDER##*

---

[3] Section 1129(e) provides that "[i]n a small business case, the court shall confirm a plan that complies with the applicable provisions of this title … not later than 45 days after the plan is filed unless the time for confirmation is extended in accordance with section 1121(e)(3)." 11 U.S.C. § 1129(e). The Voluntary Petition filed by the Debtor indicates that the Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). (Dkt. No. 1).

[4] Under § 1121(e)(3):

> the time fixed in §1129(e) within which the plan shall be confirmed, may be extended only if—
> (A) the debtor, after providing notice to parties in interest (including the United States trustee), demonstrates by a preponderance of the evidence that it is more likely than not that the court will confirm a plan within a reasonable period of time;
> (B) a new deadline is imposed at the time the extension is granted; and
> (C) the order extending time is signed before the existing deadline has expired.

11 U.S.C. § 1121(e)(3).