United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                    Case No. 15-50963-KMS
Slabbed New Media, LLC                                                    Chapter 11
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0538-6        User: wwatson         Page 1 of 1              Date Rcvd: Jun 06, 2016
                           Form ID: pdf012        Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 08, 2016.
dbpos          +Slabbed New Media, LLC,   Post Office Box 788,   Wiggins, MS 39577-0788
cr             +Charles Leary,   2421 Clearview Parkway,   Metairie, LA 70001-1239
cr             +Daniel G. Abel,   2421 Clearview Parkway,   Metairie, LA 70001-1239
cr             +Vaughn Perret,   2421 Clearview Parkway,   Metairie, LA 70001-1239
3954918        #Chris E. Yount,   545 Terrace Street,   Jefferson, LA 70121-1515
3954914        +Connie S. Montgomery,   Montgomery Law Center,   1403 West Esplanade Avenue,
                 Kenner, Louisiana 70065-2850
3954913        +Daniel G. Abel,   Daniel G. Abel, Inc.,   2421 Clearview Pwy, Suite 106,
                 Metairie, LA 70001-1239
3966946        +Douglas Handshoe,   110 Hall Street,   Wiggins, MS 39577-2623
3954944        +Internal Revenue Service,   c/o United States Attorney,   1575 20th Avenue, 2nd Floor,
                 Gulfport, MS 39501-2040
3954917        +Jack E. "Bobby" Truitt,   The Truitt Law Firm, LLC,   149 North New Hampshire Street,
                 Covington, LA 70433-3235
3954915        +Tourism Business Solutions,   2308 Arnold Street,   Waveland, MS 39576-2643
3954916         Trout Point Lodge,,   Vaughn Perret and Charles Leary,   189 Trout Point Road,
                 East Kemptville, NS,   Canada B5A 5X9
3954945        +U.S. Securities and Exchange Commission,   c/o United States U.S. Attorney,
                 1575 20th Avenue, 2nd Floor,   Gulfport, MS 39501-2040

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
3954943         E-mail/Text: cio.bncmail@irs.gov Jun 06 2016 19:54:18   Internal Revenue Service,
                 P.O. Box 21126,  Philadelphia, PA 19114
3954942         E-mail/Text: BANKRUPTCY@DOR.MS.GOV Jun 06 2016 19:54:25   MS State Tax Commission,
                 Bankruptcy Section,   P.O. Box 23338,  Jackson, MS 39225
3954941         E-mail/Text: atlreorg@sec.gov Jun 06 2016 19:54:22   U.S. Securities and Exchange Commission,
                 Office of Reorganization,   950 East Paces Ferry Road, Suite 900,  Atlanta, GA 30326-1382
                                                                                             TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2016                        Signature:  /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 6, 2016 at the address(es) listed below:
              Christopher J. Steiskal, Sr.  on behalf of U.S. Trustee   United States Trustee
              christopher.j.steiskal@usdoj.gov,  lois.e.walker@usdoj.gov;sarita.dukes@usdoj.gov
              Craig M. Geno  on behalf of Debtor In Possession   Slabbed New Media, LLC cmgeno@cmgenolaw.com,
              bpritchard@cmgenolaw.com;jnichols@cmgenolaw.com;jshaw@cmgenolaw.com;runner@cmgenolaw.com;bpritcha
              rd@ecf.courtdrive.com
              Jarret P. Nichols  on behalf of Debtor In Possession   Slabbed New Media, LLC
              jnichols@cmgenolaw.com,
              cmgeno@cmgenolaw.com;bpritchard@cmgenolaw.com;htrammell@cmgenolaw.com;jshaw@cmgenolaw.com;runner@
              cmgenolaw.com
              United States Trustee    USTPRegion05.JA.ECF@usdoj.gov
                                                                                             TOTAL: 4

SO ORDERED,

*Katharine M. Samson*

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: June 6, 2016

**The Order of the Court is set forth below. The docket reflects the date entered.**

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:  SLABBED NEW MEDIA, LLC**                          **CASE NO. 15-50963-KMS**

**DEBTOR**                                                          **CHAPTER 11**

### ORDER SETTING TIME FOR FILING AMENDED DISCLOSURE
### STATEMENT AND EXTENDING TIME FOR CONFIRMATION
### PURSUANT TO 11 U.S.C. §§ 1129(e) AND 1121(e)(3)

THIS MATTER came on for hearing on June 2, 2016 (the "Hearing") for final approval[1]

of the Disclosure Statement (Dkt. No. 73) filed by Slabbed New Media, LLC, the Debtor in the

above-styled case, and on confirmation of the Debtor's Plan of Reorganization (Dkt. No. 72).

Objections to the Disclosure Statement and/or Plan of Reorganization were filed by the United

States Trustee (Dkt. No. 90), by Charles Leary and Vaughn Perret (Dkt. No. 92), and by Daniel

G. Abel (Dkt. No. 93).   Craig M. Geno appeared at the Hearing on behalf of the Debtor;

Christopher J. Steiskal, Sr., appeared for the United States Trustee.  The other objecting parties

did not appear at the Hearing.  After the evidentiary presentation[2], and for reasons stated on the

record, the Court directed the Debtor to file an amended disclosure statement and amended

schedules by June 13, 2016, and continued the confirmation hearing to July 7, 2016.  Parties will

---

[1] The Disclosure Statement was conditionally approved by order dated April 27, 2016 (Dkt. No. 80).  *See* 11 U.S.C. § 1125(f)(3)(A).

[2] Exhibits were submitted by Debtor's counsel and Douglas Handshoe, sole member and manager of Slabbed New Media, LLC, testified.

be noticed of the hearing and provided an opportunity to object to the amended disclosure statement. Accordingly, the Court finds that the time for confirmation of the plan as set out in 11 U.S.C. § 1129(e)[3] should be extended in accordance with § 1121(e)(3)[4] to July 7, 2016. The Court further finds that the Debtor demonstrated at the hearing by a preponderance of the evidence that it is more likely than not that the plan may be confirmed by the Court within a reasonable period of time.

**IT IS THEREFORE ORDERED** that the Debtor shall file the amended disclosure statement and schedules by June 13, 2016.

**IT IS FURTHER ORDERED** that the time for confirmation of the Debtor's Plan of Reorganization is extended to July 7, 2016, pursuant to 11 U.S.C. §§ 1129(e) and 1121(e)(3).

*##END OF ORDER##*

---

[3] Section 1129(e) provides that "[i]n a small business case, the court shall confirm a plan that complies with the applicable provisions of this title … not later than 45 days after the plan is filed unless the time for confirmation is extended in accordance with section 1121(e)(3)."  11 U.S.C. § 1129(e).  The Voluntary Petition filed by the Debtor indicates that the Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  (Dkt. No. 1).

[4] Under § 1121(e)(3):

the time fixed in §1129(e) within which the plan shall be confirmed, may be extended only if—
(A) the debtor, after providing notice to parties in interest (including the United States trustee), demonstrates by a preponderance of the evidence that it is more likely than not that the court will confirm a plan within a reasonable period of time;
(B) a new deadline is imposed at the time the extension is granted; and
(C) the order extending time is signed before the existing deadline has expired.

11 U.S.C. § 1121(e)(3).