**Fill in this information to identify the case:**

Debtor name   **Slabbed New Media, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known)   **15-50963**

☑ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

Part 1:   **Summary of Assets**

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................   $                    0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................   $        *** 48,094.75

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*...............................................................................   $           48,094.75

Part 2:   **Summary of Liabilities**

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................   $                    0.00

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.....................   $                    0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.....................   +$              485,080.00

4.   **Total liabilities** ...............................................................................................
   Lines 2 + 3a + 3b                                                                                      $              485,080.00

**Fill in this information to identify the case:**

Debtor name **Slabbed New Media, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known) **15-50963**

■ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

2.      **Cash on hand**                                                                                                    $94.75

3.      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
        Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**
        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $94.75

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Slabbed New Media, LLC**                                   Case number *(If known)*  **15-50963**
_____
Name

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

◼ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

◼ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

◼ No. Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

◼ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

◼ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
◼ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** *** Domain Name - "Slabbed.org"** | $0.00 | | Unknown |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |
| 66. | **Total of Part 10.** Add lines 60 through 65. Copy the total to line 89. | | | $0.00 |

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property                              page 2

| Debtor | **Slabbed New Media, LLC** | Case number *(If known)* **15-50963** |
|---|---|---|
| | Name | |

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?**
   ■ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

| | | | Current value of debtor's interest |
|---|---|---|---|
| 71. | **Notes receivable** | | |
| | Description (include name of obligor) | | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** | | |
| | Description (for example, federal, state, local) | | |
| | **Judgment receivable -** | | |
| | **USDC, Southern District of Mississippi,** | | |
| | **Trout Point Lodge, et al. vs. Handshoe;** | | |
| | **Case No. 1:12cv90** | Tax year | $48,000.00 |
| 73. | **Interests in insurance policies or annuities** | | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | | |
| | ***\*\*\* See Amended Disclosure Statement attached hereto as Exhibit "A"*** | | Unknown |
| | Nature of claim | \*\*\* See Amended Disclosure Statement attached hereto as Exhibit "A" | |
| | Amount requested | $0.00 | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | | |
| 76. | **Trusts, equitable or future interests in property** | | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | | |
| 78. | **Total of Part 11.** | | $48,000.00 |
| | Add lines 71 through 77. Copy the total to line 90. | | |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **Slabbed New Media, LLC**                                    Case number *(If known)*  **15-50963**
          Name

**Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80.  **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $94.75 | |
| 81.  **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82.  **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83.  **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84.  **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85.  **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86.  **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87.  **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88.  **Real property.** *Copy line 56, Part 9* .......................................................> | | $0.00 |
| 89.  **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90.  **All other assets.** *Copy line 78, Part 11.* | + $48,000.00 | |
| 91.  **Total.** Add lines 80 through 90 for each column | $48,094.75 | + 91b.  $0.00 |
| 92.  **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $48,094.75 |

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    **SLABBED NEW MEDIA, LLC**        **CHAPTER 11**
           **Debtor**           **CASE NO. 15-50963-KMS**

## SECOND AMENDED DISCLOSURE STATEMENT

Slabbed New Media, LLC (the "Debtor" or the "Debtor-in-Possession") filed a Voluntary Petition for reorganization pursuant to Chapter 11 of the United States Bankruptcy Code with the United States Bankruptcy Court for the Southern District of Mississippi on June 16, 2015 (the "Petition Date").

At the hearing on approval of the initial Disclosure Statement and the Plan of Reorganization, the Court directed the Debtor to amend its Disclosure Statement, and its Plan, to describe, with specificity, claims asserted, or to be asserted, by the Debtor and to amend its Schedules accordingly.

This Second Amended Disclosure Statement is designed to accomplish just that - a description of the claims asserted, or to be asserted, by the Debtor as well as amendments to the Plan and its Schedules to reflect ownership of its domain name. The claims and causes of action are described below in a description of cases 1 through 4.

### Case 1 - *Yount vs Slabbed New Media, et al.*

In this case, the Debtor asserted counterclaims before the Petition Date. The counterclaims against Plaintiff Yount deal with the collateral attack on the $48,000.00 attorney's fee award involving the entity known as "Trout Point". It is on point to the judgment receivable number in the Slabbed New Media financials as well as the account payable to Bobby Truitt, counsel to the Debtor. The reconventional demand in the Yount case has been asserted.

### Case 2 - *Handshoe vs Vaughn Perret, Charles Leary, Trout Point Lodge, National Geographic Society, et al*

In this case, Doug Handshoe is suing in his capacity as a publisher. These claims have been asserted pursuant to 17 U.S.C. § 512, to gather the claims for a civil conspiracy. The Debtor reserves the right to assert its claims against the same Defendants arising out of the takedown notices and 17 U.S.C. § 512 sent by Leary, Perret, Trout Point, National Geographic Society as well as others.

### Case 3 - *Vaughn Perret, et al vs Handshoe*

A hearing is scheduled on June 23, 2016, in this case in Circuit Court. Claim 2's damages could be impacted by whether or not the Circuit Court allows the foreign copyright infringement judgment to be enrolled. If the judgment is enrolled, the damages could increase by a figure of $180,000.00. These are also abuse of process claims against Leary, Perret, Yount and Trout Point for breaking the seal of the file in Yount and commissioned to the United States District Court in Gulfport in Case No. 12CV90. Trout Point admitted in a Brief filed with the Court of Appeals of Louisiana, it had obtained sealed documents in Yount and was responding to them despite the fact it was not a party to the case and the file was sealed. Trout Point used sealed documents from Yount to file a Motion in District Court in the original SPEPC Act case No. 12-cv-90 against Bobby Truitt and Gerald Cruthruid. Claims are not yet asserted by the Debtor.

### Case 4 - *Handshoe vs Broussard, et al*

There are racketeering claims against Broussard, Abel, Leary, Perret and certain John Doe's in the Circuit Court case filed *Handshoe vs Broussard*. These claims are not yet asserted by the Debtor.

The above claims that are pursued, post-confirmation, will be for the benefit of creditors in the order priority established by the Bankruptcy Code.

### ASSETS OF THE DEBTOR

In addition to the assets described above, and those described within its Schedules, the Debtor also owns its domain name "Slabbed.org".

Except as specifically amended herein, the original Disclosure Statement remains intact and unaltered.

This, the 13th day of June, 2016.

Respectfully submitted,

SLABBED NEW MEDIA, LLC

By Its Attorneys,

LAW OFFICES OF CRAIG M. GENO, PLLC


By: */s/ Craig M. Geno*
     Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
Jarret P. Nichols; MSB No. 99426
LAW OFFICES OF CRAIG M. GENO, PLLC
587 Highland Colony Parkway
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile

N:\Firm Data\Users\Bankrup\Slabbed New Media\DS-Plan\2nd Am DS.wpd

### CERTIFICATE OF SERVICE

I, Craig M. Genos, do hereby certify that I have caused to be served this date, via electronic filing transmission, a true and correct copy of the above and foregoing to the following:

> Christopher J. Steiskal, Esq.
> Office of the United States Trustee
> christopher.j.steiskal@usdoj.gov

THIS, the 13th day of June, 2016.

/s/ *Craig M. Geno*
Craig M. Geno

**Fill in this information to identify the case:**

Debtor name  **Slabbed New Media, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF MISSISSIPPI

Case number (if known)  **15-50963**

☑ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June 14, 2016**          X **/s/ Douglas Handshoe**
                                         Signature of individual signing on behalf of debtor

                                         **Douglas Handshoe**
                                         Printed name

                                         **Manager/Member**
                                         Position or relationship to debtor

Official Form 202              **Declaration Under Penalty of Perjury for Non-Individual Debtors**