_____



SO ORDERED,

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: June 14, 2016

The Order of the Court is set forth below. The docket reflects the date entered.
_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

**SLABBED NEW MEDIA, LLC**                                   **CASE NO. 15-50963-KMS**

**DEBTOR.**                                                   **CHAPTER 11**

### ORDER FIXING THE TIME FOR FILING OBJECTIONS TO THE SECOND AMENDED DISCLOSURE STATEMENT, COMBINED WITH NOTICE THEREFORE AND OF THE HEARING ON FINAL APPROVAL OF THE SECOND AMENDED DISCLOSURE STATEMENT AND THE CONTINUATION OF THE HEARING ON CONFIRMATION OF THE PLAN

A second amended disclosure statement under Chapter 11 of the Bankruptcy Code (Dkt. #101) having been filed by Debtor's Attorney on June 13, 2016 with respect to a plan under chapter 11 of the Code (Dkt. #72) filed by Debtor's Attorney on April 26, 2016; and the debtor being a small business debtor:

**IT IS ORDERED, AND NOTICE IS HEREBY GIVEN, THAT**:

A. Within one (1) day after the entry of this order, the proponent's attorney shall cause to be mailed to creditors, equity security holders, other parties in interest, and the United States trustee a copy of the following:

   •   This order;
   •   The second amended disclosure statement filed June 13, 2016;
   •   The proposed plan of reorganization filed April 26, 2016.

B. After completion of the above mailing, the proponent's attorney shall immediately file a Certificate of Service with the Court, listing the names and addresses of each party served.

C. July 7, 2016 at 2:30 P.M., in the Bankruptcy Courtroom, 7th Floor, Dan M. Russell, Jr. Courthouse, 2012 15th Street, Gulfport, Mississippi, is fixed for the hearing on final approval of the second amended disclosure statement (if a written objection has been timely filed) and for the continued hearing on the confirmation of plan.

D. June 30, 2016 is fixed as the last day for filing and serving written objections to the second amended disclosure statement and confirmation of the plan.

##END OF ORDER##