United States Bankruptcy Court
Southern District of Mississippi

In re:  
Slabbed New Media, LLC  
    Debtor

Case No. 15-50963-KMS  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0538-6     User: wwatson     Page 1 of 1     Date Rcvd: Jun 14, 2016  
                       Form ID: pdf012     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2016.  
dbpos         +Slabbed New Media, LLC,    Post Office Box 788,    Wiggins, MS 39577-0788

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2016                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2016 at the address(es) listed below:
         Christopher J. Steiskal, Sr.    on behalf of U.S. Trustee    United States Trustee
          christopher.j.steiskal@usdoj.gov,    lois.e.walker@usdoj.gov;sarita.dukes@usdoj.gov
         Craig M. Geno    on behalf of Debtor In Possession    Slabbed New Media, LLC cmgeno@cmgenolaw.com,
          bpritchard@cmgenolaw.com;jnichols@cmgenolaw.com;jshaw@cmgenolaw.com;runner@cmgenolaw.com;bpritchard@ecf.courtdrive.com
         Jarret P. Nichols    on behalf of Debtor In Possession    Slabbed New Media, LLC
          jnichols@cmgenolaw.com,
          cmgeno@cmgenolaw.com;bpritchard@cmgenolaw.com;htrammell@cmgenolaw.com;jshaw@cmgenolaw.com;runner@cmgenolaw.com
         United States Trustee    USTPRegion05.JA.ECF@usdoj.gov
                                                                                                                        TOTAL: 4

_____



    **SO ORDERED,**

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: June 14, 2016

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

    **SLABBED NEW MEDIA, LLC**                     **CASE NO. 15-50963-KMS**

    **DEBTOR.**                                                                                    **CHAPTER 11**

**ORDER FIXING THE TIME FOR FILING OBJECTIONS TO THE SECOND AMENDED DISCLOSURE STATEMENT, COMBINED WITH NOTICE THEREFORE AND OF THE HEARING ON FINAL APPROVAL OF THE SECOND AMENDED DISCLOSURE STATEMENT AND THE CONTINUATION OF THE HEARING
<u>ON CONFIRMATION OF THE PLAN</u>**

A second amended disclosure statement under Chapter 11 of the Bankruptcy Code (Dkt. #101) having been filed by Debtor's Attorney on June 13, 2016 with respect to a plan under chapter 11 of the Code (Dkt. #72) filed by Debtor's Attorney on April 26, 2016; and the debtor being a small business debtor:

**IT IS ORDERED, AND NOTICE IS HEREBY GIVEN, THAT**:

    A. Within one (1) day after the entry of this order, the proponent's attorney shall cause to be mailed to creditors, equity security holders, other parties in interest, and the United States trustee a copy of the following:

- This order;
- The second amended disclosure statement filed June 13, 2016;
- The proposed plan of reorganization filed April 26, 2016.

    B. After completion of the above mailing, the proponent's attorney shall immediately file a Certificate of Service with the Court, listing the names and addresses of each party served.

    C. July 7, 2016 at 2:30 P.M., in the Bankruptcy Courtroom, 7th Floor, Dan M. Russell, Jr. Courthouse, 2012 15th Street, Gulfport, Mississippi, is fixed for the hearing on final approval of the second amended disclosure statement (if a written objection has been timely filed) and for the continued hearing on the confirmation of plan.

D. June 30, 2016 is fixed as the last day for filing and serving written objections to the second amended disclosure statement and confirmation of the plan.

##END OF ORDER##