United States Bankruptcy Court
Southern District - Gulfport
Dan Russell, Jr. United States Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

**RECEIVED**
JUN 22 2016
U.S. Bankruptcy Court
Southern District of MS