

SO ORDERED,

*Katharine M. Samson*

**Judge Katharine Samson**
**United States Bankruptcy Judge**
Date Signed: June 24, 2016

The Order of the Court is set forth below. The docket reflects the date entered.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

**SLABBED NEW MEDIA, LLC**                                **CASE NO. 15-50963 KMS**

**DEBTOR .**                                              **CHAPTER 11**

### ORDER CONDITIONALLY APPROVING THE SECOND AMENDED DISCLOSURE STATEMENT AND RESETTING THE HEARING ON THE CHAPTER 11 PLAN OF REORGANIZATION

A Second Amended Disclosure Statement under Chapter 11 of the Bankruptcy Code (Dkt. #101) having been filed by Debtor's Attorney on June 13, 2016 with respect to a plan under Chapter 11 of the Code (Dkt. #72) filed by Debtor's Attorney on April 26, 2016; and the debtor being a small business debtor: The Second Amended Disclosure Statement (Dkt. #101) is conditionally approved.

This matter came on this date on the Chapter 11 Plan of Reorganization filed by the Debtor (the "Chapter 11 Plan") (Dkt. #72) and the Court having considered the facts herein, finds that the hearing on July 7, 2016, should be continued and reset.

IT IS, THEREFORE, ORDERED that the hearing on the Chapter 11 Plan hereby is continued and reset for July 28, 2016, at 2:00 p.m., in the Bankruptcy Courtroom, 7th Floor, Dan M. Russell, Jr. U. S. Courthouse, 2012 15th Street, Gulfport, Mississippi.

##END OF ORDER##

Courtroom Deputy
228-563-1797 (use to advise of settlement)
228-563-1841