Form hn002kms (Rev. 12/15)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

    Slabbed New Media, LLC

        CASE NO. 15–50963–KMS

        DEBTOR.

        CHAPTER 11

### NOTICE OF HEARING AND DEADLINES

    Charles Leary, and Vaughn Perret have filed a MOTION RE: NAMES AND ADDRESSES INCORRECTLY ENTERED BY DEBTOR AND FOR ADDITIONAL TIME UNDER RULE 2002(P) (the "Motion") (Dkt. #107) with the Court in the above−styled case.

    **Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you might wish to consult one.)

    The Court will hold a hearing on July 28, 2016, at 02:00 PM in the Bankruptcy Courtroom, 7th Floor, Dan M. Russell, Jr. U.S. Courthouse, 2012 15th Street, Gulfport, Mississippi, to consider and act upon the Motion.

    If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion , you or your attorney must file a written response explaining your position so that the Court receives it on or before July 21, 2016. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney. Attorneys and Registered Users of the Electronic Case Filing (ECF) system should file any response using ECF. Others should file any response at U.S. Bankruptcy Court, Dan M. Russell, Jr. U.S. Courthouse, 2012 15th Street, Suite 244, Gulfport, MS 39501. If you file a response, you or your attorney are required to attend the hearing. The hearing will be electronically recorded by the Court.

    If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion. If no response is filed, the Court may consider the Motion and enter an order granting relief before the hearing date.

Dated: 6/24/16

Danny L. Miller, Clerk of Court
U.S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Courtroom Deputy
228−563−1797 (use to advise of settlement)
228−563−1841

Parties Noticed:

Slabbed New Media, LLC

Craig M. Geno

Jarret P. Nichols

United States Trustee

Christopher J. Steiskal, Sr.

Charles Leary
140 Trout Point Road
E. Kemptville, Nova Scotia B5A 5X9
CANADA

Vaughn Perret
140 Trout Point Road
E. Kemptville, Nova Scotia B5A 5X9
CANADA

Trout Point Lodge,
Vaughn Perret and Charles Leary
189 Trout Point Road
East Kemptville, NS
Canada B5A 5X9

Charles Leary
2421 Clearview Parkway
Metairie, LA 70001

Vaughn Perret
2421 Clearview Parkway
Metairie, LA 70001