_____



SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 24, 2016**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE: SLABBED NEW MEDIA, LLC**      **CASE NO. 15-50963-KMS**

**DEBTOR**      **CHAPTER 11**

### ORDER EXTENDING TIME FOR FILING OBJECTIONS TO AMENDED DISCLOSURE STATEMENT AND EXTENDING TIME FOR CONFIRMATION PURSUANT TO 11 U.S.C. §§ 1129(e) AND 1121(e)(3)

On June 22, 2016, Charles Leary and Vaughn Perret filed their Motion Re: Names and Addresses Incorrectly Entered by Debtor and for Additional Time under Rule 2002(p). (Dkt. No. 107). The motion will be set for hearing by separate notice. Although the Court finds based on their motion that the movants have received actual notice of the Debtor's Second Amended Disclosure Statement (Dkt. No. 101), the Court finds that the time period for objections to the Second Amended Disclosure Statement should be extended to July 21, 2016. The Court further finds that the hearing on final approval of the Second Amended Disclosure Statement and on Confirmation of the Debtor's Plan of Reorganization (Dkt. No. 72), currently set for July 7, 2016, should be moved to July 28, 2016. The Court finds that the time for confirmation of the plan as set out in 11 U.S.C. § 1129(e)[1] should be extended in accordance with § 1121(e)(3)[2] to

---

[1] Section 1129(e) provides that "[i]n a small business case, the court shall confirm a plan that complies with the applicable provisions of this title … not later than 45 days after the plan is filed unless the time for confirmation is extended in accordance with section 1121(e)(3)." 11 U.S.C. § 1129(e). The Voluntary Petition filed by the Debtor indicates that the Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). (Dkt. No. 1).

July 28, 2016, there having been demonstrated by a preponderance of the evidence that it is more likely than not that the plan may be confirmed by the Court within a reasonable period of time.

**IT IS THEREFORE ORDERED** that objections to the Debtor's Second Amended Disclosure Statement shall be filed by July 21, 2016.

**IT IS FURTHER ORDERED** that the time for confirmation of the Debtor's Plan of Reorganization is extended to July 28, 2016.

*##END OF ORDER##*

---

[2] Under § 1121(e)(3):

> the time fixed in §1129(e) within which the plan shall be confirmed, may be extended only if—
> (A) the debtor, after providing notice to parties in interest (including the United States trustee), demonstrates by a preponderance of the evidence that it is more likely than not that the court will confirm a plan within a reasonable period of time;
> (B) a new deadline is imposed at the time the extension is granted; and
> (C) the order extending time is signed before the existing deadline has expired.

11 U.S.C. § 1121(e)(3).