```
                         United States Bankruptcy Court
                          Southern District of Mississippi
In re:                                                       Case No. 15-50963-KMS
Slabbed New Media, LLC                                       Chapter 11
          Debtor              CERTIFICATE OF NOTICE
District/off: 0538-6         User: wwatson              Page 1 of 1          Date Rcvd: Jun 24, 2016
                             Form ID: hn002kms          Total Noticed: 6
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2016.
```
dbpos         +Slabbed New Media, LLC,    Post Office Box 788,    Wiggins, MS 39577-0788
cr             Charles Leary,    140 Trout Point Road,    E. Kemptville, Nova Scotia B5A 5X9,    CANADA
cr             Vaughn Perret,    140 Trout Point Road,    E. Kemptville, Nova Scotia B5A 5X9,    CANADA
4127245       +Charles Leary,    2421 Clearview Parkway,    Metairie, LA 70001-1239
3954916        Trout Point Lodge,,   Vaughn Perret and Charles Leary,    189 Trout Point Road,
                 East Kemptville, NS,    Canada B5A 5X9
4127246       +Vaughn Perret,    2421 Clearview Parkway,    Metairie, LA 70001-1239
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2016 at the address(es) listed below:
```
              Christopher J. Steiskal, Sr.   on behalf of U.S. Trustee    United States Trustee
               christopher.j.steiskal@usdoj.gov,    lois.e.walker@usdoj.gov;sarita.dukes@usdoj.gov
              Craig M. Geno    on behalf of Debtor In Possession    Slabbed New Media, LLC cmgeno@cmgenolaw.com,
               bpritchard@cmgenolaw.com;jnichols@cmgenolaw.com;jshaw@cmgenolaw.com;runner@cmgenolaw.com;bpritcha
               rd@ecf.courtdrive.com
              Jarret P. Nichols    on behalf of Debtor In Possession    Slabbed New Media, LLC
               jnichols@cmgenolaw.com,
               cmgeno@cmgenolaw.com;bpritchard@cmgenolaw.com;htrammell@cmgenolaw.com;jshaw@cmgenolaw.com;runner@
               cmgenolaw.com
              United States Trustee    USTPRegion05.JA.ECF@usdoj.gov
                                                                                             TOTAL: 4
```

Form hn002kms (Rev. 12/15)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

    **Slabbed New Media, LLC**

          **CASE NO. 15−50963−KMS**

    **DEBTOR.**

          **CHAPTER 11**

**NOTICE OF HEARING AND DEADLINES**

    Charles Leary, and Vaughn Perret have filed a MOTION RE: NAMES AND ADDRESSES INCORRECTLY ENTERED BY DEBTOR AND FOR ADDITIONAL TIME UNDER RULE 2002(P) (the "Motion") (Dkt. #107) with the Court in the above−styled case.

    **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you might wish to consult one.)**

    The Court will hold a hearing on July 28, 2016, at 02:00 PM in the Bankruptcy Courtroom, 7th Floor, Dan M. Russell, Jr. U.S. Courthouse, 2012 15th Street, Gulfport, Mississippi, to consider and act upon the Motion.

    If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion , you or your attorney must file a written response explaining your position so that the Court receives it on or before July 21, 2016. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney. Attorneys and Registered Users of the Electronic Case Filing (ECF) system should file any response using ECF. Others should file any response at U.S. Bankruptcy Court, Dan M. Russell, Jr. U.S. Courthouse, 2012 15th Street, Suite 244, Gulfport, MS 39501. If you file a response, you or your attorney are required to attend the hearing. The hearing will be electronically recorded by the Court.

    If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion. If no response is filed, the Court may consider the Motion and enter an order granting relief before the hearing date.

Dated: 6/24/16

Danny L. Miller, Clerk of Court
U.S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Courtroom Deputy
228−563−1797 (use to advise of settlement)
228−563−1841

Parties Noticed:

Slabbed New Media, LLC

Craig M. Geno

Jarret P. Nichols

United States Trustee

Christopher J. Steiskal, Sr.

Charles Leary
140 Trout Point Road
E. Kemptville, Nova Scotia B5A 5X9
CANADA

Vaughn Perret
140 Trout Point Road
E. Kemptville, Nova Scotia B5A 5X9
CANADA

Trout Point Lodge,
Vaughn Perret and Charles Leary
189 Trout Point Road
East Kemptville, NS
Canada B5A 5X9

Charles Leary
2421 Clearview Parkway
Metairie, LA 70001

Vaughn Perret
2421 Clearview Parkway
Metairie, LA 70001