```
                          United States Bankruptcy Court
                          Southern District of Mississippi
In re:                                                        Case No. 15-50963-KMS
Slabbed New Media, LLC                                        Chapter 11
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0538-6           User: ccannette              Page 1 of 1              Date Rcvd: Jun 24, 2016
                               Form ID: pdf012              Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2016.
dbpos          +Slabbed New Media, LLC,    Post Office Box 788,   Wiggins, MS 39577-0788
cr              Charles Leary,    140 Trout Point Road,   E. Kemptville, Nova Scotia B5A 5X9,     CANADA
cr             +Daniel G. Abel,    2421 Clearview Parkway,   Metairie, LA 70001-1239
cr             +Vaughn Perret,    140 Trout Point Road,   E. Kemptville, Nova Scotia B5A 5X9,     CANADA
4127245        +Charles Leary,    2421 Clearview Parkway,   Metairie, LA 70001-1239
3954918        #Chris E. Yount,    545 Terrace Street,   Jefferson, LA 70121-1515
3954914        +Connie S. Montgomery,    Montgomery Law Center,   1403 West Esplanade Avenue,
                 Kenner, Louisiana 70065-2850
3954913        +Daniel G. Abel,    Daniel G. Abel, Inc.,   2421 Clearview Pwy, Suite 106,
                 Metairie, LA 70001-1239
3966946        +Douglas Handshoe,    110 Hall Street,   Wiggins, MS 39577-2623
3954944        +Internal Revenue Service,    c/o United States Attorney,   1575 20th Avenue, 2nd Floor,
                 Gulfport, MS 39501-2040
3954917        +Jack E. "Bobby" Truitt,    The Truitt Law Firm, LLC,   149 North New Hampshire Street,
                 Covington, LA 70433-3235
3954915        +Tourism Business Solutions,    2308 Arnold Street,   Waveland, MS 39576-2643
3954916         Trout Point Lodge,,    Vaughn Perret and Charles Leary,   189 Trout Point Road,
                 East Kemptville, NS,   Canada B5A 5X9
3954945        +U.S. Securities and Exchange Commission,   c/o United States U.S. Attorney,
                 1575 20th Avenue, 2nd Floor,   Gulfport, MS 39501-2040
4127246        +Vaughn Perret,    2421 Clearview Parkway,   Metairie, LA 70001-1239

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
3954943         E-mail/Text: cio.bncmail@irs.gov Jun 24 2016 20:02:52      Internal Revenue Service,
                 P.O. Box 21126,   Philadelphia, PA 19114
3954942         E-mail/Text: BANKRUPTCY@DOR.MS.GOV Jun 24 2016 20:03:00      MS State Tax Commission,
                 Bankruptcy Section,    P.O. Box 23338,   Jackson, MS 39225
3954941         E-mail/Text: atlreorg@sec.gov Jun 24 2016 20:02:55      U.S. Securities and Exchange Commission,
                 Office of Reorganization,    950 East Paces Ferry Road, Suite 900,    Atlanta, GA 30326-1382
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2016                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 24, 2016 at the address(es) listed below:
              Christopher J. Steiskal, Sr.    on behalf of U.S. Trustee    United States Trustee
               christopher.j.steiskal@usdoj.gov, lois.e.walker@usdoj.gov;sarita.dukes@usdoj.gov
              Craig M. Geno    on behalf of Debtor In Possession    Slabbed New Media, LLC cmgeno@cmgenolaw.com,
               bpritchard@cmgenolaw.com;jnichols@cmgenolaw.com;jshaw@cmgenolaw.com;runner@cmgenolaw.com;bpritcha
               rd@ecf.courtdrive.com
              Jarret P. Nichols    on behalf of Debtor In Possession    Slabbed New Media, LLC
               jnichols@cmgenolaw.com,
               cmgeno@cmgenolaw.com;bpritchard@cmgenolaw.com;htrammell@cmgenolaw.com;jshaw@cmgenolaw.com;runner@
               cmgenolaw.com
              United States Trustee    USTPRegion05.JA.ECF@usdoj.gov
                                                                                              TOTAL: 4
```



SO ORDERED,

Judge Katharine Samson
United States Bankruptcy Judge
Date Signed: June 24, 2016

The Order of the Court is set forth below. The docket reflects the date entered.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

SLABBED NEW MEDIA, LLC                   CASE NO. 15-50963 KMS

DEBTOR .                                 CHAPTER 11

ORDER CONDITIONALLY APPROVING THE SECOND AMENDED DISCLOSURE
STATEMENT AND RESETTING THE HEARING ON THE
CHAPTER 11 PLAN OF REORGANIZATION

A Second Amended Disclosure Statement under Chapter 11 of the Bankruptcy Code (Dkt. #101) having been filed by Debtor's Attorney on June 13, 2016 with respect to a plan under Chapter 11 of the Code (Dkt. #72) filed by Debtor's Attorney on April 26, 2016; and the debtor being a small business debtor: The Second Amended Disclosure Statement (Dkt. #101) is conditionally approved.

This matter came on this date on the Chapter 11 Plan of Reorganization filed by the Debtor (the "Chapter 11 Plan") (Dkt. #72) and the Court having considered the facts herein, finds that the hearing on July 7, 2016, should be continued and reset.

IT IS, THEREFORE, ORDERED that the hearing on the Chapter 11 Plan hereby is continued and reset for July 28, 2016, at 2:00 p.m., in the Bankruptcy Courtroom, 7th Floor, Dan M. Russell, Jr. U. S. Courthouse, 2012 15th Street, Gulfport, Mississippi.

##END OF ORDER##

Courtroom Deputy
228-563-1797 (use to advise of settlement)
228-563-1841