SO ORDERED,

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: June 29, 2016

The Order of the Court is set forth below. The docket reflects the date entered.

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   SLABBED NEW MEDIA, LLC          CASE NO.   15-50963-KMS

DEBTOR(S)                                 CHAPTER    11

### AMENDED ORDER

THIS DAY THIS CAUSE came on for consideration of this proposed Amended Order to the Court's Agreed Order entered on May 3, 2016 (DKT. #87). On June 24, 2016, the Court reset the continued confirmation of the Debtor's small business plan to July 28, 2016. DKT. #111. After fully considering the matter, the Court is of the opinion that the proposed Amended Order should be approved; therefore,

**IT IS ORDERED** that on or before July 28, 2016, the Debtor shall confirm a chapter 11 small business plan.

**IT IS FURTHER ORDERED** that if the Debtor fails to obtain confirmation of a chapter 11 small business plan on or before July 28, 2016, this case shall be dismissed without further notice or hearing.

**IT IS FURTHER ORDERED** that nothing herein shall prohibit the UST from, at any time, moving for, requesting, or obtaining any relief, including, but not limited to, the conversion or dismissal of this case, or right that he may otherwise be entitled.

1

2

**##END OF ORDER##**

**ORDER SUBMITTED BY:**
*/s/Christopher J. Steiskal, Sr.*
CHRISTOPHER J. STEISKAL, SR. (MSB #101654)
TRIAL ATTORNEY
U.S. DEPARTMENT OF JUSTICE
OFFICE OF THE U.S. TRUSTEE, REGION 5
501 EAST COURT STREET, SUITE 6-430
JACKSON, MISSISSIPPI 39201
TEL: (601) 965-5241