MSSB-436-1 (12/15)

| | | U.S. BANKRUPTCY COURT SOUTHERN DISTRICT OF MISSISSIPPI FILED |
|---|---|---|
| Instructions | United States Bankruptcy Court<br>Southern District of Mississippi | JUL - 8 2016<br>DANNY L. MILLER, CLERK |
| | Audio Recording Order | BY _____AB_____ DEPUTY CLERK |

## Section A

| Requestor's Name: DR. CHARLES L. LEARY | Email Address: foodvacation@gmail.com | Phone No.: (902) 482-8360 |
|---|---|---|
| Address: PHONE: (902) 482-8360 | City: | State: / Zip Code: |

| Case Type: ☒ Bankruptcy Case ☐ Adversary Proceeding | Date of Proceedings | |
|---|---|---|
| Case Number: 6:15-bk-50963 | From: 2 June 2016 | To: 2 June 2016 |
| Case Name: In re: Slabbed New Media | Presiding Judge: | Location of Proceedings: Gulfport, M.S. |
| Nature of Proceeding [Include Dkt. No.(s)]: Hearing w/ Douglas Handshoe Testimony | | Time (Approximate Time Hearing Begun): 10:00 AM ON |

Comments

## Section B

| Cost | Media Type | Digital Media Option |
|---|---|---|
| $30.00 | ☐ | Recordable Compact Disc - CD |
| $30.00 | ☒ | Electronic File delivered via email to: foodvacation@gmail.com |

By signing below, I certify I will pay all incurred charges.

| Request Prepared By: DR. CHARLES L. LEARY | Phone Number: (902) 482-8360 |
|---|---|
| Signature: [signed] | Date: July 1, 2016 |

### Court Use Only

Fee $ _____

Paid on _____ Receipt # _____

Audio reproduced on _____ by _____.

Audio delivered to: _____ on _____.

Additional Comments/Notes

[Print]  [Save As...]  [Reset]

NEW ORLEANS LA 700

06 JUL 2016 PM 2 L

Dr. Charles Leary

United States Bankruptcy Court
Southern District of Mississippi
Clerk of Court, Suite 244
2012 15th Street
Gulfport, MS 39501

39501-20955