```
         UNITED STATES
       BANKRUPTCY COURT
 SOUTHERN DISTRICT OF MISSISSIPPI
        GULFPORT DIVISION

  # 604799    - JD
   July 08, 2016
       11:40:17
  AUD RECORD 11-11
   15-50963-KMS11
Debtor.: SLABBED NEW MEDIA, LLC
Amount.:                     $30.00 MO
MnyOrd#: 23645696940

Total-> $30.00
FROM: MONEY ORDER
      DR. CHARLES LEARY
```