MSSB-436-1 (12/15)

# United States Bankruptcy Court
## Southern District of Mississippi

### Audio Recording Order

**Section A**

| Requestor's Name: | Email Address: | Phone No.: | |
|---|---|---|---|
| Christopher J. Steiskal | christopher.j.steiskal@usdoj.gov | 601-965-5241 | |
| **Address:** | **City:** | **State:** | **Zip Code:** |
| Office of U.S. Trustees<br>501 East Court Street, Suite 6-430 | Jackson | MS | 39201 |

**Case Type:** [✓] Bankruptcy Case [ ] Adversary Proceeding

**Date of Proceedings**

| Case Number: | From: | To: |
|---|---|---|
| 15-50963-KMS | Jun 2, 2016 | Jun 2, 2016 |

| Case Name: | Presiding Judge | Location of Proceedings |
|---|---|---|
| Slabbed New Media, LLC | Katharine M. Samson | Gulfport |

**Nature of Proceeding [Include Dkt. No.(s)]**
Confirmation Hearing

**Time** (Approximate Time Hearing Begun): 2:30PM

**Comments**
Audio Recording Only

**Section B**

| Cost | Media Type | Digital Media Option |
|---|---|---|
| $30.00 | [✓] | Recordable Compact Disc - CD |
| $30.00 | [ ] | Electronic File delivered via email to: |

By signing below, I certify I will pay all incurred charges.

Request Prepared By: Christopher J. Steiskal
Signature: *Christopher J. Steiskal* (signed)

Phone Number: 601-965-5241
Date: Jul 13, 2016

**Court Use Only**

Fee $ _____
Paid on _____ Receipt # _____
Audio reproduced on _____ by _____
Audio delivered to: _____ on _____
Additional Comments/Notes