UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
GULFPORT DIVISION

IN RE:  SLABBED NEW MEDIA, LLC        CHAPTER 11
       CASE NO. 15-50963-KMS

### OBJECTION TO DEBTOR'S INITIAL, FIRST AMENDED AND SECOND AMENDED DISCLOSURE STATEMENTS

COMES NOW Charles Leary and Vaughn Perret, named creditors herein, and file this their Objection to Debtor's Initial, First Amended and Second Amended Disclosure Statements, showing unto the Court that the Debtors adopt and reassert their Objection to Plan of Reorganization (#92) previously filed herein as their objection to the disclosure statements filed by the Debtor.

Respectfully submitted this the  24th  day of July, 2016.

CHARLES LEARY and VAUGHN PERRETT

By:     /s/  Bob Wolford
    Bob Wolford (#99717)
    Their lawyer

Bob Wolford (#99717)
2619 Broadwater Drive
Gulfport, MS 39507
(228) 669-4721
bob99717@gmail.com

<u>CERTIFICATE OF SERVICE</u>

I, Bob Wolford, certify that the following have been served with a true and correct copy of the foregoing document via ECF:

U.S. Trustee, Region 5

Craig Geno, Debtor's attorney

This the  24th  day of July, 2016.

                                        /s/ Bob Wolford
                                        Bob Wolford (#99717)