# Proceeding Minutes / Proceeding Memo

**Case #:** 15-50963  **Case Name:** Slabbed New Media, LLC

**Set:** 07/28/2016 02:00 pm  **Chapter:** 11  **Type:** bk  **Judge** Katharine M. Samson

**matter** Motion Re: Names and Addresses Incorrectly Entered by Debtor and for Additional Time Under Rule 2002(P) Filed by Creditors Charles Leary , Vaughn Perret (Attachments: # 1 Envelope)  (Dkt. #107)

Response filed by the Debtor (Dkt. #122)

---

Minute Entry Re: (related document(s): [107] Motion Re Names and Addresses filed by Charles Leary, Vaughn Perret) Appearances: Craig M. Geno, Jarret P. Nichols, Bob Wolford, Sammy Tharpe. Movants/Wolford to provide to Court alternate means of receiving information as stated at hearing. Court will enter order. Tickle for date: 08/11/2016. (cevans)