# Proceeding Minutes / Proceeding Memo

*Case #:* 15-50963  *Case Name:* Slabbed New Media, LLC

*Set:* 07/28/2016 02:00 pm  *Chapter:* 11  *Type:* bk  *Judge:* Katharine M. Samson

*matter* Chapter 11 Plan of Reorganization Filed by Debtor In Possession Slabbed New Media, LLC. (Dkt. #72)

Objection filed by the U.S. Trustee (Dkt. #90)

Objection filed by Vaughn Perret and Charles Leary (Dkt. #92)

Objection filed by Daniel G. Abel (Dkt. #93)

Objection filed by Charles Leary and Vaughn Perret (Dkt. #124)

---

Minute Entry Re: (related document(s): [72] Chapter 11 Plan filed by Slabbed New Media, LLC) Appearances: Jarret P. Nichols, Bob Wolford, Sammy Tharpe. Tickle for date: 08/25/2016. Hearing was held. Court held that plan is not feasible. Confirmation is denied. The case will be dismissed for failure to obtain confirmation pursuant to orders entered on UST motion (#87, #115). Court will enter order. (cevans)

```
                              EXTENDED TO 9/29/16 (CC 9/1/16)
```