# Proceeding Minutes / Proceeding Memo

*Case #:* 15-50963   *Case Name:* Slabbed New Media, LLC
*Set:* 07/28/2016 02:00 pm   *Chapter:* 11   *Type:* bk   *Judge* Katharine M. Samson

matter | Motion Re: Names and Addresses Incorrectly Entered by Debtor and for Additional Time Under Rule 2002(P) Filed by Creditors Charles Leary, Vaughn Perret (Attachments: # 1 Envelope) (Dkt. #107)

Response filed by the Debtor (Dkt. #122)

---

Minute Entry Re: (related document(s): [107] Motion Re Names and Addresses filed by Charles Leary, Vaughn Perret) Appearances: Craig M. Geno, Jarret P. Nichols, Bob Wolford, Sammy Tharpe. Movants/Wolford to provide to Court alternate means of receiving information as stated at hearing. Court will enter order. Tickle for date: 08/11/2016. (cevans)

```
                              EXTENDED TO 9/29/16 (CC 9/1/16)
```