Form ntcdsm (Rev. 12/15)

## UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

Case No.: 15−50963−KMS
Chapter: 11

In re:
    Slabbed New Media, LLC
    Post Office Box 788
    Wiggins, MS 39577

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):

Employer Tax Identification No(s). (if any):
    46−3865279

### Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on September 16, 2016.

Dated: 9/16/16

Danny L. Miller, Clerk of Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790