United States Bankruptcy Court
Southern District of Mississippi

In re:                                                          Case No. 15-50963-KMS
Slabbed New Media, LLC                                          Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0538-6          User: wwatson          Page 1 of 2          Date Rcvd: Sep 16, 2016
                             Form ID: ntcdsm         Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2016.
dbpos         +Slabbed New Media, LLC,   Post Office Box 788,   Wiggins, MS 39577-0788
cr             Charles Leary,   140 Trout Point Road,   E. Kemptville, Nova Scotia B5A 5X9,   CANADA
cr            +Daniel G. Abel,   2421 Clearview Parkway,   Metairie, LA 70001-1239
cr             Vaughn Perret,   140 Trout Point Road,   E. Kemptville, Nova Scotia B5A 5X9,   CANADA
4127245       +Charles Leary,   2421 Clearview Parkway,   Metairie, LA 70001-1239
3954918       #Chris E. Yount,   545 Terrace Street,   Jefferson, LA 70121-1515
3954914       +Connie S. Montgomery,   Montgomery Law Center,   1403 West Esplanade Avenue,
               Kenner, Louisiana 70065-2850
3954913       +Daniel G. Abel,   Daniel G. Abel, Inc.,   2421 Clearview Pwy, Suite 106,
               Metairie, LA 70001-1239
3966946       +Douglas Handshoe,   110 Hall Street,   Wiggins, MS 39577-2623
3954944       +Internal Revenue Service,   c/o United States Attorney,   1575 20th Avenue, 2nd Floor,
               Gulfport, MS 39501-2040
3954917       +Jack E. "Bobby" Truitt,   The Truitt Law Firm, LLC,   149 North New Hampshire Street,
               Covington, LA 70433-3235
3954915       +Tourism Business Solutions,   2308 Arnold Street,   Waveland, MS 39576-2643
3954916        Trout Point Lodge,   Vaughn Perret and Charles Leary,   189 Trout Point Road,
               East Kemptville, NS,   Canada B5A 5X9
3954945       +U.S. Securities and Exchange Commission,   c/o United States U.S. Attorney,
               1575 20th Avenue, 2nd Floor,   Gulfport, MS 39501-2040
4127246       +Vaughn Perret,   2421 Clearview Parkway,   Metairie, LA 70001-1239

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
3954943        EDI: IRS.COM Sep 16 2016 19:58:00      Internal Revenue Service,   P.O. Box 21126,
               Philadelphia, PA 19114
3954942        EDI: MSDOR.COM Sep 16 2016 19:58:00      MS State Tax Commission,   Bankruptcy Section,
               P.O. Box 23338,   Jackson, MS 39225
3954942        E-mail/Text: BANKRUPTCY@DOR.MS.GOV Sep 16 2016 20:06:21      MS State Tax Commission,
               Bankruptcy Section,   P.O. Box 23338,   Jackson, MS 39225
3954941        E-mail/Text: atlreorg@sec.gov Sep 16 2016 20:06:15      U.S. Securities and Exchange Commission,
               Office of Reorganization,   950 East Paces Ferry Road, Suite 900,   Atlanta, GA 30326-1382
                                                                                        TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2016                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2016 at the address(es) listed below:
        Bob  Wolford    on behalf of Creditor Charles  Leary bob99717@gmail.com
        Bob  Wolford    on behalf of Creditor Vaughn  Perret bob99717@gmail.com
        Christopher J. Steiskal, Sr.   on behalf of U.S. Trustee   United States Trustee
        christopher.j.steiskal@usdoj.gov,   lois.e.walker@usdoj.gov;sarita.dukes@usdoj.gov
        Craig M. Geno   on behalf of Debtor In Possession   Slabbed New Media, LLC cmgeno@cmgenolaw.com,
        bpritchard@cmgenolaw.com;jnichols@cmgenolaw.com;jshaw@cmgenolaw.com;kcarter@cmgenolaw.com;bpritch
        ard@ecf.courtdrive.com
        Jarret P. Nichols   on behalf of Debtor In Possession   Slabbed New Media, LLC
        jnichols@cmgenolaw.com,
        cmgeno@cmgenolaw.com;bpritchard@cmgenolaw.com;jshaw@cmgenolaw.com;kcarter@cmgenolaw.com

District/off: 0538-6       User: wwatson       Page 2 of 2       Date Rcvd: Sep 16, 2016
                         Form ID: ntcdsm      Total Noticed: 18

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

         United States Trustee   USTPRegion05.JA.ECF@usdoj.gov

                                                    TOTAL: 6

Form ntcdsm (Rev. 12/15)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

Case No.:  15−50963−KMS
Chapter:  11

In re:
     Slabbed New Media, LLC
     Post Office Box 788
     Wiggins, MS 39577

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):

Employer Tax Identification No(s). (if any):
     46−3865279

## Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on September 16, 2016.

Dated: 9/16/16                          Danny L. Miller, Clerk of Court
                                        Dan M. Russell, Jr. U.S. Courthouse
                                        2012 15th Street, Suite 244
                                        Gulfport, MS 39501
                                        228−563−1790