**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

    SLABBED NEW MEDIA,LLC,                               CASE NO. 15-50963-KMS

**DEBTOR.**                                                                  CHAPTER 11

**To:**   Dr. Charles L. Leary
       308 5th Ave E
       Vancouver, BC V5T 1H4
       Canada

**NOTICE REGARDING PLEADING/DOCUMENT**
**FILED IN A CLOSED CASE**

On, January 7, 2019, the Clerk's office received and filed a Pro Se Motion Concerning Willful Violation of the Automatic Stay of Section 362 of the Bankruptcy Code, Causing damages; Contempt, in the above bankruptcy case, Dkt. #135 in the above bankruptcy case.  Please be advised the above case was closed on October 18, 2016, before your pleading/document was filed.

Before any litigation can be brought before the Court, the bankruptcy case must be reopened by motion and order accompanied by the proper filing fee, if required.

**Dated:  January 7, 2019**                                  **DANNY L. MILLER, CLERK OF COURT**
                                                                        Dan M. Russell, Jr. U. S. Courthouse
                                                                         2012 15th Street, Suite 244
                                                                           Gulfport, MS 39501
                                                                           228-563-1790