**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

    SLABBED NEW MEDIA,LLC,                        CASE NO. 15-50963-KMS

    **DEBTOR.**                                                              **CHAPTER 11**

To:    Dr. Charles L. Leary
           308 5th Ave E
           Vancouver, BC V5T 1H4
           Canada

**AMENDED NOTICE REGARDING PLEADING/DOCUMENT**
**FILED IN A CLOSED CASE**

On, January 7, 2019, the Clerk's office received and filed a Pro Se Motion Concerning Willful Violation of the Automatic Stay of Section 362 of the Bankruptcy Code, Causing damages; Contempt, in the above bankruptcy case, Dkt. #138 in the above bankruptcy case. Please be advised the above case was closed on October 18, 2016, before your pleading/document was filed.

Before any litigation can be brought before the Court, the bankruptcy case must be reopened by motion and order accompanied by the proper filing fee, if required.

Dated: January 8, 2019                           **DANNY L. MILLER, CLERK OF COURT**
                                                                   Dan M. Russell, Jr. U. S. Courthouse
                                                                    2012 15th Street, Suite 244
                                                                    Gulfport, MS 39501
                                                                    228-563-1790