# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

    SLABBED NEW MEDIA,LLC,                      CASE NO. 15-50963-KMS

        **DEBTOR.**                                                                        CHAPTER 11

To:    Vaughn Perret
        c/o Charles L. Leary
        308 5th Ave E
        Vancouver, BC V5T 1H4
        Canada

## NOTICE REGARDING PLEADING/DOCUMENT FILED IN A CLOSED CASE

On, January 7, 2019, the Clerk's office received and filed a Pro Se Motion Concerning Willful Violation of the Automatic Stay of Section 362 of the Bankruptcy Code, Causing damages; Contempt, in the above bankruptcy case, Dkt. #137 in the above bankruptcy case.  Please be advised the above case was closed on October 18, 2016, before your pleading/document was filed.

Before any litigation can be brought before the Court, the bankruptcy case must be reopened by motion and order accompanied by the proper filing fee, if required.

**Dated:  January 8, 2019**                                  **DANNY L. MILLER, CLERK OF COURT**
                                                                                    Dan M. Russell, Jr. U. S. Courthouse
                                                                                     2012 15th Street, Suite 244
                                                                                     Gulfport, MS 39501
                                                                                     228-563-1790