```
                        United States Bankruptcy Court
                         Southern District of Mississippi
In re:                                                        Case No. 15-50963-KMS
Slabbed New Media, LLC                                        Chapter 11
         Debtor              CERTIFICATE OF NOTICE

District/off: 0538-6         User: alexisbra         Page 1 of 1         Date Rcvd: Jan 08, 2019
                             Form ID: pdf012         Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2019.
```
dbpos         +Slabbed New Media, LLC,    Post Office Box 788,    Wiggins, MS 39577-0788
cr             Vaughn Perret,   c/o Charles Leary,    308 5th Ave E,    Vancouver BC V5T 1H4,    CANADA
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2019 at the address(es) listed below:
```
              Bob   Wolford    on behalf of Creditor Charles   Leary bob99717@gmail.com
              Bob   Wolford    on behalf of Creditor Vaughn   Perret bob99717@gmail.com
              Christopher J. Steiskal, Sr.    on behalf of U.S. Trustee    United States Trustee
               christopher.j.steiskal@usdoj.gov,    lois.e.walker@usdoj.gov;sarita.dukes@usdoj.gov
              Craig M. Geno    on behalf of Debtor In Possession    Slabbed New Media, LLC cmgeno@cmgenolaw.com,
               jnichols@cmgenolaw.com;spurvis@cmgenolaw.com;kcarter@cmgenolaw.com;cmgeno@ecf.courtdrive.com
              Jarret P. Nichols    on behalf of Debtor In Possession    Slabbed New Media, LLC
               jnichols@cmgenolaw.com,
               cmgeno@cmgenolaw.com;cmgeno@ecf.courtdrive.com;jshaw@cmgenolaw.com;kcarter@cmgenolaw.com
              United States Trustee    USTPRegion05.JA.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

    SLABBED NEW MEDIA,LLC,               CASE NO. 15-50963-KMS

    DEBTOR.                                                       CHAPTER 11

To:    Vaughn Perret
        c/o Charles L. Leary
        308 5th Ave E
        Vancouver, BC V5T 1H4
        Canada

**NOTICE REGARDING PLEADING/DOCUMENT**
**FILED IN A CLOSED CASE**

On, January 7, 2019, the Clerk's office received and filed a Pro Se Motion Concerning Willful Violation of the Automatic Stay of Section 362 of the Bankruptcy Code, Causing damages; Contempt, in the above bankruptcy case, Dkt. #137 in the above bankruptcy case. Please be advised the above case was closed on October 18, 2016, before your pleading/document was filed.

Before any litigation can be brought before the Court, the bankruptcy case must be reopened by motion and order accompanied by the proper filing fee, if required.

Dated:  January 8, 2019                  DANNY L. MILLER, CLERK OF COURT
                                                      Dan M. Russell, Jr. U. S. Courthouse
                                                      2012 15th Street, Suite 244
                                                      Gulfport, MS 39501
                                                      228-563-1790